C. Moze Cowper (Bar No. 326614)
**COWPER LAW PC**
10880 Wilshire Boulevard, Suite 1840
Los Angeles, California  90024
Telephone: 877-529-3707
mcowper@cowperlaw.com

Adam J. Levitt*
**DICELLO LEVITT GUTZLER LLC**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois  60602
Telephone:  312-214-7900
alevitt@dicellolevitt.com

W. Daniel "Dee" Miles, III*          Andrew Trailor*
**BEASLEY, ALLEN, CROW,**            **ANDREW T. TRAILOR, P.A.**
**METHVIN, PORTIS & MILES, P.C.**    9990 Southwest 77 Avenue, PH 12
272 Commerce Street                  Miami, Florida  33156
Montgomery, Alabama  36104           Telephone:  305-668-6090
Telephone: 334-269-2343              andrew@attlawpa.com
Dee.Miles@Beasleyallen.com

(* *pro hac vice* motions to be filed)

*Counsel for Plaintiff and the Proposed Classes*
(*Additional counsel listed on signature page*)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMID BOLOOKI, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>HONDA MOTOR COMPANY LIMITED, and AMERICAN HONDA MOTOR CO., INC.,<br><br>  Defendants. | Case No.: 2:22-cv-04252<br><br>**CLASS ACTION COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Hamid Bolooki, individually and on behalf of the other members of the below-defined Florida and nationwide classes (collectively, the "Class"), hereby alleges against Defendants Honda Motor Company Limited and American Honda Motor Co., Inc. (collectively, "Honda" or "Defendants"), upon personal knowledge as to himself and his own acts, and as to all other matters upon information and belief, based upon the investigation made by the undersigned attorneys, as follows:

## I.   NATURE OF THE CASE

1.      Plaintiff seeks damages and equitable relief, individually and on behalf of all other Class members, for Honda's sale and lease of Class Vehicles with an Idle Stop (also referred to as "Auto Start/Stop" or "Auto Idle-stop") feature that is unreliable and exposes occupants of the Class Vehicles to great risk of bodily harm and injury.

2.       The Class Vehicles, as that term is used herein, are the 2016-2020 model year Honda Pilot, Honda Odyssey, Acura TLX, and Acura MDX vehicles equipped with the Idle Stop feature.

3.      As explained in more detail below, the Idle Stop feature automatically shuts off a Class Vehicle's engine when the brake pedal is fully applied and the vehicle reaches idling revolutions per minute ("RPM"). When working properly, the Idle Stop feature automatically restarts the engine when the driver releases the brake pedal or when the vehicle sits for an extended period of time with auxiliary systems running (air conditioning, etc.).

4.      The Idle Stop feature in the Class Vehicles, however, is subject to sudden and unexpected failure (the "Idle Stop Defect"). Specifically, although the Idle Stop feature automatically activates and shuts down the Class Vehicles' engines when the brake pedal is fully applied and the vehicle is at idle, the Idle Stop feature will oftentimes not automatically restart the engine when a driver takes releases the brake pedal. The vehicle will, suddenly and without notice, become inoperable and undriveable wherever it rests, whether at a red light or stop sign, in the middle of an

intersection while making a left-hand turn, or on an entrance ramp to a highway.

5.      Going back to 2015, Class Vehicle owners have filed with NHTSA or posted online hundreds of complaints regarding the Idle Stop Defect. Two recurring themes in these complaints are the dangers that the Idle Stop Defect poses and Honda's failure to address the issue.

6.      Despite having longstanding knowledge of the Idle Stop Defect, Honda has continued selling Class Vehicles with the Idle Stop feature, without disclosing that defect to purchasers and lessees.

7.      In fact, Honda has admitted the Idle Stop Defect in service records and in a service message sent to its dealerships, where it acknowledged that the "auto idle stop [may become] inoperative,"[1] but it offers no remedy. To this day, Honda has taken no action to correct the root cause of the Idle Stop Defect.

8.      Despite notice and knowledge of the Idle Stop Defect from the numerous consumer complaints it received, warranty claims and customer complaints submitted by dealers, pre-sale durability testing, National Highway Traffic Safety Administration ("NHTSA") complaints, and its own internal records, Honda has not recalled the Class Vehicles to repair the Idle Stop Defect, extended the warranty of Class Vehicles, offered its customers a suitable repair or replacement free of charge, reimbursed consumers who incurred out-of-pocket expenses to repair the Idle Stop Defect, or compensated consumers for the diminished value caused by the Idle Stop Defect.

9.      Each purchaser or lessee of a Class Vehicle unwittingly paid for a vehicle with an undisclosed and significant safety defect.  Each of these purchasers and lessees were damaged in that they paid more for their Class Vehicles than they would have paid had they known about the Idle Stop Defect or in that they would not have purchased or leased their Class Vehicles at all had they been informed of the defect

---

[1] https://static.nhtsa.gov/odi/tsbs/2018/MC-10142619-9999.pdf (last visited June 17, 2022).

## II.    JURISDICTION AND VENUE

10.    This Court has diversity jurisdiction over this action under 28 U.S.C. §§ 1332(a) and (d) because the amount in controversy for the Class exceeds $5,000,000 and Plaintiff and one or more of the other Class members are citizens of a different state than Defendant.

11.    This Court has personal jurisdiction over American Honda Motor Company, Inc. because it is a California corporation with its corporate headquarters located in this district.

12.    This Court has personal jurisdiction over Honda Motor Company Ltd. because Honda Motor Company Ltd has purposefully availed itself of the privilege of doing business within California, including by marketing and selling the Class Vehicles, and exercising jurisdiction over Honda Motor Company Ltd. does not offend traditional notions of fair play and substantial justice.

13.    Venue is proper in this district under 28 U.S.C. § 1391 because American Honda Motor Company, Inc. resides within this district and a substantial part of the events and omission giving rise to Plaintiff's claims occurred within this district.

## III.    PARTIES

### A.    PLAINTIFF

14.    Hamid Bolooki is domiciled in Miami, Florida.

15.    Mr. Bolooki owns a 2016 Honda Pilot equipped with the Idle Stop feature. Mr. Bolooki purchased his Pilot new from Braman Honda in Miami, Florida.

16.    A little more than two years after purchasing his Pilot, Mr. Bolooki's vehicle began stalling due to the Idle Stop Defect.  When stopped, the Pilot's engine will shut off, and when the accelerator is pressed, the engine will not automatically restart, as is intended with the Idle Stop feature.  Even by continually pressing the vehicle's start button, the vehicle will not immediately restart.

17.    Mr. Bolooki and his family have experienced the Idle Stop Defect over

twenty times

18.     The Idle Stop Defect has endangered Mr. Bolooki and his family.  It has caused Mr. Bolooki and his family to be unexpectedly immobile in the middle of city traffic, with vehicles driving around their stranded automobile, making egress dangerous, if not impossible.

19.     Mr. Bolooki has presented his vehicle for repair to Braman Honda in Miami, Florida.  Braman informed Mr. Bolooki that Honda was aware of the Idle Stop Defect.  The dealership, however, was unable to fix the problem.  Mr. Bolooki's vehicle continues to suffer from the Idle Stop Defect.

20.     Prior to purchasing his 2016 Pilot, Mr. Bolooki spoke with a sales representative at Braman Honda, saw commercials for the 2016 Pilot that promoted the vehicle's safety, and saw a Monroney sticker on the vehicle at the time of purchase. Honda did not disclose the Idle Stop Defect through any of these avenues.

21.     Honda failed to disclose the Idle Stop Defect to Mr. Bolooki before he purchased his vehicle, despite Honda's knowledge of the defect, and Mr. Bolooki, therefore, purchased his Pilot with the incorrect understanding that it would be a safe and reliable vehicle.

22.     Had Honda disclosed the Idle Stop Defect, Mr. Bolooki would not have purchased his 2016 Pilot, or certainly would have paid less for it.

23.     The acts and actions complained of herein rise to the level of separate and independent torts.

**B.     DEFENDANTS**

**1.     Honda Motor Company, Ltd.**

24.     Defendant Honda Motor Company, Ltd. ("HML") is a Japanese corporation, with its principal place of business at 2-1-1, Minami-Aoyama Minato-Ku, 107-8556 Japan, and the parent of American Honda Motor Company, Inc.

25.     HML through its various entities (including American Honda Motor

4

Company), designs, manufactures, markets, distributes, and sells Honda automobiles across the United States.

### 2.    American Honda Motor Company, Inc.

26.    Defendant American Honda Motor Company, Inc. ("HMA") is a California corporation with its principal place of business in Torrance, California.

27.    HMA is the United States sales and marketing subsidiary of, and is wholly owned by, HML, and is responsible for distributing, marketing, selling, and servicing Honda vehicles in the United States.

## IV.    <u>FACTUAL ALLEGATIONS</u>

28.    Each of the Class Vehicles is equipped with a 3.5L engine, coupled with a 9-speed automatic transmission, and all are equipped with the Idle Stop feature.

29.    The Idle Stop feature is automatically activated whenever the Class Vehicles are turned on.  In other words, it is not a feature that Class Vehicle drivers choose to activate; rather, it turns on by default.

30.    The Idle Stop feature can be deactivated by the user, but since the feature automatically reactivates with each ignition cycle, it must be manually deactivated upon each use.

31.    When operating as intended, the Idle Stop feature automatically shuts off a vehicle's engine when the vehicle is stopped and idled, such as at a stop light, and automatically restarts the engine when the brake pedal is released.

32.    According to Honda, the Idle Stop feature is intended to help maximize fuel economy.

33.    But what Honda fails to inform consumers—*and what it has never informed consumers*—is that Idle Stop feature poses a significant safety risk in the Class Vehicles.

34.    The Idle Stop Defect causes the Class Vehicle's engines not to restart

when the vehicles' brake pedals are released.  Rather than automatically restarting, as intended, the Idle Stop Defect causes the Class Vehicles to become temporarily disabled and inoperable.  The vehicles must be completely shut off and restarted to again become drivable, often not restarting for minutes and sometimes requiring to be jump started.

35.     The Idle Stop Defect creates a serious safety risk, because it renders the Class Vehicles unexpectedly inoperable without warning, preventing them from moving out of the way of oncoming danger or from moving with the flow of traffic.

36.     The Idle Stop Defect can lead, by way of example, to a Class Vehicle stalling on train tracks, stalling in stop-and-go traffic on the highway, stalling while waiting to merge into traffic, or stalling in the middle of an intersection while waiting at a traffic light or stop sign.

37.     As shown in consumer complaints set forth in more detail below, many Class Vehicle drivers have been severely frightened by the Idle Stop Defect and are seriously concerned about the risk that the defect poses to their future safety:

- "About once per week, I experience a delay in entering dense traffic within short interstate merge lanes."

- "It stops entirely, often in traffic and then you have to put car in park, restart engine and then put it in drive and go again.  By this time traffic is already moving around you.  Very dangerous and scary on freeway and at intersections."

- "You need to press the ignition button and set the vehicle in park.  This is very dangerous in stop and go traffic.  The most recent time it happened was on the freeway at a crest."

- "I was nearly t-boned when trying to make a LH turn at a busy intersection because the car had to start before accelerating."

- "My Honda Pilot stalled in the middle of the intersection, waiting to turn left, off a busy main highway, with my husband and young children inside.  When it was safe to turn, took foot off of the brake and the car stalled.  It took many frantic attempts to get the car to turn

back on to be able to move safely out of the intersection.  This car has placed myself and my family in danger now on multiple occasions."

- "Most concerning is if you are in the middle of the intersection and about to make a right turn, while waiting to make the turn, the vehicle shuts off. Now we are stuck in the intersection with two kids on the vehicle.  Now oncoming traffic is either fast approaching or honking because we are blocking the lane.  We have been almost struck on several occasions."

- "When I moved my foot from the brake to the accelerator, the car shut off, shifted into neutral and would not start.  This was on a major highway.  It took several minutes to start again, while I was stalled in dangerous traffic."

38.    Because of the grave risks the Idle Stop Defect poses, a vehicle that suffers from the Idle Stop Defect is not fit for its ordinary purpose and does not pass without objection in the trade, and renders the Class Vehicles substantially less drivable, useable, safe, and valuable. This is especially true for the Class Vehicles, which were marketed as safe and reliable family vehicles.

39.    On May 10, 2018, Honda sent a service message to its dealerships alerting them about 2018 Honda Pilot and Odyssey vehicles "with a customer complaint of the auto idle stop inoperative." Honda did not identify a root cause or appropriate remedy, only that it "would like to inspect the vehicle prior to you attempting a repair of any kind."

40.    In June 2022, the National Highway Traffic Safety Administration's ("NHTSA") Office of Defects Investigation, after receiving 221 complaints for the Honda Pilot alone, opened a preliminary investigation into the Idle Stop Defect to fully assess the defect's safety related issues. ("ODI PE Report").

41.    As stated in the June 2022 ODI PE Report, ODI has met with Honda on various occasions regarding the Idle Stop Defect.

42.    Honda has long known of the Idle Stop Defect through, at least its engineering knowledge, internal testing, online complaints, and the presentment of

1    vehicles for repair.  The Honda dealership that sold and serviced Mr. Bolooki's Pilot

2    told him not to bring the car back for service with respect to the Idle Stop Defect.

3           43.    As shown below, in the recitation of consumer complaints, consumers

4    began complaining of the Idle Stop Defect, both posting online and writing to NHTSA,

5    as early as October 2015.

6           44.    Further, as the consumer complaints reveal, consumers were also bringing

7    Class Vehicles into Honda dealerships for repairs for the Idle Stop Defect as early as

8    2015.

9           45.    As noted above, consumers and Class members have posted hundreds of

10   complaints with NHTSA documenting their unfortunate experiences with the Idle Stop

11   Defect.

12          46.    For example, on November 10, 2015, the owner of a 2016 Honda Pilot

13   filed the following complaint with NHTSA:

14          I WRITE TO YOU TO CONVEY MY SAFETY CONCERNS
             REGARDING A NEW HONDA 2016 PILOT. MY ATTEMPTS TO
15           RESOLVE MY CONCERNS WITH AMERICAN HONDA MOTOR
             CO., INC. WERE MET WITH TEPID RELUCTANCE AND A
16           CAVALIER NEGLECTFUL ATTITUDE. 1.AT HIGH SPEEDS (55-75
             MPH) THE VEHICLE OVERSTEERS AND DURING EMERGENCY
17           AVOIDANCE MANEUVERS BECOMES UNSTABLE. TWICE
             WHILE AVOIDING DEAR[2] ON INTERSTATE HIGHWAYS, I HAVE
18           ALMOST LOST CONTROL AND WAS SERIOUSLY CONCERNED
             ABOUT ROLLING THE VEHICLE OVER. I OWN AND HAVE
19           DRIVEN A 2003 PILOT FOR OVER 180,000 MILES AND NEVER
             EXPERIENCED THIS SORT OF ISSUE. I BELIEVE THE
20           SUSPENSION IS INCORRECTLY DESIGNED AND THAT
             UNEXPECTED AND UNNECESSARY ROLLOVERS ARE
21           IMMINENT. 2.THE 'AUTO IDLE OFF' FEATURE TURNS THE
22           ENGINE COMPLETELY OFF AT CERTAIN TIMES AND UNDER
             CERTAIN CIRCUMSTANCES. IT TAKES BETWEEN 900 AND 1,300
23           MILLISECONDS TO RECOVER POWER TO THE WHEELS WHEN
24           THIS HAPPENS. UNLIKE HYBRID VEHICLES (FROM WHICH
25
26
27   _____
     [2] All typographic and syntactical errors in these consumer complaints are identical to how they
28   originally appeared.

                                             8

THIS FEATURE WAS TAKEN), THERE IS NO ALTERNATIVE ELECTRICAL MOTOR TO PROVIDE TORQUE TO THE DRIVETRAIN WHILE THE ENGINE RESTARTS AND AS A RESULT, THERE IS DELAY IN ACCELERATING. IN THE VAST MAJORITY OF TIMES, THIS IS OF NO CONSEQUENCE HOWEVER IN A SMALL FRACTION THIS DELAY INCREASES THE RISK OF COLLISION. ABOUT ONCE PER WEEK, I EXPERIENCE A DELAY IN ENTERING DENSE TRAFFIC WITHIN SHORT INTERSTATE MERGE LANES. THIS DELAY OF ABOUT ONE SECOND IS ENOUGH TO REMOVE MY MARGIN OF ERROR AND INCREASES THE RISK OF COLLISION DURING A MERGING MANEUVER. WHILE THERE IS A SWITCH TO DEFEAT THIS FEATURE, IT RESETS EVERY TIME THE VEHICLE IS TURNED OFF AND REMEMBERING TO OVERRIDE IT EVERY TIME IS INCONSISTENT WITH HUMAN MEMORY AND PERFORMANCE.[3]

56.    On November 19, 2015, the owner of a 2016 Honda Pilot filed the following complaint with NHTSA:

TL* THE CONTACT OWNS A 2016 HONDA PILOT. THE CONTACT STATED THAT THE VEHICLE WOULD NOT START. THE VEHICLE HAD TO BE TOWED TO A HONDA DEALER WHERE THE FAILURE COULD NOT BE DIAGNOSED. THE VEHICLE WAS TAKEN BACK TO THE DEALER AND THE FAILURE RECURRED SIX DAYS LATER. WHEN THE FAILURE RECURRED, THE TRANSMISSION FAILURE WARNING INDICATOR ILLUMINATED. THE VEHICLE WAS TAKEN TO THE DEALER WHERE IT COULD NOT BE DIAGNOSED OR REPAIRED. THE VEHICLE WAS GIVEN BACK TO THE CONTACT, BUT THE VEHICLE STALLED A FEW DAYS LATER AND ALL THE WARNING INDICATORS ILLUMINATED. THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE WAS 900.[4]

57.    On February 16, 2017, the owner of a 2016 Honda Pilot filed the following complaint with NHTSA:

VEHICLE HAS ELECTRONIC, KEYLESS PUSH BUTTON START.

[3] NHTSA ID 10789635
[4] NHTSA ID 10794816

9

IT ALSO HAS A FUEL, EMISSIONS FEATURE WHERE IT SHUTS DOWN WHEN THE BRAKE IS DEPRESSED, IT DOESN'T IDLE AT STOPLIGHTS AND AUTOMATICALLY STARTS WHEN LIFTING OFF THE BRAKE. I WAS DRIVING THE VEHICLE WHEN I APPROACHED A RED LIGHT. DEPRESSED BRAKE AND VEHICLE LIGHT SHOWED IDLE ASSIST AND VEHICLE ENGINE SHUT OFF. WHEN THE LIGHT TURNED GREEN, I LIFTED MY FOOT OFF THE BRAKE AND ONTO THE GAS. THE VEHICLE DID NOT START. ALL DASH LIGHTS DISPLAYED AND ALL ERROR CODES ALTERNATED ON DISPLAY. IT ALSO SHOWED VEHICLE WAS IN PARK. I TRIED TO RESTART IT AGAIN BY DEPRESSING THE BRAKE AND PUSHING THE ENGINE START BUTTON. VEHICLE WOULD NOT START AND DIALS WERE TWITCHING. TRIED SEVERAL TIMES TO START VEHICLE. THE POLICE ARRIVED AND WANTED TO PUSH THE VEHICLE TO THE SIDE OF THE ROAD SINCE IT WAS BLOCKING THE LEFT HAND LANE ON A 55 MILE AN HOUR ROAD. COULD NOT GET VEHICLE IN NEUTRAL. CALL HONDA DEALERSHIP SERVICE DEPARTMENT TO ASK HOW TO PUT VEHICLE IN NEUTRAL. THEY STATED THEY DIDN'T KNOW HOW. TOW TRUCK ARRIVED AND HAD TO DRAG VEHICLE ONTO FLAT BED TOW TRUCK. TOW TRUCK DELIVER VEHICLE TO DEALER. DEALER CHARGED BATTERY TO RESTART VEHICLE. THEY RAN DIAGNOSTICS AND STATED IT HAD NO ERROR CODE. THEY COULD NOT REPRODUCE ENGINE STOP AND STATED THERE WAS NO REPORT OF THIS HAPPENING TO ANOTHER VEHICLE. AFTER I STATED I WAS NERVOUS TO DRIVE THE VEHICLE AGAIN, THEY STATED THEY COULD KEEP VEHICLE AND DRIVE IT FOR SEVERAL DAYS TO SEE IF IT HAPPENED AGAIN. DRIVING CONDITIONS: CLEAR DAY, 30 DEGREES FAHRENHEIT. DRIVING APPROXIMATELY 9 MINUTES, 55 MILES PER HOUR. 14,000 MILE, LESS THAN ONE YEAR OLD.[5]

58.    On May 25, 2017, the owner of a 2016 Honda Pilot filed the following complaint with NHTSA:

ENGINE STOPS WON'T RESTART MULTIPLE WARNING LIGHT FLASHING GIVING APPEARANCE OF COMPUTER FAILURE. SECOND INCIDENT. FIRST INCIDENT DEALER SAID NO

---

[5] NHTSA ID 10955344

1  PROBLEM AFTER CHECKING BATTERY. SECOND INCIDENT IN
2  TRAFFIC WHEN FAILURE OCCURRED (5/25/17 APPROX 8 A.M)
3  BLOCKING INTERSECTION. FORTUNATELY WE WERE
   SLOWING TO STOP AT LIGHT. VIDEO OF DASH AVAILABLE
4  TOO LARGE TO UPLOAD.[6]

5  59.    On January 12, 2018, the owner of a 2018 Honda Odyssey filed the
6  following complaint with NHTSA:

7      OUR 2018 HONDA ODYSSEY ELITE HAS A FEATURE CALLED
       IDLE STOP. THE FEATURE HAS MANY CRITERIA THAT MUST
8      BE MET BEFORE IT WILL ACTIVATE. IT SHOULD JUST TURN
9      OFF THE ENGINE WHEN THE CRITERIA HAVE BEEN MET IN AN
       EFFORT TO CONSERVE FUEL IN LIEU OF IDLING. WE ARE
10     SEEING A RANDOM ISSUE WHEN THIS FEATURE ACTIVATES
11     WHERE THE VEHICLE WILL SHUT OFF THE CAR ENTIRELY
       AND PLACE IT IN PARK. WE MUST MANUALLY START OUR
12     VEHICLE AGAIN THEN PLACE IT BACK IN DRIVE TO PROCEED.
13     WE'VE HAD IT HAPPEN THREE TIMES. ALL HAVE TAKEN
       PLACE AT STOP LIGHTS FOLLOWING A COMPLETE STOP. THE
14     MOST RECENT OCCURRENCE TOOK PLACE AT A STOP LIGHT
15     AFTER LEAVING THE HIGHWAY. I'M CONCERNED WE WILL BE
       REAR ENDED DUE TO OUR VEHICLE BEING DISABLED AT AN
16     INTERSECTION. IT'S CURRENTLY AT THE DEALERSHIP FOR
17     THE FIFTH TIME (MULTIPLE ISSUES WITH THIS VEHICLE) TO
       HOPEFULLY FIND A SOLUTION.[7]
18
19  60.    On July 17, 2018, the owner of a 2016 Honda Pilot filed the following
20  complaint with NHTSA:

21      THE CAR STALLS INTERMITTENTLY WHEN AUTO IDLE STOP
       IS ENGAGED AND CAR IS STATIONARY. INSTEAD OF THE
22     ENGINE STARTING UP AGAIN AFTER TAKE FOOT OFF THE
23     BRAKE AND PRESS THE GAS PEDAL, THE CAR STALLS
       COMPLETELY AND HAVE TO PUT THE CAR IN PARK, PRESS
24     THE BRAKE PEDAL AND PUSH THE START BUTTON TO GET IT
25     ON AGAIN. SOMETIMES HAVE TO TRY SEVERAL TIMES
       BEFORE CAR RESTARTS. DEALER HAS BEEN UNABLE TO FIND
26
27  [6] NHTSA ID 10991579
    [7] NHTSA ID 11062395
28

11

1
2
3

ANYTHING OR REPLICATE PROBLEM. FIRST REPORTED TO DEALER OCT. 2017, DID SOFTWARE UPDATE, BUT HAPPENED AGAIN JUNE AND JULY.[8]

4

61.    On April 25, 2018, the owner of a 2016 Honda Pilot filed the following

5

complaint with NHTSA:

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ABOUT 4 MONTHS AGO I WAS AT A STOPLIGHT, MY ENGINE SHUT DOWN, AS IT WAS SUPPOSED TO WITH THE 'AUTO IDLE STOP' FUNCTION. IT IS SUPPOSED TO START BACK UP WHEN YOU TAKE YOUR FOOT OFF THE BRAKE, BUT THIS TIME THE CAR STALLED. IT STALLED MANY TIMES AFTER THIS AND IT WAS ALWAYS UNEXPECTED AND SCARY. I TOOK IT INTO MY DEALER ON JUNE 6, 2018 AND THEY SAID THEY COULD SEE THAT THEY COULD SEE IN THE COMPUTER THAT IT STALLED A FEW TIMES, BUT COULD NOT REPRODUCE THE PROBLEM WHILE TEST DRIVING IT. THEY DID A RESET ON THE ELECTRONICS. THAT DID NOTHING. I STALLED A WHILE AFTER I LEFT THE SHOP. I STALLED MANY MORE TIMES AFTER THAT. IT DOES HAVE AN OVERRIDE TO THIS 'AUTO IDLE STOP' SYSTEM, BUT YOU HAVE TO ALWAYS REMEMBER TO PUSH THE BUTTON AND IF I FORGOT AND THE CAR WAS IN 'AUTO IDLE STOP' MODE AND I PUSHED THE BUTTON, MANY TIMES THE CAR WOULD STALL. I NOW ALSO HAVE A PROBLEM STARTING THE CAR. WHEN I PUSH THE START BUTTON, MANY TIMES THE ENGINE WON'T START. I HAVE TO PUSH IT 3-4 TIMES TO GET IT TO START. THIS MAKES MY STALLING EVEN MORE DANGEROUS, AS IF IT WAS NOT DANGEROUS ENOUGH, BECAUSE IT WILL TAKE ME MUCH LONGER TO START THE CAR FROM A STALL. I CAN IMAGINE BEING IN SITUATIONS WHERE I WOULD HAVE TO BE ABLE TO GET OUT A SITUATION QUICKLY AND IF I STALL I WOULD NOT BE ABLE TO. IF I AM ON A FREEWAY AND STALL IN HEAVY TRAFFIC, OR STALLING ON TRAIN TRACKS IF I AM IN HEAVY TRAFFIC AND I HAPPEN TO BE THE CAR LEFT ON THE TRACKS AND CAN'T START. OR IF A CAR OR OBJECT IS HEADING TOWARDS ME AND WILL CRASH INTO ME AND I CAN AVOID IT BE SPEEDING AWAY. IF I STALL I CAN'T. HERE IS A THREAD FROM A HONDA PILOT FORUM WITH MANY OWNERS WITH

27

------

[8] NHTSA ID 11111894

28

1    THE SAME PROBLEM.

2     HTTPS://WWW.PILOTEERS.ORG/FORUMS/114-2016-THIRD-
3    GENERATION-PILOT/157005-ELITE-SHUTS-OFF-STOP-
     LIGHT.HTML NOT ONE OF THEM HAS HAD IT FIXED BY THERE
4    REPAIR SHOP. MY CAR HAS BEEN IN THE SHOP FOR THE 2ND
5    TIME SINCE AUGUST 8, 2018.[9]

6       62.    On August 13, 2018, the owner of a 2016 Honda Pilot filed the following
7    complaint with NHTSA:

8     THE CAR CONTINUALLY STALLS AT RED LIGHTS AND OTHER
     FULL STOPS AFTER THE "AUTO-SHUTOFF" ENGAGES. THE CAR
9    FAILS   TO   RESTART   AND   RESULTS   IN   DANGEROUS
10   SITUATIONS IN HIGH TRAFFIC AREAS IN THE CITY. THE CAR
     CAN   NOT   BE   MOVED   EASILY   BECAUSE   IT   BECOMES
11   COMPLETELY   UNRESPONSIVE,   EVEN   DISABLING   THE
12   FLASHERS. IT HAS HAPPENED REPEATEDLY.[10]

13      63.    On October 18, 2018, the owner of a 2016 Honda Pilot filed the following
14   complaint with NHTSA:

15    VEHICLE TURNS OFF COMPLETELY WHEN AUTO OFF
16   FEATURE ENGAGES WHILE IN A STOPPED CONDITION. ON
     TWO OCCASIONS, VEHICLE REFUSED TO RESTART FOR
17   SEVERAL MINUTES. THE FIRST TIME, THE VEHICLE
18   RESTARTED AFTER 2-3 MINUTES, THE SECOND TIME IT
     HAPPENED, CAR WOULD NOT RESTART UNTIL 10-15 MIN
19   AFTER THE OCCURRENCE. DURING BOTH OCCURRENCES, I
20   WAS IN A STOP CONDITION WITH FOOT ON THE BRAKE,
     VEHICLE IN DRIVE. DEALER SAYS BATTERY TESTS FINE AND
21   CANNOT REPLICATE THE ISSUE, BUT I KNOW THERE ARE
22   OTHERS EXPERIENCING SAME PROBLEM. THIS IS A MAJOR
     SAFETY ISSUE. ONLY OUT OF SHEAR LUCK, IT HAPPENED TO
23   ME WHILE AT A RESIDENTIAL GATE KEY PAD PUNCHING IN
24   THE CODE, AND THEN TODAY WHILE IN THE DRIVE THRU OF
     A FAST FOOD PLACE. IF THIS WOULD HAPPEN ON A BUSY
25   STREET, AT A BUSY INTERSECTION, WHILE SITTING IN
26   STANDSTILL TRAFFIC ON INTERSTATE, ETC, IT COULD BE

27   _____
     [9] NHTSA ID 11120858
28   [10] NHTSA ID 11119604

1  EXTREMELY DANGEROUS.[11]

2  64.   On September 23, 2018, the owner of a 2016 Honda Pilot filed the
3  following complaint with NHTSA:

4     AUTO STOP MALFUNCTION FIRST YEAR OF OWNING THE
5     PILOT ELITE, THE AUTO STOP FUNCTION WORKED AND
      WOULD RESTART AFTER COMING TO A STOP. BY THE SECOND
6     YEAR, AFTER COMING TO A STOP IN CITY TRAFFIC AND
7     ENGINE IS SUPPOSED TO COME BACK ON, IT STALLS AND
      SHUTS OFF AND NEEDS TO BE SHIFTED TO NEUTRAL AND
8     THEN RESTART ENGINE. HAVE TAKEN THE CAR FOR
9     SERVICES SINCE HAVING THIS ISSUE AND REPORTING THE
      ISSUE TO THE DEALERSHIP AND THEY ARE UNABLE TO FIX
10    THE ISSUE OR REPLICATE THE PROBLEM. NOW INTO YEAR 3
11    OF OWNERSHIP THE AUTO STOP FUNCTION HAS GOTTEN
      WORSE BECAUSE NOW WHEN IT SHUTS OFF AFTER AUTO
12    STOPPING, IT TAKES A COUPLE OF MINUTES BEFORE YOU ARE
13    ABLE TO RESTART THE CAR. THIS IS VERY UNSAFE AT AN
      INTERSECTION WHEN THE LIGHT TURNS GREEN. ONLY WAY
14    AROUND THIS ISSUE IS TO DISABLE THE AUTO STOP
15    FUNCTION AT THE BEGINNING OF THE DRIVE WHICH
      DEFEATS THE PURPOSE OF HAVING SUCH A FUNCTION AND
16    WE AREN'T ABLE TO PERMANENTLY DISABLE THE
17    FUNCTION. I HAVE REPORTED THIS PROBLEM EACH AND
      EVERY TIME I HAVE TAKEN IT IN TO THE DEALERSHIP FOR
18    SERVICE AND THEY HAVE RUN DIAGNOSTICS AND SAID THEY
19    WEREN'T ABLE TO REPLICATE THE ISSUE.[12]

20    65.   On September 22, 2018, the owner of a 2016 Honda Odyssey filed the
21  following complaint with NHTSA:

22    I BROUGHT MY CAR TO A STOP AT A VERY BUSY
23    INTERSECTION LEADING TO A FOUR LANE ROAD AND THE
      CAR WANTED TO LUNGE FORWARD. I HAD TO ALMOST
24    STAND ON THE BREAK TO STOP THE CAR AND THE ENGINE
25    ROARED. I TURNED IT OFF. I THEN STARTED THE ENGINE
      AGAIN AND IT DID THE SAME THING. I WAITED A FEW
26

27  [11] NHTSA ID 11141274
    [12] NHTSA ID 11130866
28

MINUTES AND STARTED IT AGAIN. THIS TIME IT WAS OK. I HAD THIS HAPPEN LAST YEAR AND TOOK IT IN TO HONDA. THEY COULD FIND NO PROBLEM. THIS COULD CAUSE A CAR TO GO INTO TRAFFIC IF THE DRIVER WAS NOT PAYING ATTENTION.[13]

66.     On November 28, 2018, the owner of a 2018 Honda Pilot filed the following complaint with NHTSA:

VEHICLE WAS STOPPED IN A PARKING LOT IN "DRIVE" WITH THE AUTO-IDLE FEATURE IN USE. CAR WOULD NOT RE-START WHEN FOOT TAKEN OFF BRAKE. RADIO CUT OUT BRIEFLY AS WELL. DASHBOARD LIT UP WITH MANY ERROR MESSAGES - ONE OF THEM WAS "COLLISION MITIGATION PROBLEM" OR SOMETHING SIMILAR. PLACED CAR IN PARK AND PUSHED START BUTTON NUMEROUS TIMES. ONLY GOT CLICKING SOUNDS, WITH OCCASIONAL ENGINE TURNOVER NOISE, BUT IT WOULDN'T START. TURNED OFF A/C AND RADIO. CAR FINALLY STARTED AFTER SEVERAL MORE MINUTES OF PUSHING START BUTTON WHILE IN PARK WITH FOOT ON BRAKE.[14]

67.     On June 2, 2018, the owner of a 2018 Acura MDCX filed the following complaint with NHTSA:

STARTER FAILED WITH AUTO START/STOP WHILE STOPPED IN TRAFFIC. SINCE ENGINE WOULDN'T START, CAR SHIFTED TO PARK AUTOMATICALLY AND CAN NOT SHIFT TO NEUTRAL WITH THE ENGINE OFF AND UNABLE TO START. THE BATTERY WAS FINE AND COULD GO INTO AUX MODE, BUT STILL WON'T SHIFT TO NEUTRAL. ASIDE FROM QUALITY ISSUES RELATED TO STARTER, SIGNIFICANT SAFETY DESIGN FLAW.[15]

68.     On July 17, 2018, the owner of a 2016 Honda Pilot filed the following complaint with NHTSA:

TL* THE CONTACT OWNS A 2016 HONDA PILOT. WHILE THE

---

[13] NHTSA ID 11130759
[14] NHTSA ID 11154596
[15] NHTSA ID 11099303

VEHICLE WAS STATIONARY AND WHILE DRIVING VARIOUS SPEEDS, THE "AUTO IDLE DISABLER" FEATURE ENGAGED ON SEVERAL OCCASIONS. THE VEHICLE STALLED WITHOUT WARNING AFTER THE BRAKE PEDAL WAS DEPRESSED AT A STOP LIGHT. THREE WEEKS LATER, WHILE DRIVING APPROXIMATELY 15 MPH ON THE FREEWAY, THE "AUTO IDLE DISABLER" FEATURE ENGAGED AGAIN WHILE IN HEAVY TRAFFIC AND THE VEHICLE STALLED. THE CONTACT SHIFTED THE GEAR INTO PARK, DISABLED THE POWER, AND RESTARTED THE VEHICLE. IN ADDITION, WHILE THE VEHICLE WAS STATIONARY, ALL OF THE WARNING INDICATORS ILLUMINATED ON THE INSTRUMENT PANEL. WHILE DRIVING 55 MPH, ON ANOTHER OCCASION, THE VEHICLE FAILED TO SHIFT GEARS PROPERLY AND THE RPMS RAPIDLY INCREASED TO 5,000. ALSO, THE REVERSE GEAR SHIFTER BECAME INOPERATIVE AND THE GEARS WOULD NOT SHIFT WHILE DRIVING 55 MPH. BIG STAR HONDA (11200 GULF FREEWAY, HOUSTON, TEXAS 77034) COULD NOT DIAGNOSE AND DUPLICATE THE FAILURES. THE MANUFACTURER WAS NOT MADE AWARE OF THE FAILURES. THE FAILURE MILEAGE WAS APPROXIMATELY 49,000. *DT *JS[16]

69.    On January 20, 2019, the owner of a 2016 Honda Pilot filed the following complaint with NHTSA:

WHEN ENGINE TRIES TO RESTART FROM IDLE STOP THE ENGINE STALLS AND FAILS TO RESTART. HAS DONE THIS NUMEROUS TIMES AND THE DEALER CAN NOT REPLICATE THE ISSUE. IS A DANGER WHILE AT A BUSY INTERSECTION. RADIO ALSO TURNS OFF WHEN TRYING TO RESTART. THIS HAPPENS ALMOST EVERY TIME THE VEHICLE GOES INTO IDLE STOP MODE.[17]

70.    On January 11, 2019, the owner of a 2016 Honda Pilot filed the following complaint with NHTSA:

THE FIRST INCIDENT WAS ON OCT 7, 2018. WE WERE AT A STOP LIGHT WITH THE ENGINE IDLE OPTION ENABLED. WHEN THE

---

[16] NHTSA ID 11129897
[17] NHTSA ID 11171058

LIGHT TURNED GREEN AND THE BRAKE WAS RELEASED, THE VEHICLE SHOULD HAVE STARTED BACK UP, BUT INSTEAD, IT STALLED. AFTER THE 2ND TIME IT OCCURRED, WE STARTED TO DISABLE THE ENGINE IDLE FEATURE AS SOON AS WE START THE CAR. WE HAVE FORGOTTEN A FEW TIMES AND THE VEHICLE STALLING HAS HAPPENED AT LEAST 3 ADDITIONAL TIMES. ALL BEING AT RED LIGHTS WITH THE BRAKE DEPRESSED. WHEN THE FOOT IS REMOVED FROM THE BRAKE, THE VEHICLE JERKS SLIGHTLY AND THEN STALLS. ONCE ON NOV. 1, 2018 AND AGAIN MOST RECENTLY ON JAN. 6, 2018. LUCKILY, NO ONE HAS BEEN INJURED YET. IT HAS BEEN SERVICED REGULARLY AT THE DEALERSHIP DIRECTLY AND RECEIVED ALL MAINTENANCE RECOMMENDED. THE MOST RECENT SERVICE, THEY WERE UNABLE TO DUPLICATE THE ERROR OR IDENTIFY THE ISSUE.[18]

71.     On January 3, 2019, the owner of a 2016 Honda Pilot filed the following complaint with NHTSA:

I WAS DRIVING IN STOP AND GO TRAFFIC ON A FREEWAY, MY FOOT WAS ON THE BRAKE AND CAR WAS IN DRIVE, WHEN I TOOK MY FOOT OFF BREAK AND PUSHED GAS PEDAL THE CAR WOULD NOT GO. I TRIED TO PUT IT IN PARK AND IT WOULD NOT GO, I TRIED TO TURN OFF CAR AND IT WOULDN'T TURN OFF. THE MESSAGE ON THE DASHBOARD SAID TO PUSH BRAKE AND TURN ON CAR (SAME MESSAGE AS WHEN I REMOTE START CAR) AFTER 2 SOLID MINUTES, THE CAR FINALLY DROVE. THE PROBLEM SEEMS TO BE IMPACTED BY THE ECON MODE WHICH SHUTS OFF ENGINE WHEN BRAKE PEDAL IS FULLY ENGAGED. YOU ARE ABLE TO TURN THIS MODE OFF ON THE GEAR SHIFT BUT HAVE TO DO IT EVERY TIME YOU START THE CAR.[19]

72.     On April 3, 2019, the owner of a 2016 Honda Pilot filed the following complaint with NHTSA:

TL* THE CONTACT OWNS A 2016 HONDA PILOT. WHILE OPERATING THE VEHICLE AND WHILE AT A STOP LIGHT, THE

---

[18] NHTSA ID 11166512

[19] NHTSA ID 11165626

AUTO IDLE STOP FEATURE ACTIVATED NORMALLY, BUT THE VEHICLE WOULD NOT IMMEDIATELY RESTART WHEN THE DRIVER RELEASED THE BRAKE PEDAL AND DEPRESSED THE ACCELERATOR PEDAL. THE FAILURE OCCURRED ON SEVERAL OCCASIONS. DURING THE FAILURE, SEVERAL INSTRUCTIONAL PROMPTS APPEARED, EXPLAINING HOW TO RESTART THE VEHICLE. ON ONE OCCASION, THE VEHICLE COULD NOT BE RESTARTED AND WAS TOWED TO STERLING MCCALL HONDA (22575 HWY 59 NORTH, KINGWOOD, TX 77339). WHILE AT THE DEALER, THE VEHICLE OPERATED NORMALLY AND THE CAUSE OF THE FAILURE WAS NOT DETERMINED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE WAS 29,000.[20]

73.     On February 13, 2019, the owner of a 2016 Honda Pilot filed the following complaint with NHTSA:

ON 2 OCCASIONS, THE AUTOMATIC IDLE STOP HAS TURNED OFF THE ENGINE AND NOT ALLOWED THE CAR TO BE TURNED BACK ON. ONE TIME THE VEHICLE EVENTUALLY RESTARTED, BUT THE SECOND TIME THE VEHICLE HAD TO BE JUMPED BY HIGHWAY PATROL. IT WAS AT A BUSY INTERSTATE EXIT RAMP, STOPPED AT A STOPLIGHT, AND WE WERE UNABLE TO MOVE THE VEHICLE OUT OF THE WAY. IT WAS A VERY DANGEROUS SITUATION. WE HAD THE BATTERY TESTED AND IT WAS GOOD. I CONTACTED HONDA VIA EMAIL AND THEY JUST RESPONDED THAT THERE WERE NO RECALLS AND TO CONTACT THE DEALER. THE DEALER SAID THAT THEY ARE UNABLE TO PERMANENTLY DISABLE THE FEATURE. NOW, TO ENSURE THAT I AM NOT IN ANOTHER DANGEROUS SITUATION DUE TO THIS FEATURE, I HAVE TO MANUALLY DISABLE IT EVERY TIME I TURN THE CAR ON.[21]

74.     On June 6, 2019, the owner of a 2016 Honda Pilot filed the following complaint with NHTSA:

AUTO IDLE STOP DOESN'T RESTART. IT STALLS OFTEN DEPENDING ON THE LENGTH OF THE IDLE. IT HAS BEEN

---

[20] NHTSA ID 11193598
[21] NHTSA ID 11179888

18

1
2
3
4
5
6
7

SLOWING PROGRESSING TO UNRELIABLE. IT STOPS ENTIRELY, OFTEN IN TRAFFIC AND THEN YOU HAVE TO PUT CAR IN PARK, RESTART ENGINE AND THEN PUT IN DRIVE AND GO AGAIN. BY THIS TIME TRAFFIC IS ALREADY MOVING AROUND YOU. VERY DANGEROUS AND SCARY ON FREEWAY AND AT INTERSECTIONS. HAD THE BATTERY CHECKED AT AUTO STORE, TAKE IN FOR REGULAR MAINTENANCE - IT TESTED STRONG BUT NEEDED A "CHARGE" SHOULD BE RECHARGING WHEN RUNNING AND ON FREEWAY.[22]

8
9

75.     On June 18, 2019, the owner of a 2016 Acura MDX filed the following complaint with NHTSA:

10
11
12
13
14
15

TL* THE CONTACT OWNS A 2016 ACURA MDX. ON SEVERAL OCCASIONS, WHILE STOPPED AT A TRAFFIC LIGHT, THE VEHICLE STALLED. WHEN THE PUSH TO START BUTTON WAS PRESSED, THE VEHICLE RESTARTED. THE VEHICLE WAS NOT DIAGNOSED OR REPAIRED. A DIAGNOSTIC APPOINTMENT WAS SCHEDULED WITH ACURA OF FREMONT (LOCATED AT 5700 CUSHING PKWY, FREMONT, CA 94538, (510) 431-2500). THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 38,000.[23]

16
17

76.     On May 24, 2019, the owner of a 2016 Honda Pilot filed the following complaint with NHTSA:

18
19
20
21
22
23
24
25
26

 THE ENGINE FULLY STOPPED WHILE DRIVING ON THE HWY WHILE DRIVING ALMOS GOT REAR ENDED. I WAS MOVING TAPPED THE BREAK AND THE ENGINE STOPPED ( LIKE IN IDLE) I QUICKLY PUSHED ON THE GAS AND AFTER SECONDS OF NO RESPONSE IT CAME BACK. ON 9/2/2018 THIS HAPPENED WHEN I WAS GOING TJRU PAYING TOLL I TOUCHED THE BREAK TRYING TO SLOW DOWN IT COMPLETLY DIED, TRIED TO PUSH GAS NO RESPONSE DIED AND WENT IN N. HAD TO TURN IT ON AMD DRIVE AGAIN. AT THAT TIME WENT TO DEALER AMD THEY DID NOT SEE AN ISSUE. IT IS HAPPENENING MORE NOW. IT IS FRIGHTENING TO BE UNDER THE MERCEY OF TJE PERAON BEHIND U TO SLOW DOWN IN

27
28

[22] NHTSA ID 11218355
[23] NHTSA ID 11220990

1
2
TIME. THIS IS HORROBLE VERY SCARY AND CAN KILL A FAMILY![24]

3
4
77.     On May 21, 2019, the owner of a 2016 Honda Pilot filed the following complaint with NHTSA:

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
I HAVE A 2016 TOURING PILOT WITH JUST OVER 38,000 MILES. SINCE ABOUT 25,000 MILES I HAVE FELT THAT THERE WAS AN ODD HESITATION WITH THE AUTO-OFF FEATURE THAT I'D NOT NOTICED DURING THE INITIAL PERIOD OF OWNERSHIP. THE ISSUE ESCALATED TO THE POINT WHICH IT WOULD ACTUALLY STALL OUT AT AN INTERSECTION AND THE VEHICLE WOULD NOT TURN BACK ON FOR A FEW MINUTES. THE DEALERSHIP REPLACED THE BATTERY AND SAID THAT THEY COULD SEE THE ERROR AND THAT THERE WAS AN ISSUE CAUSED BY THE BATTERY. A FEW MONTHS LATER THE ISSUE STARTED TO HAPPEN AGAIN AND STALLED FOR MY WIFE AGAIN WITH OUR KIDS IN THE CAR AT A BUSY INTERSECTION. THE CAR WENT BACK INTO THE DEALERSHIP AND THEY HAVE NOW HAD IT FOR CLOSE TO 6 WEEKS WITH LITTLE TO NO UPDATE AS TO WHAT IS GOING ON. THIS IS A HORRIBLY UNSAFE ISSUE AND I KNOW FOR A FACT THAT MANY PEOPLE ARE HAVING THE SAME ISSUE AS REFERENCED IN THIS BLOG: HTTPS://WWW.PILOTEERS.ORG/FORUMS/114-2016-THIRD-GENERATION-PILOT/157005-ELITE-SHUTS-OFF-STOP-LIGHT-5.HTML THE FACT THAT HONDA CAN NOT COME UP WITH A FIX FOR THE ISSUE IS A VERY SCARY THOUGHT. WE AS CONSUMERS NEED SOMEONE TO HELP HOLD HONDA ACCOUNTABLE TO PROVIDE A SAFE DRIVING EXPERIENCE FOR OUR FAMILIES[25]

22
23
78.     On June 20, 2019, the owner of a 2016 Honda Pilot filed the following complaint with NHTSA:

24
25
26
THIS HAS HAPPENED SEVERAL TIMES AND HONDA HAS BEEN UNABLE TO REPLICATE. IT HAS HAPPENED ON THE FREEWAY AND ON CITY STREETS. THE CAR IS IN DRIVE AND MY CAR

27
28
[24] NHTSA ID 11209757
[25] NHTSA ID 11208938

HAS AN ENGINE IDLE SO THAT WHEN TRAFFIC COMES TO A HALT THE ENGINE CUTS OUT TO CONSERVE GAS. ON MANY A OCCASION IT WILL NOT JUST AUTOMATICALLY START BUT WILL INSTEAD KICK THE VEHICLE INTO PARK. IT IS EXTREMELY SCARY AS IT WILL THEN NOT START AS IF THE BATTERY IS DEAD BUT THE BATTERY IF FINE AND HAS BEEN REPLACED AS HONDA THOUGHT THAT WOULD RESOLVE IT. THEY ALSO REPLACED ALL THE FUEL INJECTORS AND THIS ALSO HAS NOT STOPPED THE PROBLEM. I FEEL I AM GOING TO BE KILLED IN THIS CAR. I HAVE CASE # 08783155 WITH HONDA AND AFTER HAVING JUST SPOKE TO THEM THEY ADVISED ME TO FILM PROBLEM!! YES THEY EXPECT ME TO GET MY PHONE OUT AND FILM WHILE MY VEHICLE HAS COME TO A HALT IN MOVING TRAFFIC![26]

79.    On June 15, 2019, the owner of a 2016 Honda Pilot filed the following complaint with NHTSA:

 CAR WAS ENGAGED IN "IDLE-STOP" AT A TRAFFIC LIGHT. FOLLOWING DRIVER'S LIFTING OF FOOT OFF OF THE BRAKE PEDAL, CAR SHUT OFF COMPLETELY. ALL DASHBOARD LIGHTS LIT UP, AND CAR WAS NOT ABLE TO BE TURNED BACK ON FOR 1-2 MINUTES. CAR WAS IN THE MIDDLE OF A BUSY STREET, AND A LARGE VEHICLE NEARLY REAR-ENDED THE DEAD CAR. DRIVER WAS THEREAFTER ABLE TO FOLLOW ON-SCREEN INSTRUCTIONS FOR RESTARTING VEHICLE, BUT WAS UNSUCCESSFUL IN SEVERAL INITIAL ATTEMPTS. (IN OTHER WORDS, CAR WAS NOT STARTING DESPITE DRIVER'S COMPLYING WITH INSTRUCTIONS. PRIOR TO THIS INCIDENT, CAR HAD IN SOME INSTANCES VERY MOMENTARILY "CUT OUT" FOLLOWING AN "IDLE-START." DRIVER NOTICED A "POPPING" AT THIS TIME. BUT THE PROBLEM, WHICH THE MANUFACTURER AND DEALER CLAIM TO KNOW NOTHING ABOUT AND ARE "UNABLE TO REPLICATE" DURING SERVICE, IS CLEARLY BECOMING WORSE AND MORE DANGEROUS OVER TIME. THE BEST THE HONDA DEALERSHIP SERVICE DEPARTMENT APPEARS TO BE ABLE TO DO IN DIAGNOSING THE PROBLEM IS TO SUGGEST BATTERY RECHARGE OR REPLACEMENT, WHICH HAS NOT BEEN AN ISSUE FOR OUR

---

[26] NHTSA ID 11221559

CAR AND IS APPARENTLY A COMMON SUGGESTION FROM DEALERSHIPS. THIS IS AN APPARENTLY BIGGER ISSUE THAN HONDA HAS BEEN WILLING TO ADMIT.[27]

80.    On July 10, 2019, the owner of a 2016 Honda Pilot filed the following complaint with NHTSA:

WHILE IDOL AT RED LIGHT, THE AUTOMATIC IDOL KICKED IN FOR POWER SAVE YET JERKED AND ALL RED LIGHT INDICATORS TURNED ON, INCLUDING PARKING BREAKS, AND CAR SEIZED UP. NO POWER, NO ABILITY PUT CAR IN PARK OR DRIVE. ON/OFF SWITCH NO REACTION TO TURN CAR ON OR OFF. NO BRAKE FUNCTION. I SAT IN AN UNRESPONSIVE VEHICLE AT VERY BUSY INTERCECTION. LUCKILY THE VEHICLE BEHIND ME WAS STOPPED AND ONLY LAID ON THEIR HORN FOR 2 RED LIGHT CYCLES RATHER THAN HITTING ME. I ACTIVATED MY EMERGENCY FLASHERS YET OTHER DRIVER DID NOT RESPOND. I REPETITIVELY KEPT PUSHING POWER BUTTON IN EFFORT FOR CAR TO RESPOND AND RESTART, EVENTUALLY DID AND WAS ABLE TO DRIVE OFF. HAVE APPT WITH DEALERSHIP IN AM.[28]

81.    On July 9, 2019, the owner of a 2016 Honda Pilot filed the following complaint with NHTSA:

WHEN MY CAR STOPS WHILE APPLYING THE BREAK PADDLE COMPLETELY, THE CAR MAY START 'IDLE STOP' WHICH TURNS OFF THE ENGINE. THE ENGINE MAY RESTART EITHER BY RELEASING THE BREAK PADDLE OR WHEN AC OR BATTERY NEEDS THE ENGINE TO TURN BACK ON. WE HAVE HAD MULTIPLE OCCURRENCES WHERE THE CAR WILL COMPLETELY RESET THE ELECTRICAL SYSTEM SHUTTING DOWN ALL THE LIGHTS, DISPLAYS, RADIO AND ENGINE, AND IT MAY OR MAY NOT RESTART THE ENGINE. SOMETIMES, IT REQUIRES MULTIPLE PRESSES OF THE ENGINE START BUTTON WHICH MAY TAKE MULTIPLE SECONDS AT A STOP. THIS CREATES A SAFETY HAZARD WHERE CARS BEHIND MAY REAR END US WHILE WE TRY TO RESTART. TODAY, IT

[27] NHTSA ID 11220350
[28] NHTSA ID 11230891

22

HAPPENED TO MY WIFE IN MOTION AFTER THE ENGINE RESTARTED AND SHE WAS IN THE MIDDLE OF AN INTERSECTION. I WONDER IF THIS COULD EVEN HAPPEN ON A RAILWAY... WE REPORTED IT TWICE AND TRIED FIXING IT AT A HONDA SHOP (1ST TEXAS HONDA @ AUSTIN, TX), THEY MADE MULTIPLE CLAIMS INCLUDING BAD BATTERY THAT REQUIRED REPLACING IT (ISSUE STILL REOCCURRED), BLAMING IT ON A POWER CABLE THAT GOES TO AN OPTIONAL TRAILER HITCH CONNECTION THAT IS NOT IN USE, BUT HAVE NOT TRIED TRIED REPLACING THE FAULTY IDLE START/ENGINE MODULE. SEARCHING THRU THE INTERNET, THERE ARE MULTIPLE REPORTS OF THE SAME ISSUE. HTTPS://WWW.CARCOMPLAINTS.COM/HONDA/PILOT/2016/EN GINE/AUTO_IDLE_STOP_DOES_NOT_WORK.SHTML THERE IS NO RECALL OR A ROOT CAUSE ANALYSIS REPORTED BY HONDA TRYING TO RESOLVE THE ISSUE FOR THE OWNERS. NEEDLESS TO SAY, TRYING TO TAKE A VIDEO/PHOTO WHEN IT HAPPENS IS NOT SIMPLE, LARGELY, BECAUSE WE DON'T HOLD OUR PHONES WHILE DRIVING THE CAR AND SECONDLY, IT'S RANDOM EVENT WHEN IT HAPPENS... THE ISSUE REPEATS MULTIPLE TIMES A WEEK, BUT NOT ON EVERY STOP. WORSE AT HOT TEMPERATURES[29]

82.    On June 24, 2019, the owner of a 2016 Honda Pilot filed the following complaint with NHTSA:

THE ENGINE IDLE STOP FEATURE NOT WORKING PROPERLY. WHEN THE VEHICLE IS AT A STOP THE ENGINE TURNS OFF LIKE INTENDED. SOMETIMES THE RADIO TURNS OFF AND RESTARTS IMMEDIATELY. RANDOMLY WHEN YOU TAKE YOU FOOT OFF THE GAS THE ENTIRE VEHICLE AND ALL FUNCTIONS TURN OFF. IN ORDER TO TURN THE VEHICLE YOU NEED TO PRESS THE IGNITION BUTTON AND SET THE VEHICLE IN PARK. THIS IS VERY DANGEROUS IN STOP AND GO TRAFFIC. THE MOST RECENT TIME IT HAPPENED WAS ON THE FREEWAY AT A CREST. TOOK IT TO DEALER AND THEY COULD NOT REPLICATE.[30]

---

[29] NHTSA ID 11230198

[30] NHTSA ID 11222280

23

83.     On June 24, 2019, the owner of a 2019 Acura MDX filed the following complaint with NHTSA:

> THE ENGINE AUTO STOP OR IDLE STOP IS A SAFETY HAZARD. THE ENGINE SHUTS OFF PREVENTING A QUICK ACCELERATION FROM AN INTERSECTION OR OTHER HAZARD. THE MANUFACTURE SHOULD OFFER A METHOD TO PERMANENTLY DISABLE THIS HAZARD.I WAS NEARLY T-BONED WHEN TRYING TO MAKE A LH TURN AT A BUSY INTERSECTION BECAUSE THE CAR HAD TO START BEFORE ACCELERATING[31]

84.     On July 12, 2019, the owner of a 2016 Honda Pilot filed the following complaint with NHTSA:

> CAR SHUTS DOWN AND STALLS WHEN IDLE STOP ENGAGES VERY FREQUENTLY OVER THE PAST YEAR IN THE MIDDLE OF THE INTERSECTION OR HIGHWAY. HAVE TAKEN IN TO HONDA DEALERS MULTIPLE TIMES BUT THEY CANNOT RECREATE THE PROBLEM AND SAY THE BATTERY TESTS OK YET RECOMMEND CHANGING THE BATTERY?![32]

85.     On July 21, 2019, the owner of a 2016 Acura MDX filed the following complaint with NHTSA:

> MY 2016 ACURA MDX. STALLED TWICE. BOTH TIMES IN START AND STOP TRAFFIC WHEN STOPPED THE CYLINDER DEACTIVATION ENGAGED, HOWEVER THEN THE POWER WENT OUT COMPLETELY WITHOUT WARNING, IT TOOK ABOUT 5-10 MIN THEN THE PUSH TO START WORKED AND THE CAR RESTARTED. AFTER THE FIRST STALL WE TOOK IT ACURA, HOWEVER THEY SAID THERE WAS NOTHING WRONG. I AM WRITING THIS REPORT AFTER THE SECOND STALL TODAY.[33]

86.     On August 13, 2019, the owner of a 2019 Honda Pilot filed the following complaint with NHTSA:

---

[31] NHTSA ID 11234618
[32] NHTSA ID 11231357
[33] NHTSA ID 11233636

1
2
3
4
5
6
7
8
9
10

WHEN ENGINE AUTO IDLE IS ENGAGED, INSTEAD OF RE-ENGAGING WHEN FOOT REMOVED FROM BRAKE, THE CAR STALLS IN ONE OF THREE WAYS. GRADE 1, THE FAN AND RADIO SHUT OFF BUT THE ENGINE ENGAGES ONCE GAS IS APPLIED. GRADE 2, THE FAN, RADIO AND ENGINE SHUT OFF BUT RESTART ONCE GAS IS APPLIED. VARIOUS WARNING LIGHTS THEN APPEAR ON THE DASH. GRADE 3, EVERYTHING SHUTS OFF AND THE CAR WILL NOT RESTART UNTIL YOU SHIFT INTO PARK AND PRESS THE START BUTTON SEVERAL TIMES. THIS IS VERY DANGEROUS AS IT HAPPENS AT INTERSECTIONS WHEN CARS EXPECT YOU TO BE MOVING AND YOU'RE STALLED OUT. I HAVE VIDEO OF THESE INCIDENTS AND HAVE PROVIDED THEM TO THE HONDA DEALER.[34]

11
12

87.     On August 13, 2019, the owner of a 2017 Honda Pilot filed the following complaint with NHTSA:

13
14
15
16
17
18
19
20
21
22
23
24
25

I JUST PURCHASED MY HONDA CERTIFIED '17 PILOT ELITE ONE MONTH AGO. I WOULD NOTICE THAT THE CAR WOULD LAG WHEN USING THE AUTO IDLE STOP FUNCTION, IT WOULD SPUTTER, AND EVENTUALLY AND NOW MULTIPLE TIMES, IT WOULD STALL OUT AT A STOP LIGHT OR STOP SIGN WHEN I WAS IN AUTO IDLE-STOP AND TOOK MY FOOT OFF OF THE BRAKE TO GO. MY HONDA PILOT STALLED IN THE MIDDLE OF AN INTERSECTION, WAITING TO TURN LEFT, OF A BUSY MAIN HIGHWAY, WITH MY HUSBAND AND YOUNG CHILDREN INSIDE. WHEN IT WAS SAFE TO TURN, TOOK FOOT OFF OF THE BRAKE AND THE CAR STALLED. IT TOOK MANY FRANTIC ATTEMPTS TO GET THE CAR TO TURN BACK ON TO BE ABLE TO MOVE SAFELY OUT OF THE INTERSECTION. THIS CAR HAS PLACED MYSELF AND MY FAMILY IN DANGER NOW ON MULTIPLE OCCASIONS. TOOK TO DEALERSHIP WHERE THEY INFORM THAT THEY HAVE NEVER HEARD OF THIS HAPPENING, AND THAT THEY DO NOT KNOW WHAT IS WRONG. CAR HAS BEEN TO THE DEALERSHIP TWICE FOR SAME ISSUE NOW, IN ONE MONTH.[35]

26
27
28

[34] NHTSA ID 11243724
[35] NHTSA ID 11243735

88.     On August 14, 2019, the owner of a 2017 Honda Pilot filed the following complaint with NHTSA:

> TL* THE CONTACT OWNS A 2017 HONDA PILOT. WHILE THE VEHICLE WAS STOPPED WITH THE AUTO IDLE ENGAGED AND AIR CONDITIONER ACTIVATED, THE BRAKE PEDAL WAS RELEASED AND THE VEHICLE STALLED. ALSO, THE GEAR SHIFTER WENT INTO PARK. THE CONTACT HAD TO PRESS THE ENGINE START BUTTON SEVERAL TIMES FOR THE VEHICLE TO RESTART. ALL THE WARNING INDICATORS ON THE INSTRUMENT CLUSTER WERE ILLUMINATED. THE CONTACT CALLED HONDA OF COVINGTON (100 HOLIDAY SQUARE BLVD, COVINGTON, LA 70433, (985) 892-0001), BUT THE VEHICLE WAS NOT DIAGNOSED OR REPAIRED. THE MANUFACTURER WAS NOT CONTACTED. THE FAILURE MILEAGE WAS 63,500. *AS THE CONSUMER STATED A SOFTWARE UPDATE WAS INSTALLED AND A BATTERY CHECK, BUT THE PROBLEM PERSISTS. *TR[36]

89.     On August 26, 2019, the owner of a 2017 Honda Pilot filed the following complaint with NHTSA:

> HAVE A 2017 HONDA PILOT TOURING WITH 39K MILES. USUALLY THE CAR GOES INTO 'ACCESSORY' MODE WHEN THE AUTO IDLE STOP KICKS IN BUT A COUPLE OF MONTHS AGO SOMETHING NEW STARTED- I EXPERIENCED A TOTAL STALL FOR THE FIRST TIME, AND IT HAS HAPPENED 3 MORE TIMES SINCE. THE CAR TURNED COMPLETELY OFF, BUT IT DID NOT RESTART AUTOMATICALLY. THE DASHBOARD WAS LIT UP WITH PROBLEMS. I PUT THE CAR IN PARK AND FRANTICALLY TRIED TO RESTART IT AS I WAS ON A HIGHWAY IN TRAFFIC. ONCE IT WAS RESTARTED, I DISABLED AUTO IDLE STOP AND I'VE BEEN DISABLING IT EVER SINCE. HOWEVER, THIS IS A MANUAL FIX AND IS NOT ALWAYS SOMETHING ONE REMEMBERS TO DO, ESPECIALLY SINCE WE HAVE A NEW 16-YEAR-OLD DRIVER ENTERING THE FRAY IN OUR HOME SOON. AFTER RESEARCHING THIS EXTENSIVELY ONLINE, THERE APPEARS TO BE A KNEE-JERK REACTION FROM HONDA TO REPLACE THE BATTERIES IN THESE

---

[36] NHTSA ID 11243935

1
2
3
4
5
6
7

AFFECTED VEHICLES, BUT IT IS NOT STOPPING THE ISSUE, ACCORDING TO MULTIPLE ACCOUNTS. THE NHTSA HAS MANY DOCUMENTED CASES OF THIS AND IT IS AN OBVIOUS SAFETY ISSUE, BUT NO RECALL IS YET IN PLACE. CALLED HONDA USA CUSTOMER SERVICE AT 9:30 AM TODAY AND VERIFIED THERE ARE NO RECALLS REGARDING THIS PROBLEM AND IF THE CAR IS OUT OF WARRANTY THAT THERE WOULD BE NO FINANCIAL RELIEF FOR NECESSARY PARTS/LABOR RELATED TO THIS ISSUE.[37]

8
9

90.     On January 11, 2020, the owner of a 2017 Honda Pilot filed the following complaint with NHTSA:

10
11
12
13
14
15
16
17
18
19
20
21
22

ABOUT 6 MONTHS AGO, WHEN MY CAR HAD LESS THAN 30K MILES. MY CAR WOULD STALL WHILE THE CAR WAS IN "AUTO IDLE-STOP MODE". INITIALLY, I FIRST NOTICED THAT THE AUTO IDLE-STOP WAS HESITATING WHEN IT WOULD START UP. THEN THINGS GOT WORSE AND I NOTICED THAT THE RADIO WOULD TURN OFF AND I'D HEAR ALL OF THE CHIMES LIKE WHEN I START THE CAR. I BROUGHT MY CAR TO HONDA TO HAVE THIS FIXED. THEY SAID IT WAS THE COMPUTER AND CLAIMED THEY FIXED IT. THE PROBLEM STILL CONTINUES. I ALSO HAD A CONVERSATION WITH THE SERVICE MANAGER AND HE PROMISED HE WOULD INFORM HONDA CORPORATE. I NEVER RECEIVED ANY FOLLOW UP. I GOOGLED THIS PROBLEM AND HAVE FOUND OUT I'M NOT THE ONLY ONE. THIS IS DANGEROUS BECAUSE SOMETIMES I NEED TO MAKE A TURN AND MY CAR HAS STALLED AND ADDS A FEW SECONDS. THERE ARE OTHER PEOPLE EXPERIENCEING THE SAME PROBLEM: HTTPS://WWW.PILOTEERS.ORG/THREADS/ELITE-SHUTS-OFF-AT-STOP-LIGHT.157005/[38]

23
24

91.     On February 3, 2020, the owner of a 2017 Honda Pilot filed the following complaint with NHTSA:

25

AUTO ENGINE IDLE STOP: STALLING WHEN ACTIVE[39]

26
27
28

---

[37] NHTSA ID 11246340
[38] NHTSA ID 11298616
[39] NHTSA ID 11306743

27

92.     On February 4, 2020, the owner of a 2017 Honda Pilot filed the following complaint with NHTSA:

> FROM A STOP, AT TIMES WHEN I TAKE MY FOOT OFF THE BRAKE WITH THE AUTO-ENGINE IDLE SET TO "ON", WHEN I TRY TO ACCELERATE, THE ENGINE WILL CUT OFF. THE CAR PUTS ITSELF IN EITHER NEUTRAL OR PARK, THEN I HAVE TO RESTART THE CAR - DEPRESS BRAKE AND PRESS BUTTON - AFTER 30 SECONDS TO A MINUTE. I WAS LUCKY NOT TO HAVE BEEN REAR-ENDED SINCE AT A GREEN LIGHT, OTHER DRIVERS GO, AND DO NOT EXPECT A DRIVER IN FRONT OF THEM TO STOP.[40]

93.     On February 7, 2020, the owner of a 2016 Honda Pilot filed the following complaint with NHTSA:

> WHILE STOPPED AT A FREEWAY OFF RAMP. THE CAR AUTOMATICALLY SHUT OFF THE ENGINE PER THE START/STOP FEATURE. WHEN THE LIGHT TURNED GREEN THE CAR DID NOT RESTART AND INSTEAD COMPLETELY SHUT OFF AND PUT ITSELF INTO PARK. I HAD TROUBLE RESTARTING WHILE TRAFFIC BUILT UP BEHIND ME. THIS IS NOT THE FIRST TIME THIS HAS HAPPENED. IT IS A VERY DANGEROUS AND DISCONCERTING PROBLEM.[41]

94.     On February 24, 2020, the owner of a 2017 Honda Pilot filed the following complaint with NHTSA:

> THE AUTO IDLE FEATURE IN MY CAR MY CAR OFF COMPLETELY AND THEN WON'T ALLOW IT RESTART IMMEDIATELY. IT CAUSES A STALL AT LIGHTS. IT OFTEN TAKES TRYING TO START THE CAR FOR SEVERAL MINUTES BEFORE IT WILL TURN BACK ON. THIS HAS HAPPENED SEVERAL TIMES. IT CAN NEVER BE FIXED BY THE DEALER. THEY DON'T KNOW HOW TO REPLICATE THE ISSUE IN THE SHOP.[42]

---

[40] NHTSA ID 11307006
[41] NHTSA ID 11307767
[42] NHTSA ID 11311010

95.     On March 1, 2020, the owner of a 2016 Honda Pilot filed the following complaint with NHTSA:

> I CAME TO A COMPLETE STOP AT A VERY BUSY
> INTERSECTION. THE IDLE START/STOP KICKED IN. WHEN I
> WENT TO REMOVE MY FOOT FROM THE BRAKE TO THE GAS
> TO GO ACROSS THE BUSY INTERSECTION, MY PILOT
> COMPLETELY DIED. THIS LEFT ME STRANDED AT A STOP SIGN
> AT A VERY BUSY INTERSECTION FOR OVER 2 HOURS WAITING
> FOR A TOW TRUCK. AFTER A COUPLE OF DAYS AT THE
> DEALERSHIP, THEY SAID IT WAS 'JUST A SOFTWARE UPDATE'.
> IT IS A KNOWN ISSUE BUT THEY ARE ONLY FIXING IT WHEN
> IT AFFECTS A VEHICLE. NO RECALL??!!!! I WOULD LOVE TO BE
> ABLE TO UPLOAD MY VIDEO THAT I TOOK WHEN THIS ALL
> HAPPENED SO YOU COULD SEE WHAT MY DASH LOOKED LIKE
> WHEN I KEPT TRYING TO START MY CAR BACK UP. THE WEEK
> PRIOR TO THIS, THE PHOTO SHOWS WHAT NOTICE POPPED UP
> ON MY DASH.[43]

96.     On May 4, 2020, the owner of a 2016 Honda Pilot filed the following complaint with NHTSA:

> THE IDLE START/STOP FEATURE CAUSES THE CAR TO STALL
> WHEN STOPPED. WHEN THE AT A FULL STOP AND THE
> IDLE/STOP KICKS IN THE CAR DOES NOT COME BACK ON AND
> SHUTS OFF WITH ALL OF THE LIGHTS IN THE CONSOLE
> LIGHTING UP AND MUST BE COMPLETELY SHUT-OFF AND
> RESTARTED, "STALL OUT" AT A STOP LIGHT OR STOP SIGN
> WHEN I WAS IN "AUTO IDLE-STOP" AND PRESSED ON THE GAS.
> I FIRST NOTICED THAT THE AUTO IDLE-STOP WAS
> HESITATING WHEN IT WOULD START UP. I ALSO NOTICED
> THAT THE RADIO WOULD "CUT OUT". AFTER THAT, THE
> VEHICLE WOULD JUST STALL OUT AND I WOULD HAVE TO
> PUSH PARK, PUT MY FOOT ON THE BRAKE AND THEN PUSH
> START. TOOK TO THE DEALER DURING MY LAST SERVICE ON
> JANUARY 20, 2020 AND THEY COULD NOT DUPLICATE. THE
> ISSUE HAS PROGRESSIVELY GOTTEN WORSE AND IS
> HAPPENING MORE FREQUENTLY. THE CAR HAS STALLED AT
> LIGHTS AND POSES A DANGER TO MY WIFE AND 3 YOUNG

---

[43] NHTSA ID 11315393

CHILDREN. THE DEALERSHIP WILL NOT LOOK INTO IT ANY
FURTHER BECAUSE THEY CANNOT DUPLICATE THE
PROBLEM. I'VE RESEARCHED FORUMS ONLINE AND OTHER
HONDA PILOT OWNERS HAVE EXPRESSED THEY ARE
EXPERIENCING THE SAME ISSUE.[44]

97.     On March 10, 2020, the owner of a 2018 Honda Pilot filed the following complaint with NHTSA:

THE VEHICLE WOULD "STALL OUT" AT A STOP LIGHT OR STOP
SIGN WHEN I WAS IN "AUTO IDLE-STOP" AND PRESSED ON
THE GAS. I FIRST NOTICED THAT THE AUTO IDLE-STOP WAS
HESITATING WHEN IT WOULD START UP. I ALSO NOTICED
THAT THE RADIO WOULD "CUT OUT". AFTER THAT, THE
VEHICLE WOULD JUST STALL OUT AND I WOULD HAVE TO
PUSH PARK, PUT MY FOOT ON THE BRAKE AND THEN PUSH
START. THIS HAS HAPPENED SEVERAL TIMES.[45]

98.     On March 31, 2020, the owner of a 2017 Honda Pilot filed the following complaint with NHTSA:

HONDA PILOT ELITE DOES NOT AUTO RE-START CONDITION
AFTER GOING INTO AN AUTO IDLE STOP. I TRIED TO RE-START
THE VEHICLE BY PLACING THE GEAR INTO THE PARK
POSITION AND PRESSING THE START BUTTON. THIS LEAVES
ME STRANDED AT A STOP LIGHTS AND SIGNS AND IMPOSES
RISK TO SELF AND OTHERS.[46]

99.     On April 9, 2020, the owner of a 2018 Honda Pilot filed the following complaint with NHTSA:

CAR STARTS TO STALL WHEN ACCELERATING AND WHEN I
LET GO OF THE ACCELERATION PEDAL. *TR

100.   On April 22, 2020, the owner of a 2016 Honda Pilot filed the following complaint with NHTSA:

WE OWN A 2016 HONDA PILOT ELITE WITH AUTO START/STOP

---

[44] NHTSA ID 11323258
[45] NHTSA ID 11317205
[46] NHTSA ID 11319867

30

FEATURE. THE VEHICLE HAS APPROXIMATELY 78,000 MILES AND BEGAN EXHIBITING ISSUES WITH THE AUTO START/STOP FEATURE. WHEN STOPPED AT ANY LOCATION, THE AUTO STOP ENGAGES AND TURNS OFF THE ENGINE AND SHOULD RESTART WHEN YOU LIFT YOUR FOOT OF THE BRAKE; BUT IT IS NOW TURNING ALL THE POWER TO THE VEHICLE OFF (RADIO OFF, A/C OFF, DASH LIGHTS OFF). IN SOME CASES THE DASH WILL FLICKER WITH AND DASH LIGHTS WILL ELIMINATE FOR A SECOND. AS A RESULT YOU CANNOT MOVE THE VEHICLE AND ARE STUCK IN A DANGEROUS PLACE (CAN'T PUT THE VEHICLE IN NEUTRAL, NO POWER). THIS HAS HAPPENED TO US ON NUMEROUS OCCASIONS; AT STOP LIGHTS WHERE CARS BEHIND YOU GET FRUSTRATED AND HONK THEIR HORNS (TAKES SEVERAL MINUTES TO START BACK UP IF YOU ARE LUCKY) AND MOST CONCERNING IS IF YOU ARE IN THE MIDDLE OF THE INTERSECTION AND ABOUT TO MAKE A RIGHT TURN, WHILE WAITING TO MAKE THE TURN, THE VEHICLE SHUTS OFF ' NOW WE ARE STUCK IN THE INTERSECTION WITH TWO KIDS IN THE VEHICLE. NOW ONCOMING TRAFFIC IS EITHER FAST APPROACHING OR HONKING BECAUSE WE ARE BLOCKING THE LANE. WE HAVE BEEN ALMOST STRUCK ON SEVERAL OCCASIONS. THE ONLY WORK AROUND IS TO TURN THE AUTO START/STOP FEATURE OFF (PUSHING THE BUTTON) WHEN YOU FIRST GET IN THE VEHICLE, BUT IF YOU FORGET ' WE MIGHT GET KILLED. I TOOK IT TO THE HONDA DEALER AND THEY CLAIM THEY HAVE NEVER HEARD OF THIS ISSUE. MY BATTERY TESTED FINE. I LOCATED NUMEROUS HONDA PILOT POSTS ONLINE THAT INDICATE THIS IS A COMMON PROBLEM, DATING BACK TO THE 2016, BUT NO ONE IS HELPING THE CONSUMER. I DON'T UNDERSTAND WHY THERE IS A DELAY IN REPAIRING THIS ISSUE; IT IS NOT JUST A GENERAL INCONVENIENCE, IT IS A SAFETY RISK. WE ARE FRUSTRATED AND SCARED. IF WE TRADE THE VEHICLE FOR ANOTHER CAR, WHAT HAPPENS TO THE NEXT FAMILY THAT PURCHASES THIS VEHICLE ' DO THEY SUFFER THE FATAL OUTCOME.[47]

101.   On May 5, 2020, the owner of a 2019 Acura TLX filed the following

---

[47] NHTSA ID 11321898

complaint with NHTSA:

> I STOPPED(STATIONARY) AT A LIGHT TO MAKE A LEFT TURN INTO THE FREEWAY. WHILE STATIONARY THE ENGINE WENT INTO AUTOMATIC IDLE STOP TO SAVE GAS AND ONCE THE LIGHT TURN GREEN THE CAR WAS NOT ABLE TO TURN ON AT ALL AND HAD TO CALL AAA. IT WAS GIVING ME ERROR MESSAGES IN REGARDS FUEL PUMP AND BRAKE SYSTEM ETC. IN THE DASH. *TR[48]

102.   On May 12, 2020, the owner of a 2019 Honda Pilot filed the following complaint with NHTSA:

> TL* THE CONTACT OWNS A 2019 HONDA PILOT. THE CONTACT STATED WHILE DRIVING 10 MPH, THE BRAKE PEDAL WAS DEPRESSED AND THE VEHICLE STALLED WITHOUT WARNING. THE CONTACT STATED THAT THE VEHICLE WAS UNDRIVABLE. THE VEHICLE WAS NOT TAKEN TO BE DIAGNOSED NOR REPAIRED. NEITHER THE MANUFACTURER NOR DEALER WERE NOT NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE WAS UNKNOWN.[49]

103.   On May 20, 2020, the owner of a 2018 Honda Pilot filed the following complaint with NHTSA:

> THE AUTO ENGINE IDLE FEATURE ENGAGED AT A STOP LIGHT AS USUAL. WHEN I MOVED MY FOOT FROM THE BRAKE TO THE ACCELERATOR, THE CAR SHUT OFF, SHIFTED INTO NEUTRAL AND WOULD NOT START. THIS WAS ON A MAJOR HIGHWAY. IT TOOK SEVERAL MINUTES TO START AGAIN, WHILE I WAS STALLED IN DANGEROUS TRAFFIC.[50]

104.   On June 4, 2020, the owner of a 2016 Honda Pilot filed the following complaint with NHTSA:

> WHEN THE ENGINE IDLE STOP IS ENGAGED THE CAR WILL OCCASIONALLY NOT RESTART. IT TAKES MULTIPLE TRIES TO RESTART THE VEHICLE. MOST OF THE TIME IT HAPPENS IN

[48] NHTSA ID 11323447
[49] NHTSA ID 11324266
[50] NHTSA ID 11417954

1    TRAFFIC WHICH IS A POTENTIAL SAFETY HAZARD. *TR[51]

2    105.   On June 8, 2020, the owner of a 2017 Honda Pilot filed the following

3    complaint with NHTSA:

4        STALLING WHILE AT STOP OR GOING DOWNHILL AT LOW
5        SPEEDS. *TR[52]

6    106.   On June 12, 2020, the owner of a 2017 Acura TLX filed the following

7    complaint with NHTSA:

8        TL* THE CONTACT OWNS A 2017 ACURA TLX. THE CONTACT
9        STATED THAT AFTER DEPRESSING THE BRAKE PEDAL, THE
         VEHICLE STALLED WITHOUT WARNING. THE CONTACT
10       STATED THAT THE FAILURE RECURRED NUMEROUS TIMES
11       WHILE THE VEHICLE WAS IDLING. THE VEHICLE WAS TAKEN
         TO FIRST ACURA SALES (16 HIGHLAND AVE, SEEKONK, MA
12       02771) HOWEVER, THE MECHANIC WAS UNABLE TO PROVIDE
13       A CAUSE FOR THE FAILURE. THE CONTACT WAS INFORMED
         THAT THE BATTERY NEEDED TO BE REPLACED. THE VEHICLE
14       WAS THEN TAKEN TO SPEEDCRAFT ACURA (883 QUAKER LN,
15       WEST WARWICK, RI 02893, (401)304-3100) HOWEVER, THE
         MECHANIC WAS UNABLE TO RETRIEVE A FAULT CODE OR
16       DUPLICATE THE FAILURE. THE MANUFACTURER WAS MADE
17       AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS
         APPROXIMATELY 33,000.[53]
18
19   107.   On July 1, 2020, the owner of a 2017 Honda Pilot filed the following
20   complaint with NHTSA:
21       WHEN VEHICLE COMES TO A STOP WITH THE AUTO ENGINE
         IDLE SHUT OFF, THE CAR COMPLETELY SHUTS DOWN AND
22       TAKES A FEW MINUTES TO RESTART. THIS HAPPENED
23       REPEATEDLY TODAY (7/1//2020) DRIVING AROUND TOWN.
         *TR[54]
24

25   [51] NHTSA ID 11327319
26   [52] NHTSA ID 11327827
     [53] NHTSA ID 11328479
27   [54] NHTSA ID 11331934
28

33

108.   On July 2, 2020, the owner of a 2017 Honda Pilot filed the following complaint with NHTSA:

> IDLE STOP SYSTEM SENSOR FAIL.. WHEN CAN STOPS THE ENGINE SHUTS OFF BUT I DID NOT CAME BACK ON!! A LOT OF LIGHTS CAME ON WITH INSTRUCTIONS WHILE I WAS AT A BUSY LIGHT.. WENT TO THE DEALER AND IT WAS CLOSE TO $1,000 FOR THE REPAIR.. THEY SAID ITS A KNOWN ISSUE.. PLEASE DO A RECALL. *TR[55]

109.   On July 14, 2020, the owner of a 2017 Honda Pilot filed the following complaint with NHTSA:

> MY VEHICLE HAS AN AUTO STOP FUNCTION THAT OCCURS WHEN I STOP THE CAR. WHEN I PRESS THE ACCELERATOR, THE ENGINE STARTS BACK UP. PERIODICALLY, I HAVE HAD AN ISSUE WITH THE VEHICLE NOT STARTING BACK UP. I HAVE TO PUT THE CAR IN PARK AND PRESS THE START BUTTON SEVERAL TIMES UNTIL IT STARTS BACK. THIS HAS PUT ME IN SOME VERY DANGEROUS SITUATIONS. THE DEALERSHIP HAS NOT BEEN ABLE TO PRODUCE THE SAME ISSUE. IT HAS BEEN OCCURRING MORE OFTEN AND I AM CONCERNED FOR MY SAFETY. I HAVE READ NUMEROUS COMPLAINTS ABOUT THE SAME ISSUE.[56]

110.   On July 16, 2020, the owner of a 2016 Honda Pilot filed the following complaint with NHTSA:

> ENGINE STALLING ON HIGHWAY AND FREEWAYS DURING STOPS. EXTREMELY DANGEROUS SITUATION ON FREEWAY WHEN WE HAD TO STOP DUE TO FRONT TRAFFIC AND CAR COMPLETELY STALLED AND COULD NOT RESTART THE CAR. ENTIRE FAMILY WAS INSIDE.[57]

111.   On July 31, 2020, the owner of a 2017 Acura MDX filed the following complaint with NHTSA:

> ISSUES   HAVE   NOW   OCCURRED   TWICE   WITHIN   AN

---

[55] NHTSA ID 11337102

[56] NHTSA ID 11339322

[57] NHTSA ID 11339748

APPROXIMATELY 4 WEEK PERIOD. FIRST TIME WAS NEAR THE END OF JUNE AND THE SECOND TIME OCCURRED ON 7/30/20. AFTER STOPPING ON THE HIGHWAY, ONCE FOR A STOPLIGHT AND THE OTHER TIME TO TURN OFF HIGHWAY ONTO ANOTHER ROAD, THE ENGINE STALLED/TURNED OFF. AFTER VEHICLE WAS BACK IN PARK, I WAS ABLE TO RESTART THE VEHICLE EACH TIME.[58]

112.   On August 2, 2020, the owner of a 2016 Honda Pilot filed the following complaint with NHTSA:

WHEN STOPPED AT A STOP LIGHT OR STOP SIGN THE TRANSMISSION CHANGES FROM DRIVE TO NEUTRAL TO PARK AND SOMETIMES DIES. CAR WON'T RESTART WHEN FOLLOWING DIRECTIONS ON DISPLAY SCREEN OR ANY OTHER WAY EXCEPT SITTING AND TRYING TO START IT OVER AND OVER AFTER TURNING ON FLASHERS AND WAVING TRAFFIC AROUND US.[59]

113.   On September 14, 2020, the owner of a 2017 Honda Pilot filed the following complaint with NHTSA:

WHEN MY 2017 HONDA PILOT TOURING ENTERS IDLE STOP MODE, IT HAS BEGUN TO STALL WHEN YOU RELEASE THE BRAKE TO RE-ENGAGE THE ENGINE. THIS HAPPENED FIRST IN A PARKING LOT ON 6/17/20 WHEN LEAVING PARKING AREA TO ENTER MAIN ROAD. VEHICLE SHIFTS INTO NEUTRAL. MUST PUT IT INTO PARK. THEN HIT START BUTTON. THEN PUT VEHICLE BACK INTO DRIVE. TOOK IT TO DEALERSHIP (UNDER WARRANTY) ON 6/23/20. COULD NOT DUPLICATE PROBLEM, BUT IDENTIFIED CODES: P170B-DOG CLUTCH A ABNORMAL OPERATION, U0230-GAUGE LOST COMM W/PTG, U1281-GAUGE LOST COMM W/MICU, U0199-MICU LOST COMM W/MASTER SWITCH, U0180-CLIMATE CONTROL LOST COMM W/MASTER SWITCH. TECHNICIAN NOTED IN REPORT THAT THEY INSPECTED THE FREEZE DATA, TRANS HAD NO INPUT SPEED, SO CODE MUST HAVE SET DURING AN IDLE STOP. THE TECHNICIANS COULD NOT REPLICATE THE PROBLEM, SO

---

[58] NHTSA ID 11342553
[59] NHTSA ID 11342856

THEY RESET THE CODE AND ASKED ME TO BRING THE
VEHICLE BACK IN IF IT HAPPENED AGAIN. WHILE DRIVING ON
THE FREEWAY ON A BRIDGE CROSSING THE COLUMBIA
RIVER ON 6/23/20, THIS HAPPENED AGAIN. I WAS IN STOP-AND-
GO TRAFFIC IN THE CENTER LANE OF THE BRIDGE. AFTER
ONE OF MANY SHORT IDLE STOPS (ENGINE OFF FOR ABOUT 1
SECOND) I TOOK MY FOOT OFF THE BRAKE AND THE ENGINE
STALLED. SAME ISSUE. SHIFTS TO NEUTRAL. MUST PUT IN
PARK. HIT START BUTTON (TWICE). ENGINE STARTS. SHIFT
BACK INTO DRIVE. TOOK 30-60 SECONDS WHILE TRAFFIC
TRIES TO MANEUVER AROUND ME. LUCKY I WAS IN THE
MIDDLE OF THE QUEUE (NOT BACK) AS TAKING MY FOOT OFF
THE BRAKES WOULD IMPLY TO THE DRIVER BEHIND ME
THAT I WILL BE MOVING AGAIN. DEFINITELY A SAFETY
HAZARD THAT COULD ULTIMATELY LEAD TO
INJURY/DEATH. I RETURNED THE VEHICLE TO THE
DEALERSHIP AGAIN. THEY DID NOT FIND ANY CODES THIS
TIME. TRIED TO RETURN MY VEHICLE TO ME WITHOUT DOING
ANYTHING. I ARGUED PER MY PREVIOUS VISIT THAT THEY
HAD RESET THE CODES AND ASKED ME TO RETURN IF THIS
RECURRED. AWAITING RESOLUTION.[60]

114.   On September 30, 2020, the owner of a 2017 Honda Pilot filed the following complaint with NHTSA:

WHEN I'VE BEEN STOPPED AT A RED LIGHT I'VE TAKEN MY
FOOT OFF THE BRAKE TO HIT THE GAS PEDAL. BEFORE I
TOUGH THE GAS, THE DASHBOARD SHOWS AN "EMISSIONS
SYSTEM PROBLEM" LIGHT AND THE ENGINE DIES. I'VE HAD
TO FRANTICALLY RESTART THE CAR AND WAS ALMOST
REAR-ENDED. IT'S HAPPENED 5 TIMES. I HAD REPORTED THIS
PROBLEM TO DEALER AND THEY WERE OF NO HELP. THEY
SAID THEY CHECKED THE COMPUTER AND THERE WAS NO
HISTORY OF ANY ISSUE. AGAIN, I'M WRITING TO DOCUMENT
THIS CONCERN AS IT'S DANGEROUS THE HONDA DEALERS
NEED TO KNOW HOW TO ADDRESS THE PROBLEM. I'VE
LOOKED ONLINE AND I AM NOT THE ONLY PERSON WHO HAS
REPORTED THIS ISSUE. WHAT IS THE SOLUTION? THIS

[60] NHTSA ID 11354935

36

1    CONDITION IS NOT SAFE AND NEEDS TO BE FIXED.[61]

2    115.   On October 17, 2020, the owner of a 2016 Honda Pilot filed the following
3    complaint with NHTSA:

4      MY CAR WILL DIE AFTER BEING STOPPED (EX. AT A RED
5    LIGHT, STOP SIGN) AND WILL NOT RESTART RIGHT AWAY.
     SOMETIMES IT DOESN'T DIE COMPLETELY. WHEN IT DOES
6    YOU ARE UNABLE TO PUT THE CAR INTO PARK OR ENGAGE
7    THE EMERGENCY LIGHTS. THIS HAS HAPPENED WHERE WE
     WERE STOPPED AT A RED-LIGHT AND THE CAR DIED AND
8    WOULD NOT RESTART. A CAR BEHIND US WAS APPROACHING
9    THE LIGHT AND SAW THAT IT WAS GREEN, QUICKLY CAME
     UP BEHIND US HONKING THEIR HORN AND LUCKY WAS ABLE
10   TO MOVE TO THE OTHER LANE TO AVOID HITTING US. THIS
11   SEAMS TO HAPPEN WHEN WE FORGET TO TURN OFF THE
     AUTO IDLE STOP. THIS IS SOMETHING YOU HAVE TO PUSH
12   EVERYONE YOU START THE CAR. I TOOK THE CAR TO THE
13   DEALER THEY PUT IN A NEW TRANSMISSION AND CHANGED
     THE TIMING BELT. PREVIOUSLY I HAD THE CARS FUEL
14   INJECTORS REPLACED. AFTER ALL THIS WORK THE CAR IS
15   STILL DYING AND IT IS HAPPENING MORE FREQUENTLY. THE
     DEALERSHIP SAYS THEY HAVE HEARD OF THIS PROBLEM BUT
16   DON'T KNOW OF A FIX YET.[62]

17   116.   On October 24, 2020, the owner of a 2017 Honda Pilot filed the following
18   complaint with NHTSA:
19
     I HAVE 30,000+ MILES ON MY 2017 PILOT ELITE. ABOUT A YEAR
20   AGO, I STARTED EXPERIENCING ISSUES WITH THE AUTO IDEL
21   STOP FEATURE. I FIRST NOTICED THAT THE AUTO IDLE-STOP
     WAS HESITATING WHEN THE ENGINE WOULD START UP UPON
22   LIFTING MY FOOT OFF OF THE GAS. LATER, IN CONJUNCTION
23   WITH THE ENGINE HESITATION, I NOTICED THAT THE RADIO
     WOULD ALSO "CUT OUT" AND THE WHOLE CAR WOULD TURN
24   OFF AND BACK BEFORE BEING ABLE TO DRIVE. AFTER THAT,
25   THE ISSUE PROGRESSED TO THE VEHICLE COMPLETELY
     STALLING OUT AND I WOULD HAVE TO PUSH PARK, PUT MY
26
     ─────────────
27   [61] NHTSA ID 11362102
28   [62] NHTSA ID 11364808

FOOT ON THE BRAKE AND THEN PUSH START IN ORDER TO GET THE VEHICLE TO MOVE. THESE STALL OUTS ARE HAPPENING JUST AS I PULL OUT INTO TRAFFIC, OFTEN LEAVING ME AND MY FAMILY IN HARM'S WAY. THIS IS NOT SAFE. UPON TAKING THE VEHICLE TO THE DEALER I GET THE STANDARD LINE OF "WE CAN'T REPRODUCE THE ISSUE" AND I AM SENT ON MY WAY ONLY TO LATER CONTINUALLY EXPERIENCE THE ISSUE. NOT HAPPY WITH HONDA. THE NHTSA NEEDS TO MAKE THEM ADDRESS THIS ISSUE.[63]

117.   On November 10, 2020, the owner of a 2017 Honda Pilot filed the following complaint with NHTSA:

WHILE STOPPED THE AUTO STOP ENGAGES TURNS OFF THE ENGINE AND IF THE AC IS RUNNING AT THAT TIME, INSTEAD OF THE THE ENGINE RESTARTING WHEN THE GAS PEDAL IS ENGAGED, THE CAR STALLS AND SHUTS DOWN. DEALER STATES CANNOT CORRECT THE ISSUE (PERMANENTLY TURN OFF AUTO STOP). I SEE MULTIPLE COMPLAINTS SO FAR RELATED TO THIS DESIGN ERROR BUT NO ACTION IN TERMS OF RECALLS.[64]

118.   On January 6, 2021, the owner of a 2017 Honda Pilot filed the following complaint with NHTSA:

WHEN THE AUTO STOP START IS ON WHEN STOPPED AT A TRAFFIC LIGHT OR ANY STOP FOR THAT MATTER THE CAR SOMETIMES STALLS OUT OR IT HAS A DELAYED RESTART WHERE THE RADIO AND CAR SOUNDS LIKE IT TURNS OFF AND THEN BACK ON AND THEN YOU CAN GO. SOMETIMES IT COMPLETELY STALLS AND YOU HAVE TO PUT THE CAR IN PARK AND RESTART IT. IT STARTED HAPPENING RANDOMLY NOW IT IS HAPPENING MORE OFTEN. IT HAPPENS A LOT WHEN I AM DRIVING AROUND TOWN IT HAS NOT HAPPENED WHEN I WAS DRIVING ON THE HIGHWAY.[65]

119.   On January 12, 2021, the owner of a 2016 Honda Pilot filed the following

---

[63] NHTSA ID 11366226

[64] NHTSA ID 11373973

[65] NHTSA ID 11386763

complaint with NHTSA:

> THE AUTOMATIC START SYSTEM TURNS THE CAR OFF AND ON WHEN STOPPED AT A RED LIGHT OR STOP SIGN FOR EXAMPLE. THE FEATURE SOMETIMES WITHOUT ANY WARNING FAILS TO RESTART THE CAR AUTOMATICALLY. THE DRIVER MUST PUT THE CAR IN PARK, PUSH DOWN ON THE BRAKE, RESTART THE CAR AND THEN SHIFT INTO PARK TAKING A CONSIDERABLE AMOUNT OF TIME. THIS IS DANGEROUS FOR SO MANY REASONS AND IT MUST MANUALLY BE TURNED OFF BECAUSE IT DEFAULTS TO ON. WITH NO WARNING YOUR CAR COULD BE TURNED OFF AND NOT AUTOMATICALLY START WHEN IT'S SUPPOSED TO. THIS HAS HAPPENED TO ME MULTIPLE TIMES STOPPED AT RED LIGHT, STOP SIGNS AND IN STOP AND GO TRAFFIC. I WOULD LIKE TO EITHER HAVE A WARNING IN PLACE OR BE ABLE TO PERMANENTLY DISABLE THIS DANGEROUS FEATURE.[66]

120.    On January 21, 2021, the owner of a 2016 Acura MDX filed the following complaint with NHTSA:

> IN SEPTEMBER 2020, CAR RANDOMLY TURNED OFF WHEN STOPPED AT A RED LIGHT (ON BUSY INTERSECTION) DURING IDLE MODE CAUSING THE CAR BEHIND US TO HIT WHEN LIGHT TURNED GREEN. NO DAMAGE WAS DONE TO MY CAR SINCE THE CAR WASN'T MOVING AT WAS HIT AT LOW SPEED.[67]

121.    On January 21, 2021, the owner of a 2016 Honda Pilot filed the following complaint with NHTSA:

> I WAS STOPPED AT A RED LIGHT AND MY ENGINE TURNED OFF FROM THE IDLE/STOP FEATURE. HOWEVER, WHEN I RELEASED THE BRAKES THIS TIME, THE CAR DID NOT TURN ON AS IT NORMALLY DOES. INSTEAD, THE WHOLE VEHICLE TURNED OFF AND IT TOOK ME SEVERAL TRIES TO TURN THE VEHICLE BACK ON. THIS HAS HAPPENED TO MY WIFE ON SEVERAL OCCASIONS. I REPLACED THE CAR BATTERY AND IT HAPPENED AGAIN A MONTH AFTER. MY PILOT WOULD NOT

[66] NHTSA ID 11387715
[67] NHTSA ID 11389169

1    TURN ON AGAIN AFTER RELEASING THE BRAKES.[68]

2    122.   On February 5, 2021, the owner of a 2016 Honda Pilot filed the following
3    complaint with NHTSA:

4        THE AUTO SHUT OFF FEATURE TURNED THE ENGINE OFF AT
5        A RED LIGHT - AND WOULD NOT TURN THE CAR BACK ON
         ONCE THE BRAKE WAS RELEASED. WE NEEDED TO JUMP THE
6        PILOT TO GET IT TO TURN OVER AGAIN. AS THIS HAPPENED
7        AT AN INTERSECTION ON A STATE HIGHWAY, WE WERE VERY
         LUCKY TO NOT BE REAR-ENDED! VERY UNSAFE AND THE
8        MECHANIC   SAID   THERE   IS   NOTHING   WRONG   WITH
9        BATTERY!![69]

10    123.   On March 10, 2021, the owner of a 2016 Honda Pilot filed the following
11    complaint with NHTSA:

12        TWICE IN THE LAST WEEK MY HONDA PILOT HAS SHUT OFF
13        WHEN AUTO-IDLING AT A STOP LIGHT. THE CAR SHOULD
          REMAIN IN DRIVE BUT WHEN I LOOKED DOWN IT HAD
14        SHIFTED TO NEUTRAL. THE FIRST MESSAGE ON THE DASH
15        BRIEFLY FLASHED 'CRASH MITIGATION PROBLEM' AND
          THEN INSTRUCTED ME TO PUT THE CAR IN PARK AND PUSH
16        THE ENGINE START BUTTON. AFTER THIS INCIDENT, I
17        TURNED OFF THE CRASH MITIGATION SYSTEM. A COUPLE
          DAYS LATER (TODAY), THE SAME THING HAPPENED. NO
18        CRASH MITIGATION SYSTEM FLASH BUT INSTRUCTIONS TO
19        PUT THE CAR IN PARK AND PRESS THEN ENGINE START
          BUTTON. BOTH TIMES THE ENGINE WAS ON AND IN DRIVE.
20        AUTO IDLING WAS ENABLED. I HAVE ONLY OWNED THIS CAR
21        FOR TWO MONTHS.[70]

22    124.   On March 22, 2021, the owner of a 2017 Honda Pilot filed the following
23    complaint with NHTSA:

24        WHILE STOPPED AT AN INTERSECTION WITH THE BRAKE
25        PEDAL DEPRESSED AND THE AIRCONDITIONING ON, THE
          ENGINE WENT INTO IDLE/FUEL SAVING SHUT DOWN MODE AS

26    _____
27    [68] NHTSA ID 11389300
      [69] NHTSA ID 11394835
28    [70] NHTSA ID 11400245

EXPECTED. WHEN THE BRAKE PEDAL WAS RELEASED AND THE ACCELERATOR PRESSED TO MOVE FORWARD AGAIN, THE ENGINE STALLED OUT AND NUMEROUS DASH WARNING LIGHTS ILLUMINATED. I PUT THE CAR IN THE PARK AND WAS ABLE TO RESTART THE CAR, BUT ONLY AFTER SEVERAL ATTEMPTS. FORTUNATELY I WAS IN MY NEIGHBORHOOD AND NOT AT A BUSY INTERSECTION IN HEAVY TRAFFIC. THIS IS THE FIRST OCCURRENCE I'VE HAD. I HAVE NO IDEA WHY THE PROBLEM OCCURS OTHER THAN THE IDLE SWITCH, IF THERE IS SUCH A THING, IS FAILING. I BOUGHT THE CAR NEW IN VA, DEC 2017 AND IT HAS ONLY 18000 MILES, NOW IN FL. I'VE JUST READ NUMEROUS OTHER COMPLAINTS RELATING THE SAME OR SIMILAR SITUATIONS. MANY PEOPLE REPORT THE SITUATION WORSENS WITH TIME AND MOST HAVE HAD NO RESOLUTION FROM THEIR HONDA DEALERSHIPS. ISN'T IT TIME FOR HONDA TO BE TOLD TO FIX THIS PROBLEM BEFORE SOMEONE HAS AN ACCIDENT OR GETS INJURED??[71]

125.   On April 7, 2021, the owner of a 2018 Honda Odyssey filed the following complaint with NHTSA:

OUR 2018 HONDA ODYSSEY ELITE HAS INTERMITTENT ISSUES WITH THE AUTO START/STOP FEATURE. AS CONTEXT, THE CAR ENGINE WILL AUTOMATICALLY STOP WHEN THE VEHICLE IS FULLY STOPPED, FOR EXAMPLE AT A RED LIGHT, AND A FEW OTHER CONDITIONS ARE MET (BRAKE PEDAL PRESSURE, BATTERY CHARGE, ELECTRICAL LOAD). OUR VEHICLE WHEN AUTO STOPPED MAY STALL WHEN ATTEMPTING TO RESUME DRIVING. WHEN THE DRIVER RELEASES THE BRAKE PEDAL AND PUSHES THE ACCELERATOR PEDAL, THE CAR FAILS TO AUTO START, OR AUTO STARTS WITH WARNING MESSAGES. WHEN THE CAR FAILS TO START, A VARIETY OF WARNING MESSAGES WILL BE DISPLAYED ON THE DASHBOARD. REMEDIATION VARIES. THE CAR MAY RESPOND TO SHIFTING TO PARK AND PUSHING THE IGNITION START/STOP BUTTON TWICE. AT TIMES, THE CAR MAY NOT RESPOND TO SHIFTING TO PARK AND IGNITION BUTTON ACTIONS. THE ONLY FIX THEN SEEMS TO BE A 'HARD' SHUTOFF THAT REQUIRES OPENING THE DRIVER

---

[71] NHTSA ID 11404268

DOOR AND PUSHING THE IGNITION BUTTON, CLOSING THE DOOR, PUSHING THE IGNITION BUTTON, AND SHIFTING TO DRIVE. WHEN THE SYSTEM PARTIALLY FAILS, THE FRONT COLLISION WARNING/MITIGATION SYSTEM IS TEMPORARILY DISABLED. MY CAR IS CURRENT ON ALL RECALLS. I RECENTLY HAD DEALER SERVICE, AND THEY CONFIRMED THERE ARE NO KNOWN BULLETINS FOR THIS ISSUE. THE CAR IS CURRENT ON MAINTENANCE SCHEDULE AND IS OTHERWISE IN VERY GOOD OPERATION CONDITION. THIS SITUATION CAR BE QUITE STRESSFUL WHEN AT A BUSY INTERSECTION, OR WHEN TRYING TO PULL OUT TO MERGE INTO A MAJOR ROAD FROM A STOP. THIS FAILURE COULD BE VERY DANGEROUS IF YOU NEEDED TO MOVE THE VEHICLE QUICKLY, FOR EXAMPLE IF STOPPED NEAR A RAILROAD CROSSING. THE AUTO START/STOP SYSTEM IS ENABLED BY DEFAULT TO IMPROVE FUEL ECONOMY. IT CAN BE MANUALLY DISABLED, HOWEVER IT RESETS WITH EACH SHUTOFF. I WOULD PERMANENTLY DISABLE IT, HOWEVER, THAT IS NOT POSSIBLE APPARENTLY FOR EPA REASONS. I HAVE VIDEOS SHOWING THIS BEHAVIOR.[72]

126.   On April 15, 2021, the owner of a 2017 Acura MDX filed the following complaint with NHTSA:

TL* THE CONTACT OWNS A 2017 ACURA MDX. THE CONTACT STATED THAT WHILE DRIVING AT 45 MPH, THE VEHICLE STALLED AS THE EMISSION AND PARKING BRAKE WARNING LIGHTS ILLUMINATED ON THE INSTRUMENT PANEL. THE CONTACT STATED THAT AFTER EXPERIENCING THE FAILURE, THE VEHICLE RESUMED NORMAL OPERATION AS THE WARNING REMAINED ILLUMINATED ON THE INSTRUMENT PANEL. THE CONTACT THEN TOOK THE VEHICLE TO LINDSAY ACURA (5880 SCARBOROUGH BLVD, COLUMBUS, OH 43232) WHERE THEY WERE UNABLE TO DUPLICATE OR DIAGNOSE THE FAILURE. THE MECHANIC CLEARED THE WARNING LIGHTS OFF THE INSTRUMENT PANEL. THE CONTACT STATED THAT THE FAILURE PERSISTED SOON AFTER THE RETURN OF THE VEHICLE. THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE. THE VEHICLE WAS NOT REPAIRED. THE

---

[72] NHTSA ID 11413718

1

FAILURE MILEAGE WAS UNKNOWN.[73]

2

3

127.  On April 22, 2021, the owner of a 2017 Honda Pilot filed the following complaint with NHTSA:

4

5

6

7

8

9

10

11

12

TL* THE CONTACT OWNS A 2017 HONDA PILOT. THE CONTACT STATED THAT WHILE DRIVING 15 MPH, THE VEHICLE SHUT-OFF WHILE DEPRESSING THE BRAKE PEDAL. THERE WERE SEVERAL UNKNOWN WARNING LIGHTS ILLUMINATED. THE POLICE WERE CALLED TO SCENE AS MULTIPLE ATTEMPTS TO SHIFT THE VEHICLE INTO NEUTRAL OR TO RESTART THE VEHICLE FAILED. THE CONTACT WAS FINALLY ABLE TO RESTART THE VEHICLE AND RECEIVED A POLICE ESCORT TO WEST BROAD HONDA (7014 W BROAD ST, RICHMOND, VA 23294) HOWEVER, A DIAGNOSTIC TEST WAS STILL PENDING. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE AND A CASE WAS FILED. THE FAILURE MILEAGE WAS APPROXIMATELY 68,000.[74]

13

14

128.  On May 6, 2021, the owner of a 2016 Honda Pilot filed the following complaint with NHTSA:

15

16

17

18

19

20

21

22

RECURRING PROBLEM WITH IDLE STOP FEATURE CAUSING CAR ENGINE TO SHUT OFF COMPLETELY (EVEN WHEN DISABLED), RESULTING IN AN ERROR MESSAGE AND REQUIRING THE CAR TO BE TURNED OFF AND ON. THIS IS A SAFETY ISSUE WHILE DRIVING, ESPECIALLY IF IN AN INTERSECTION WHILE TURNING. HTTPS://WWW.CARPROBLEMZOO.COM/HONDA/PILOT/CAR-STALL-PROBLEMS.PHP HTTPS://WWW.PILOTEERS.ORG/THREADS/ELITE-SHUTS-OFF-AT-STOP-LIGHT.157005/PAGE-13[75]

23

24

129.  On May 6, 2021, the owner of a 2017 Honda Pilot filed the following complaint with NHTSA:

25

26

AFTER EXITING AN INTERSTATE HIGHWAY AND STOPPING AT A STOP SIGN, THE AUTO-STOP FEATURE ENGAGED. WHEN THE

27

28

---

[73] NHTSA ID 11408246

[74] NHTSA ID 11413337

[75] NHTSA ID 11415456

1
2
3
4
5
6
7
8
9
10

BRAKE WAS RELEASED THE ENGINE STARTED AND THE CAR MOVED FORWARD A FEW FEET THEN SHUT DOWN COMPLETELY. THERE WAS A MOMENTARY WARNING TO PUT THE CAR IN PARK, BUT IT DISAPPEARED WHEN THE ELECTRICAL SYSTEM COMPLETELY SHUT DOWN AND ALL SCREENS WENT BLANK. I PRESSED THE BRAKE PEDAL AND THE START BUTTON, BUT THE ENGINE DID NOT START. I RELEASED AND PRESSED THE BRAKE AGAIN AND THE CAR STARTED. THE TRANSMISSION WAS IN PARK AND I HAD TO PUSH THE DRIVE BUTTON SEVERAL TIMES FOR IT TO ENGAGE. LUCKILY THERE WAS NO TRAFFIC BECAUSE I WAS BLOCKING THE EXIT AND THE ROAD. AFTER THE ENGINE STARTED IT TOOK SOME TIME FOR ALL THE SYSTEMS TO POWER UP.[76]

11
12

130.    On May 7, 2021, the owner of a 2016 Honda Pilot filed the following complaint with NHTSA:

13
14
15
16

THE "AUTO IDLE-STOP" IS AUTOMATICALLY ENGAGED ON THIS VEHICLE. WHENEVER IT IS "ON" THE CAR WILL STALL AND SHUT DOWN WHEN STOPPING IN TRAFFIC OR AT LIGHTS. HAVE BROUGHT TO HONDA, THEY SAY IT CANNOT BE FIXED AND ITS VERY DANGEROUS.[77]

17
18

131.    On May 24, 2021, the owner of a 2018 Honda Pilot filed the following complaint with NHTSA:

19
20
21
22
23
24
25
26

WHEN MY VEHICLE HAS THE AUTO IDLE STOP FEATURE TURNED ON, THERE ARE SEVERAL TIMES WHEN I HAVE BEEN SITTING AT A STOP LIGHT OR IN A MEDIAN WAITING TO PULL ACROSS OR MERGE INTO TRAFFIC, AND THIS FEATURE ENGAGES AND WHEN YOU TAKE YOUR FOOT OFF THE BRAKE AND THE ENGINE IS SUPPOSED TO AUTO RESTART, THE ENGINE STOPS COMPLETELY INSTEAD AND SHIFTS ITSELF INTO NEUTRAL WHICH REQUIRES YOU TO HAVE TO PUT VEHICLE IN PARK AND COMPLETELY RESTART THE WHOLE CAR. HAS BEEN HAPPENING SEVERAL TIMES IN THE LAST YEAR. I HAVE TAKEN IT IN TO HAVE THE BATTERY CHECKED

27
28

[76] NHTSA ID 11415459
[77] NHTSA ID 11415538

AND IT CHECKS FINE. THE CAR IS NOT THROWING ANY CODES. THIS CAN BE PARTICULARLY DANGEROUS WHEN YOU ARE IN A MEDIAN TRYING TO PULL ACROSS A BUSY HIGHWAY AS YOUR CAR JUST COMPLETELY DIES ON YOU. ALSO A PROBLEM WHEN YOU ARE AT A RED LIGHT AND IT TURNS GREEN AND EVERYONE STARTS ROLLING AND YOUR CAR COMPLETELY DIES, THIS INCREASES YOUR CHANCE OF BEING REAR-ENDED. IF I MANUALLY TURN THE AUTO IDLE STOP FEATURE OFF WHEN I INITIALLY TURN THE CAR ON, THIS PROBLEM DOES NOT HAPPEN...... BUT THIS IS EVERY EASY TO FORGET AS THIS IS AN AUTOMATIC FEATURE WHEN YOUR CAR IS INITIALLY STARTED..[78]

132.   On May 29, 2022, the owner of a 2017 Acura MDX filed the following complaint with NHTSA:

THE VEHICLE STALLS AND LOSES ALL POWER WHEN COMING OUT OF AUTO IDLE STOP. THIS IS A DEFAULT FEATURE THAT SHUTS THE ENGINE OFF WHEN THE VEHICLE STOPS TO CREATE FUEL EFFICIENCY. BUT IT IS CREATING A TERRIBLE SAFETY ISSUE OF HAVING VEHICLES UNEXPECTEDLY STOPPED ON THE ROADWAY. THE FEATURE CANNOT BE PERMANENTLY TURNED OFF. COMMON ISSUE ON MDX FORUMS WITHOUT ANY REAL SOLUTION FROM DEALERSHIP MECHANICS.[79]

133.   On June 14, 2021, the owner of a 2017 Honda Pilot filed the following complaint with NHTSA:

OCCASIONAL HE WHEN THE AUTO START STOP FUNCTION IS ACTIVATED THE CAR WILL DIE AND NOT TURN BACK ON. AFTER THE CAR HAS DIED AND YOU RELEASE YOUR FOOT FROM THE BREAK NOTHING HAPPENS AND MULTIPLE LIGHTS WILL TURN ON THE DASHBOARD BUT THE CAR WILL NOT RESTART UNLESS YOU PUT IT IN PARK PRESS THE START BUTTON MULTIPLE TIMES. THIS IS VERY FRUSTRATING AND VERY DANGEROUS ESPECIALLY IF YOU'RE SITTING OUTSIDE AT A BUSY INTERSECTION. I'VE SEEN NUMEROUS REPORTS

---

[78] NHTSA ID 11418363

[79] NHTSA ID 11466572

1
2
3
4

OF THIS ON THE INTERNET AND IT'S BEEN GOING ON OVER THE LAST SEVERAL MONTHS. I TRIED TO TAKE THE VEHICLE TO THE DEALER AND THEY TOLD ME IT WAS NOT ANYTHING THEY CAN COVER ON THE WARRANTY I'D HAVE TO PAY OUT OF POCKET.[80]

5
6

134.   On June 2, 2021, the owner of a 2017 Acura TLX filed the following complaint with NHTSA:

7
8
9
10
11
12
13
14

CAR STALLED WHILE IN TRAFFIC LINE WITH AUTO IDLE ENGAGED. TOOK FOOT OFF BRAKE TO MOVE FORWARD AND CAR STALLED. UNABLE TO RESTART CAR AFTER THE STALL. HAD TO BE TOWED TO HONDA DEALERSHIP, THEY ASSESSED IT WAS AN ALTERNATOR ISSUE. ALTERNATOR REPLACED CAR STARTS NORMALLY. DROVE CAR FOR APPROXIMATELY 30 MIN AND HAD TURNED OFF THE AUTO IDLE FEATURE. CAR STALLED AGAIN AFTER SITTING IN TRAFFIC AND TRYING TO MOVE AHEAD. THIS TIME CAR RESTARTED WITHOUT ISSUE. NO WARNINGS OR MESSAGES ON THAT I NOTICED. HAVE READ MANY FORUMS THAT DESCRIBE SIMILAR ISSUES TO HONDA AND ACURA'S[81]

15
16

135.   On June 14, 2021, the owner of a 2019 Honda Pilot filed the following complaint with NHTSA:

17
18
19
20
21
22
23

WHEN AUTO ENGINE IDLE IS ON AFTER COMING TO A STOP AT A LIGHT OR STOP SIGN UPON ACCELERATION SOME TIMES THE CAR WILL STALL AND THEN AN ERROR MESSAGE WILL COME ON THE DASH "COLLISION MITIGATION BRAKING SYSTEM ERROR" THIS HAPPENS MULTIPLE TIMES A WEEK WHEN DRIVING I HAVE TAKEN TO HONDA DEALERSHIP AND THE BLEW ME OFF SAYING THEY COULD NOT REPLICATE THE ISSUE BUT I HAVE COME ACROSS MANY OTHER PEOPLE ONLINE WITH THE SAME ISSUE.[82]

24
25

136.   On June 28, 2021, the owner of a 2016 Honda Pilot filed the following

26
27
28

[80] NHTSA ID 11420943
[81] NHTSA ID 11419305
[82] NHTSA ID 11420818

complaint with NHTSA:

> THE AUTO IDLE ENGINE MALFUNCTIONED AND WOULD NOT ALLOW THE CAR TO START AGAIN AT AN INTERSECTION. PREVIOUSLY, IT HAS BEEN STALLING OUT AND TURNS THE ELECTRICAL OF THE CAR OFF (RADIO) WHEN ENGAGING BUT THIS TIME THE CAR WOULD NOT START AT ALL. AFTER APPROXIMATELY 90 SECONDS I WAS ABLE TO TURN THE CAR BACK ON.[83]

137.   On June 28, 2021, the owner of a 2017 Honda Pilot filed the following complaint with NHTSA:

> WHILE IDLE AT RED LIGHT, THE AUTOMATIC IDOL ACTIVATED WHEN I PRESS BRAKE WITH CONSISTENT PRESSURE. WHEN I RELEASED THE BRAKE TO START GOING FORWARD AND ENGAGE THE GAS PEDAL; ALL RED LIGHT INDICATORS TURNED ON (PARKING BRAKES AND SHIFTED INTO NEUTRAL) AND THE CAR FULLY SIEZED UP. NO POWER, NO ABILITY PUT CAR IN PARK OR DRIVE. I ATTEMPTED TO PUT IN PARK AND START CAR WITH ON/OFF SWITCH BUT GOT NO REACTION FROM CAR . NO BRAKE FUNCTION. I SAT IN AN UNRESPONSIVE VEHICLE AT 4-WAY RED LIGHT INTERSECTION. I ACTIVATED MY EMERGENCY FLASHERS YET. I REPETITIVELY KEPT PUSHING POWER BUTTON IN EFFORT FOR CAR TO RESPOND AND RESTART, EVENTUALLY DID AND WAS ABLE TO DRIVE OFF. WORKING ON TAKING INTO DEALERSHIP. THIS HAPPENED APPROX 1 MONTH AGO, A VERY SIMILAR SITUATION OCCURRED AGAIN TODAY 6/27/2021 ON I45 RETURNING FORM AUSTIN TX.[84]

138.   On July 2, 2021, the owner of a 2017 Honda Pilot filed the following complaint with NHTSA:

> AUTO ENGINE IDLE STOP SYSTEM - RESTART FAILURE. TYPICAL EVEN BELOW: 1)AUTO ENGINE IDLE STOP -ENGAGES NORMALLY (I.E. ENGINE STOPS AT LIGHT). 2)WHEN TIME FOR ENGINE TO RESTART, IT DOESN'T RESTART, THE MID SHOWS

[83] NHTSA ID 11422582

[84] NHTSA ID 11422535

47

ERROR MESSAGE AND INSTRUCTS DRIVER TO "PLACE CAR IN PARK". 3)NEXT MESSAGE IS TYPICALLY TO STEP ON BRAKE AND PRESS START. 4)THIS RESTART PROCESS IN NEVER QUICK BUT OFTEN 20-30 SECONDS. THIS ISSUE PUTS ME AT A RISK OF BEING REAR ENDED AT A GREEN LIGHT AND IS A SAFETY ISSUE! I WOULD MAKE THE CAR AVAILABLE FOR INSPECTION. THE DEALER HAS NOT BEEN ABLE TO REPRODUCE. HOWEVER, IT HAS OCCURRED 3 X IN THE LAST 1000 MILES. OTHER THAN THE DEALER, NO ONE ELSE HAS INSPECTED. NO WARNINGS WERE RECEIVED BEFORE IT FIRST NOR SUBSEQUENTLY APPEARED. I BELIEVE THIS FIRST APPEARED IN SUMMER 2019. IT APPEARED MULTIPLE TIMES IN 2020 AND AGAIN IN 2021. I TOOK IT TO THE DEALER IN 2019 AND 2020. I WILL SCHEDULE ANOTHER DEALER APPOINT NOW.[85]

139.   On July 8, 2021, the owner of a 2016 Honda Pilot filed the following complaint with NHTSA:

AUTO IDLE SHUT OFF STALLS THE CAR. ONCE THE CAR IS STOPPED...THE ENGINE WILL SHUT OFF. WHEN I TAKE MY FOOT OFF THE BRAKE...THE ENGINE STALLS, GOES INTO PARK..SEVERAL LIGHTS COME UP ON THE DASH. THIS IS VERY CONCERNING....ESPECIALLY WHEN IT IS DIFFICULT TO START THE CAR BACK UP AGAIN.[86]

140.   On July 15, 2021, the owner of a 2016 Honda Pilot filed the following complaint with NHTSA:

OCCASIONALLY, THE ENGINE DOES NOT AUTOMATICALLY RE-START AFTER THE IDLE ENGAGES. THIS HAS HAPPENED MULTIPLE TIMES OVER THE LAST COUPLE OF YEARS. THE RESULT IS A STALLED VEHICLE, SOMETIMES AT BUSY INTERSECTIONS. THIS IS CONFUSING, ANNOYING, AND POTENTIALLY DANGEROUS --- THANKFULLY SO FAR THE DRIVERS BEHIND ME HAVE REACTED QUICKLY TO A STALLED VEHICLE IN FRONT OF THEM. THE VEHICLE ALSO SEEMS TO HESITATE WHEN ATTEMPTING TO START

---

[85] NHTSA ID 11423256

[86] NHTSA ID 11423874

MANUALLY. THE SITUATION CAN BECOME QUITE FRANTIC. I CHANGED THE ON-OFF PUSH BUTTON WHICH WAS HAVING SOME OTHER PROBLEMS, BUT THE PROBLEM WITH THE ENGINE NOT RE-STARTING AFTER IDLE PERSISTS. I HAVE ALSO CHANGED THE BATTERY AND REGULARLY CHECK MY CURRENT BATTERY, BUT IT JUST HAPPENED AGAIN YESTERDAY AND I ALMOST GOT HIT! WHAT COMPONENT OR SYSTEM FAILED OR MALFUNCTIONED, AND IS IT AVAILABLE FOR INSPECTION UPON REQUEST? ENGINE AUTOMATIC RE-START AFTER IDLE. HOW WAS YOUR SAFETY OR THE SAFETY OF OTHERS PUT AT RISK? STALLED VEHICLE IN TRAFFIC. HAS THE PROBLEM BEEN REPRODUCED OR CONFIRMED BY A DEALER OR INDEPENDENT SERVICE CENTER? NO. HAS THE VEHICLE OR COMPONENT BEEN INSPECTED BY THE MANUFACTURER, POLICE, INSURANCE REPRESENTATIVES OR OTHERS? NO. WERE THERE ANY WARNING LAMPS, MESSAGES OR OTHER SYMPTOMS OF THE PROBLEM PRIOR TO THE FAILURE, AND WHEN DID THEY FIRST APPEAR? NO.[87]

141.   On July 18, 2021, the owner of a 2017 Honda Pilot filed the following complaint with NHTSA:

WHEN USING THE AUTO IDLE STOP THE CAR WILL SOMETIMES COMPLETELY SHUT DOWN. WE COULD BE REAR ENDED IF SOMEBODY BEHIND US DOESN'T REALIZE THAT WE ARE STOPPED. HONDA HAS LOOKED AT IT MULTIPLE TIMES. THEY SAY THEY CAN NOT DUPLICATE IT SO THEY CAN'T FIX IT.[88]

142.   On July 20, 2021, the owner of a 2017 Honda Pilot filed the following complaint with NHTSA:

THE AUTO IDLE STOP FEATURE WAS ENABLED AT THE TIME. WE CAME TO A COMPLETE STOP ON THE INTERSTATE HIGHWAY DUE TO TRAFFIC. WHEN TRAFFIC CLEARED AND I ATTEMPTED TO RESUME DRIVING, THE ENGINE DIED COMPLETELY AND PRESSING THE START BUTTON WOULD NOT RE-START THE ENGINE. WE WERE STUCK WITH A DEAD

[87] NHTSA ID 11424916
[88] NHTSA ID 11425332

49

ENGINE IN THE MIDDLE OF THE HIGHWAY FOR ABOUT A MINUTE BEFORE THE ENGINE FINALLY RESTARTED. THIS HAPPENED THREE ADDITIONAL TIMES SINCE THE ORIGINAL INCIDENT. I'VE TAKEN THE CAR TO THE DEALER BUT THEIR SERVICE TECHNICIANS WERE UNABLE TO REPLICATE THE ISSUE OR DIAGNOSE THE PROBLEM.[89]

143.   On July 22, 2021, the owner of a 2019 Honda Pilot filed the following complaint with NHTSA:

WHILE STOPPED AT A RED LIGHT, THE ENGINE WOULD COMPLETELY SHUT OFF. I HAD TO RESTART THE CAR AND IT WOULD TAKE MULTIPLE ATTEMPTS TO TURN IT BACK ON. THE FIRST TIME IT HAPPENED, I THOUGHT IT WAS A BATTERY ISSUE. BUT I HAD SINCE CHANGED THE BATTERY AND THE PROBLEM STILL OCCURS. IT SEEMS TO HAPPEN WHEN THE IDLE MODE IS NOT TURNED OFF. THIS IS DANGEROUS AS IT COULD CAUSE AN ACCIDENT TO HAVE YOUR CAR SUDDENLY STOP WORKING IN THE MIDDLE OF TRAFFIC.[90]

144.   On July 27, 2021, the owner of a 2018 Honda Pilot filed the following complaint with NHTSA:

"IDLE STOP SYSTEM" FAILS TO SUCCESSFULLY RESTART THE ENGINE AND RESULTS IN A STALL. SAFETY IS PUT AT RISK AS THE CAR BECOMES IMMOBILIZED AT A TRAFFIC INTERSECTION, RED LIGHTS, MIDDLE OF THE HIGHWAY. ANYWHERE THAT YOU CAME TO A COMPLETE STOP AND WERE NOT ABLE TO GET THE VEHICLE TO REENGAGE. I HAVE NOT YET TAKEN THE VEHICLE TO THE DEALER, THIS ISSUE HAS HAPPENED MULTIPLE TIMES AND HAS ALSO BEEN VERY WELL DOCUMENTED BY OTHERS ON THE INTERNET HTTPS://WWW.CARPROBLEMZOO.COM/HONDA/PILOT/CAR-STALL-PROBLEMS.PHP HTTPS://WWW.PILOTEERS.ORG/THREADS/ELITE-SHUTS-OFF-AT-STOP-LIGHT.157005/ THE VEHICLE HAS NOT BEEN INSPECTED AT THIS TIME NO WARNING LAMPS OR SYMPTOMS APPEAR PRIOR. WHEN YOU LIFT YOUR FOOT OFF

---

[89] NHTSA ID 11425707

[90] NHTSA ID 11425989

1
2

THE BRAKE PEDAL THE VEHICLE STALLS AND YOU ARE
UNABLE TO DRIVE THE VEHICLE[91]

3
4

145.   On July 31, 2021, the owner of an Acura MDX posted the following
complaint with NHTSA:

5
6
7
8
9
10
11
12

WHEN AIR CONDITIONER IS RUNNING IN HOT SUMMER DAYS,
THE CAR HESITATES TO RESTART (SOMETIMES) FOLLOWING
IDLE STOP ENGINE SHUTOFF AFTER COMING TO A FULL STOP
AT A STOP SIGN OR RED LIGHT. I STRONGLY FEEL THIS IS A
SAFETY CONCERN AS THIS IMPEDES TRAFFIC AND CAN
CAUSES ROAD RAGE. IF NEEDED I CAN SHARE VIDEO OF THIS
SITUATION RECURRING TIME TO TIME. CAR STARTS JUST
FINE EVERY SINGLE TIME OUTSIDE OF IDLE STOP SITUATIONS
AND BATTERY HEALTH IS NEAR PERFECT. THERE ARE
HUNDREDS OF FORUMS TALKING ABOUT THIS EXACT
CONDITION ACROSS ACURA MODELS.[92]

13
14

146.   On August 2, 2021, the owner of a 2019 Acura TLX filed the following
complaint with NHTSA:

15
16
17
18
19
20
21

IDLE STOP SYSTEM WORKS PROPERLY 99.9% OF THE TIME.
HOWEVER, THREE TIMES IN THE LAST 12 MONTHS, I WAS
STOPPED AT A LIGHT AND WHEN I TOOK MY FOOT OFF THE
BRAKE THE CAR DID NOT START. I TRIED TO RE-START, BUT
IT DID NOT START IMMEDIATELY, TOOK ABOUT 10 TO 20
SECONDS TO START. IN EACH OF THE CASES, I WAS ABLE TO
RESTART JUST NOT RIGHT AWAY. THESE THREE INSTANCES
WERE ABOUT FOUR MONTHS OR SO APART. THE SYSTEM WAS
CHECKED BY ACURA SERVICE TWICE, AND NO ISSUES
FOUND.[93]

22
23

147.   On August 9, 2021, the owner of a 2017 Honda Pilot filed the following
complaint with NHTSA:

24
25
26

THE CAR STALLS OUT AT TRAFFIC LIGHTS AND STOP SIGNS
DUE TO A FAILURE OF THE AUTOMATIC IDLE START/STOP
FEATURE. IT APPEARS THIS IS A COMMON ISSUE THAT THERE

27
28

[91] NHTSA ID 11426596
[92] NHTSA ID 11427269
[93] NHTSA ID 11427429

IS NO KNOWN REPAIR FOR. IT CREATES FOR AN UNSAFE DRIVING SITUATION WHEN THE CAR DOES NOT GO WHEN THE LIGHT TURNS GREEN. I AM WAITING FOR THE DAY I AM REAR ENDED BY SOMEONE NOT PAYING ATTENTION.[94]

148.   On August 16, 2021, the owner of a 2016 Honda Pilot filed the following complaint with NHTSA:

THE CONTACT OWNS A 2016 HONDA PILOT. THE CONTACT STATED THAT WHILE AT A COMPLETE STOP, THE VEHICLE WOULD INTERMITTENTLY SHUT-OFF UPON DEPRESSION OF THE ACCELERATOR. THERE WERE SEVERAL UNKNOWN WARNING LIGHTS ILLUMINATED. THE CONTACT WAS ABLE TO RESTART THE VEHICLE SOON AFTER FAILURE AND RESUME NORMAL DRIVING. THE CONTACT HAD CALLED TWO DEALERS AND WAS INFORMED THAT THEY HAD NEVER HEARD OF SUCH A FAILURE. THE CONTACT WAS INFORMED BY EACH DEALER THAT HE WOULD BE CHARGED A DIAGNOSTIC FEE TO SERVICE THE VEHICLE. THE MANUFACTURER HAD YET TO BE NOTIFIED OF THE FAILURE. THE VEHICLE HAD YET TO BE REPAIRED. THE FAILURE MILEAGE WAS APPROXIMATELY 78,000.[95]

149.   On August 24, 2021, the owner of a 2017 Honda Pilot filed the following complaint with NHTSA:

VEHICLE STALLS AFTER TRYING TO RETURN TO NORMAL IDLE AFTER THE IDLE-STOP SYSTEM HAS BEEN ENGAGED. VEHICLE MAY TAKE UP TO 5 MINUTES TO RESTART. VEHICLE HAS A FLY-BY-WIRE PUSH BUTTON TRANSMISSION SO THE VEHICLE CANNOT BE PLACED INTO NEUTRAL AND PUSHED OUT OF HARMS WAY WITHOUT THE ENGINE RUNNING (WHICH IT ISN'T SINCE IT STALLED AND WON'T RESTART). DEALERSHIP "FIXED" THE PROBLEM IN 2019 BY INSTALLING A NEW BATTERY WHICH WAS WARRANTIED FOR A BAD CELL. PROBLEM RETURNS IN 2021. DEALERSHIP DECLARES THE BATTERY GOOD AND CLAIMS THAT THEY CANNOT REPLICATE THE PROBLEM, NOR HAVE THEY HEARD OF THIS ISSUE

---

[94] NHTSA ID 11428453
[95] NHTSA ID 11429326

1
2
3
4

PREVIOUSLY. AND POSSIBLY RELATED TO ALL OF THE ABOVE:
VEHICLE RAN NORMALLY (I.E., ENGINE RUNNING NORMALLY)
UNTIL ALL INDICATOR LIGHTS CAME ON AND REMAINED ON.
DEALER CLAIMS A NEW CAMSHAFT AND ASSOCIATED PARTS
ARE NEEDED TO FIX THIS "NEW" PROBLEM.[96]

5
6

150.   On August 26, 2021, the owner of a 2016 Honda Pilot filed the following
complaint with NHTSA:

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

WHILE AT A STOP LIGHT MY IDOL STOP FUNCTION TURNED
THE CAR OFF. WHEN THE LIGHT TURNED GREEN I LIGHTLY
TOOK MY FOOT OFF THE BRAKE AND THE CAR TRIED TO
TURN BACK ON (THE POWER CLICKED) BUT INSTEAD IT SHUT
OFF THE CAR FULLY. ONLY THE CAR RADIO WAS STILL
WORKING AS IF IT WAS IN ACCESSORY MODE. CAR DISPLAY
SAID TO TURN THE CAR ON I NEEDED TO PRESS THE BRAKE
AND PRESS THE IGNITION BUTTON. MY FOOT WAS STILL ON
THE BRAKE. I PRESSED THE IGNITION BUTTON BUT NOTHING
HAPPENED. PRESSED IT AGAIN AND NOTHING HAPPENED.
LIFTED MY FOOT OFF AND ON THE BRAKE AND TRIED AGAIN.
NOTHING. DISPLAY STILL READ PRESS BRAKE AND IGNITION.
LIFTED MY FOOT OFF THE BRAKE AND ON AGAIN AND THEN
PRESSED THE IGNITION, IT FINALLY RESTARTED THE CAR.
EXTREMELY DANGEROUS SITUATION AS THIS TOOK NEARLY
A MINUTE FOR THE CAR TO RESTART, THE LIGHT HAD JUST
CYCLED AGAIN. DEALERSHIP COULD NOT REPLICATE THE
SITUATION. THEY UPDATED THE CARS SOFTWARE AND IT DID
NOT FIX THE PROBLEM. THEY SAID THE BATTERY WAS STILL
GOOD BUT I HAD READ ON THE PILOTEERS.ORG WEBSITE
THAT CHANGING THE BATTERY SEEMED TO SOLVE THE
PROBLEM. I HAD THEM CHANGE THE BATTERY ANYWAY AND
IT FIXED THE ISSUE, NOW NEARLY 2 YEARS LATER THE
PROBLEM IS REOCCURRING AGAIN.[97]

23
24
25

151.   On August 30, 2021, the owner of a 2018 Honda Pilot filed the following
complaint with NHTSA:

26

I HAVE BEEN EXPERIENCING ISSUES WITH THE AUTO ENGINE

27
28

[96] NHTSA ID 11430372
[97] NHTSA ID 11430682

53

IDLE STOP FEATURE. THE ELECTRICAL SYSTEM (RADIO & BLUE TOOTH) CUT OFF AND ON WHEN THE AUTO ENGINE IDLE STOP TRIES TO START AGAIN. THERE HAVE EVEN BEEN SEVERAL INSTANCES OF THE CAR CUTTING OFF COMPLETELY AND HAVING TO BE RESTARTED. THIS IS VERY UNSAFE. ONE OF THE INSTANCES OF THE CAR CUTTING OFF OCCURRED IN TRAFFIC AS WE STOPPED AND THEN STARTED MOVING AGAIN. THERE WERE SEVERAL PEOPLE IN THE CAR AT THE TIME. THE DEALER HAS NOT BEEN ABLE TO RECREATE THE ISSUE.[98]

152.   On September 12, 2021, the owner of a 2017 Honda Pilot filed the following complaint with NHTSA:

THE AUTO IDLE STOP FEATURE ON THE VEHICLE POSES A SIGNIFICANT SAFETY HAZARD. ON MULTIPLE OCCASIONS, THE ENGINE DOESN'T RE START AFTER LIFTING YOUR FOOT OFF OF THE BRAKE. WE'VE HAD THE DEALER ASSESS SEVERAL TIMES, BUT THEY SIMPLY SAY THEY CAN'T REPEAT THE PROBLEM. IN THE MOST RECENT INSTANCE, WE WERE STOPPED AT A RED LIGHT AND THE AUTO IDLE STOP ENGAGED. WHEN THE LIGHT TURNED GREEN, I TOOK MY FOOT OFF OF THE BRAKE AND THE CAR DID T RE START. I HAD TO SHIFT FROM DRIVE TO PARK, AND TRIED TO RE START THE CAR A FEW TIMES BEFORE THE ENGINE RE STARTED. I WAS FORTUNATE I WASN'T REAR ENDED, AS CARS WERE COMING UP BEHIND ME IN EXCESS OF 40 MILES PER HOUR. THANKFULLY, THEY SAW MY HAZARD LIGHTS AND MOVED OVER BEFORE HITTING ME. THIS PROBLEM HAS BEEN REPORTED IN MULTIPLE FORUMS, TO INCLUDE HERE: HTTPS://WWW.PILOTEERS.ORG/THREADS/AUTO-ENGINE-IDLE-STOP-SYSTEM-PROBLEM-MESSAGE.144153/ UNFORTUNATELY, AND BY DESIGN, THE FEATURE CANNOT BE PERMANENTLY DISENGAGED. PLEASE FORCE HONDA TO TAKE IMMEDIATE ACTION BEFORE IT RESULTS IN FATALITIES![99]

153.   On September 14, 2021, the owner of a 2016 Honda Pilot filed the

[98] NHTSA ID 11431074

[99] NHTSA ID 11432684

following complaint with NHTSA:

> EVEN WITH "AUTO START" OFF, THE ENGINE WILL AND HAS DIED MULTIPLE TIMES AT FREEWAY SPEED, CAUSING A HUGE SAFETY ISSUE AS THE VEHICLE SUDDENLY DECELERATES WITH NO POWER; THIS IS AN OFTEN REPORTED PROBLEM (GOOGLE IT) THAT RANGES FROM DYING FROM A STOP TO DYING WHILE IN MOTION. THIS OFT REPORTED PROBLEM NEEDS TO BE ADDRESSED BY HONDA, BUT THEY SAY THEY'RE UNAWARE OF THIS ISSUE. THEY ARE LYING. IMAGINE DRIVING A BUSY METRO FREEWAY WHEN ALL OF A SUDDEN YOU LOSE POWER AND HAVE TO FIGHT FOR CONTROL OF YOUR STEERING AND BRAKES.[100]

154.   On September 21, 2021, the owner of a 2016 Honda Pilot filed the following complaint with NHTSA:

> AUTOMATIC IDLE ENGINE WAS ENABLE AND ONCE I TOOK MY FOOT OFF THE BRAKE, THE CAR STALLED. I WAS UNABLE TO START THE CAR FOR A MINUTE OR TWO AND HAD TO TURN OFF THE ENTIRE CAR AND THEN RESTART. THIS HAS HAPPENED MULTIPLE TIMES BEFORE THIS OCCASION.[101]

155.   On September 22, 2021, the owner of a 2017 Honda Pilot filed the following complaint with NHTSA:

> CAR STALLS AT IDLE WHEN YOU TAKE FOOT OFF OF BRAKE IN PREPARATION TO ACCELERATE. ERROR LIGHTS AND WARNINGS FLASH ON DASHBOARD, CAR AUTOMATICALLY SHIFTS TO NEUTRAL AND IT TAKES OVER A MINUTE TO RESTART. INCONSISTENTLY HAPPENS AND HONDA SERVICE TECHNICIANS REPORT THERE ARE NO ERROR CODES. THIS IS HAPPENING TO MANY PEOPLE WITH THE SAME MAKE/MODEL. THIS IS A SERIOUS SAFETY AND DRIVABILITY ISSUE. PLEASE INVESTIGATE.[102]

156.   On September 24, 2021, the owner of a 2018 Honda Pilot filed the

---

[100] NHTSA ID 11432995
[101] NHTSA ID 11433791
[102] NHTSA ID 11433928

following complaint with NHTSA:

> AROUND 30K MILES THE KEYLESS SYSTEM DEGRADES. CAR WON'T START, SAYS KEY IS NOT PRESENT. AFRAID OF GETTING STRANDED SOMEWHERE. FORUM SHOWS MANY PEOPLE HAVING THIS ISSUE, I BELIEVE A RECALL FOR THIS IS NEEDED. PROBLEM SEEMS TO JUST GET WORSE AND WORSE OVER TIME. HAPPENS WITH BOTH KEY FOBS, REPLACED BATTERIES NO DIFFERENCE. HTTPS://WWW.PILOTEERS.ORG/THREADS/KEYLESS-START-SYSTEM-PROBLEM-ERROR.142385/[103]

157.   On October 12, 2021, the owner of a 2018 Honda Pilot filed the following complaint with NHTSA:

> I WAS DRIVING MY KIDS TO SCHOOL WHEN I STOPPED AT THE SCHOOL INTERSECTION. I GO TO PRESS ON THE ACCELERATOR AS I NORMALLY WOULD AND IT WOULD NOT DRIVE, SO I PRESSED ON IT A LITTLE HARDER AS I WAS TURNING LEFT SINCE THERE WERE CARS APPROACHING. MY VEHICLE SUDDENLY JOLTED, MAKING MYSELF AND THE KIDS SHIFT/JUMP FROM THE FORCE. I THEN PROCEEDED DRIVING DOWN THE ROAD AND LET GO OF THE ACCELERATOR, AND MY SUV SUDDENLY STARTED TO FEEL LIKE IT WAS SLOWING ITSELF DOWN INSTANTANEOUSLY. IT FELT LIKE IT WAS TRYING TO MAKE THE VEHICLE'S SPEED GO DOWN TO 0. I THEN PRESSED ON THE ACCELERATOR AGAIN TO PREVENT IT FROM HAPPENING, BUT IT CONTINUED TO DO SO WHENEVER I LET GO. I HAD TO STOP AT THE SCHOOL'S PARKING LOT AND TURN OFF THE SUV COMPLETELY. WHEN I TURNED IT ON AGAIN AND BEGAN TO DRIVE, IT WAS FUNCTIONING NORMALLY. SINCE THEN, IT HAS HAPPENED ABOUT 3 OR 4 TIMES, 1 OF WHICH HAPPENED ON THE EXPRESSWAY, WHICH WAS WAY SCARIER. I HAD TO GET OUT OF THE EXPRESSWAY AS IT WAS DANGEROUS. JUST YESTERDAY, I HAD A SEPARATE ISSUE WITH THE SUV THAT MAY SEEM RELATED IN RETROSPECT. MY SUV DID NOT WANT TO TURN ON. I EXPERIENCED ALL OF THE DASHBOARD LIGHTS FLICKERING, AND BEING UNABLE TO START IT. IT WAS NOT THE BATTERY BECAUSE AT SOME TIMES, THE

---

[103] NHTSA ID 11434229

RADIO WOULD TURN ON, THE LIGHTS, AND THE WINDOWS/LOCKS WOULD FUNCTION NORMALLY. I WAS UNABLE TO GET THE VEHICLE TO GO TO NEUTRAL, OR ANYTHING THEN ON. WHEN THE LIGHTS WERE NOT FLICKERING, IT PRESENTED ME WITH THE SMART ENTRY SYSTEM LIGHT PROBLEM. SOON AFTER, ALL THE LIGHTS ON MY DASHBOARD TURNED ON AND STATED THERE WERE AIR BAG PROBLEM, BRAKE PROBLEM, ABS PROBLEM, AND ETC... MY VEHICLE IS CURRENTLY BEING LOOKED AT.[104]

158. On October 21, 2021, the owner of a 2016 Honda Pilot filed the following complaint with NHTSA:

AUTO ENGINE IDLE SHUT/OFF MALFUNCTIONING. AT RED LIGHT...WHEN TURNED GREEN, TOOK FOOT OFF BRAKE TO ACCELERATE...CAR COMPLETELY SHUT OFF. DASHBOARD LIGHTS CAME ON AND INSTRUCTED TO SHIFT VEHICLE TO PARK AND RESTART. VEHICLE IN REAR VIEW COMING UP FAST AND THOUGHT I WAS GOING TO BE REAR-ENDED AND QUICKLY FOUND HAZARD LIGHTS AND LUCKILY DRIVER WAS PAYING ATTENTION AND SHIFTED TO OTHER LANE. NEVER HAPPENED WHEN BRAND NEW NOW HAPPENING FEW TIMES A WEEK. OF COURSE AM MAKING AN APPT WITH HONDA BUT IF THEY CAN'T REPLICATE THE PROBLEM IN THE SHOP THEY CAN'T/WON'T FIX. THIS IS A SAFETY ISSUE AND PEOPLE ARE GOING TO GET REAR ENDED! HONDA NEEDS TO RECTIFY THIS SITUATION AS I HAVE SEEN MANY THREADS WITH OTHERS STATING THE SAME PROBLEM.[105]

159. On October 30, 2021, the owner of a 2017 Acura TLX filed the following complaint with NHTSA:

I HAVE BEEN STOPPED BY TRAFFIC OR STOP LIGHT WHEN I PUT MY FOOT ON THE GAS TO START UP, THE CAR STALLS. THE WHOLE DASHBOARD IS LIGHTS UP AND I HAVE TO TRY SEVERAL TIMES TO GET ENGINE STARTED. THIS IS VERY SCARY.... I TOOK THE CAR TO DEALERSHIP. AFTER 4 HOURS AT THE DEALERSHIP AND $155, MY CAR IS STALLING AGAIN.

---

[104] NHTSA ID 11436390

[105] NHTSA ID 11435157

1    I AM SCARED I COULD GET HURT IN THIS CAR![106]

2    160.  On November 2, 2021, the owner of a 2017 Honda Pilot filed the

3    following complaint with NHTSA:

4    ISSUE IS WHEN THE CAR IS STOPPED AND THE AUTO ENGINE
5    IDLE IS ON, WHEN I LIFT THE BRAKE TO PRESS THE
6    ACCELERATOR, THE CAR SHUTS OFF THE ENGINE
     COMPLETELY, PUTS ITSELF IN NEUTRAL. SO WHEN I'M AT A
7    RED LIGHT THAT TURNS GREEN, WHEN I ATTEMPT TO GO BY
8    LIFTING THE BRAKE MY ENGINE QUITS, THAT I HAVE TO
     WAIT A FEW AND RESTART THE WHOLE THING,[107]

9    161.  On November 4, 2021, the owner of a 2017 Honda Pilot filed the

10   following complaint with NHTSA:

11   ON MULTIPLE OCCASIONS OVER SEVERAL YEARS THE CAR
12   WILL SHUT COMPLETELY DOWN WHEN ACCELERATING
     FROM A STOP LIGHT OR STOP SIGN. THE CAR HAS TO BE
13   RESTARTED AND IT IS NOT SAFE. MOST RECENTLY IT
14   HAPPENED TWICE IN 1 WEEK AND THE CAR WILL NOT
     RESTART IMMEDIATELY BECAUSE YOU HAVE TO GET IT INTO
15   PARK. IT'S VERY DANGEROUS AND THE DEALER IS USELESS
16   AS THEY "CAN'T GET THE ISSUE TO DUPLICATE"[108]

17   162.  On November 4, 2021, the owner of a 2020 Honda Pilot filed the

18   following complaint with NHTSA:

19   MY 2020 HONDA PILOT HAS STALLED 4 TIMES IN THE PAST
20   TWO WEEKS AFTER THE AUTO ENGINE IDLE OCCURS AT A
     RED LIGHT. THE ENGINE WILL SHUT OFF AUTOMATICALLY,
21   BUT WHEN I LIFT MY FOOT FROM THE BRAKE, THE CAR
22   ENGINE DOES NOT TURN BACK ON, AND THE CAR SHIFTS
     INTO PARK, AND ACTS AS IF STALLED. IN ORDER TO GET THE
23   CAR TO RESTART, I HAVE TO POWER DOWN COMPLETELY,
24   OPEN THE DRIVER SIDE DOOR(!!!) AND "RESET" THE WHOLE
     SYSTEM BEFORE I CAN APPLY THE BRAKE AND PRESS THE
25   IGNITION BUTTON. EVEN THEN A COUPLE OF TIMES IT

26   _____

27   [106] NHTSA ID 11438740

     [107] NHTSA ID 11439010

28   [108] NHTSA ID 11439407

DOESN'T START FOR ME DOING THAT, AND I HAVE TO CYCLE THROUGH THE ENTIRE PROCESS A SECOND TIME. THIS HAPPENED TO ME WITH MY 3 CHILDREN IN THE CAR TWICE ON VERY BUSY (50MPH) ROADS, AND IS INCREDIBLY DANGEROUS. THE SECOND MAJOR ISSUE I HAVE NOTICED, BUT LESS FREQUENTLY (ABOUT 3-4 TIMES IN THE PAST 6 MONTHS), IS THAT THE AUTO BRAKING SYSTEM WILL RANDOMLY ALERT AND APPLY THE BRAKES WHILE I'M DRIVING DOWN A STRAIGHT ROAD WITH NO TRAFFIC IN FRONT OF ME! NEEDLESS TO SAY, TERRIFYING. THIS THANKFULLY ONLY LASTS A FEW SECONDS BEFORE I REGAIN CONTROL OF THE CAR, BUT ALSO INCREDIBLY DANGEROUS. I AM SCHEDULING SERVICE WITH HONDA TO EVALUATE ASAP, BUT I HAVE READ *MANY* ACCOUNTS OF THE EXACT SAME PROBLEM ONLINE AND EVERY SINGLE PERSON SAYS HONDA HAS NEVER BEEN ABLE TO FIND ANY CAUSE. SOME SAY REPLACING THE BATTERY HELPS, OTHERS SAY THE STALLING ISSUE REMAINS AFTER BATTERY REPLACEMENT. IF WE CAN'T SOLVE THIS PROBLEM, OR HAVE THE AUTO ENGINE IDLE COMPLETELY AND PERMANENTLY DISABLED, I WILL BE SELLING THIS CAR VERY SOON. 16,104 MILES DRIVEN AS OF TODAY.[109]

163.  On November 9, 2021, the owner of a 2016 Honda Pilot filed the following complaint with NHTSA:

AUTO ENGINE IDLE MALFUNCTION: ENGINE WOULD NOT RESTART WHEN BRAKE PEDAL RELEASED. DASH INSTRUCTED TO SHIFT INTO PARK. ALL ELECTRICAL STAYED ON, BUT ENGINE WOULD NOT RESTART FOR SEVERAL MINUTES. WITH ELECTRONIC SHIFTING, WASN'T EVEN ABLE TO GET INTO NEUTRAL TO GET OUT OF THE WAY OF TRAFFIC. AT BUSY INTERSECTIONS, BEING STRANDED COULD BE VERY DANGEROUS OR EVEN FATAL.[110]

164.  On November 25, 2021, the owner of a 2016 Honda Pilot filed the following complaint with NHTSA:

---

[109] NHTSA ID 11439305
[110] NHTSA ID 11439912

WHEN ON THE ROAD AND YOU STOP AT TRAFFIC LIGHT WITH AUTO STOP AND GO THE CAR SHUTS OFF COMPLETELY. IT WON'T START AFTERWARDS AND CAR NEEDS TO BE PLACED IN PARK AND TURNED BACK ON. THOUGH THIS ISN'T AN IMMEDIATE SOLUTION. THE CAR HAS BEEN BROUGHT IN MULTIPLE TIMES INTO DEALER. CHANGED BATTERY COUPLE TIMES AND PROBLEM PERSISTS REGARDLESS OF WHAT THEY DO AND THEY CONTINUE TO SAY THEY DON'T SEE ANYTHING. THOUGH IT STILL CONTINUES AND IS COMPLETELY DANGEROUS.[111]

165.   On December 4, 2021, the owner of a 2019 Honda Pilot filed the following complaint with NHTSA:

WHILE AT A STOP LIGHT THE IDLE STOP ENGAGED BUT WHEN I LIFT MY FOOT OFF THE BRAKE TO BEGIN MOVING FORWARD THE AUTO-START FAILED TO START AND VEHICLE REPORTED BATTERY FAILURE. PUT PILOT IN PARK AND MADE 3-5 ATTEMPTS TO RESTART BEFORE SUCCESSFUL. CARS NEARLY REAR ENDED ME AND MY CHILDREN WHO WERE IN THE BACK.[112]

166.   On December 21, 2021, the owner of a 2017 Honda Pilot filed the following complaint with NHTSA:

ON MY WAY TO WORK YESTERDAY, I TOOK MY EXIT AND STOPPED AT THE LIGHT WHERE THE IDLE ENGINE FUNCTION ENABLED AND THEN MY CAR COMPLETELY SHUT OFF ON ITS OWN. IT TOOK MULTIPLE TRIES TO RESTART THE CAR. MEANWHILE, THE LIGHT TURNED GREEN, MULTIPLE CARS WERE HONKING AT ME, AND COULD HAVE MOST CERTAINLY REAR ENDED ME. IF IT WAS THE NEXT STREET OVER, IT WOULD HAVE BEEN QUITE A DANGEROUS SITUATION AS IT IS A SUPER BUSY AREA. UPON TAKING IT TO THE DEALERSHIP TODAY, THEY CANNOT FIGURE OUT THE ISSUE.[113]

167.   On January 10, 2022, the owner of a 2019 Honda Pilot filed the following

[111] NHTSA ID 11441660
[112] NHTSA ID 11442641
[113] NHTSA ID 11444646

complaint with NHTSA:

> WE OWN A 2019 HONDA PILOT TOURING . . . .  WE PURCHASED
> OUR VEHICLE FROM CHECKERED FLAG HONDA IN NORFOLK,
> VIRGINIA IN JUNE 2019. THIS VEHICLE HAS 32,096 AND IS STILL
> UNDER THE FACTORY BUMPER TO BUMPER WARRANTY. WE
> HAVE BEEN EXPERIENCING AN ISSUE WITH THE SYSTEMS
> AUTO-START STOP FEATURE. THE VEHICLE'S ENGINE STOPS
> AT A RED LIGHT, AND WHEN WE RELEASE THE BRAKE, ON
> NUMEROUS OCCASIONS THE VEHICLE FAILS TO RESTART THE
> ENGINE AND STALLS IN THE MIDDLE OF THE ROAD. THIS HAS
> HAPPENED MORE THAN 15 TIMES SINCE WE HAVE OWNED
> THE VEHICLE AND PUTS US IN AN UNSAFE SITUATION. WE
> TOOK OUR VEHICLE IN FOR SERVICE AT CHECKERED FLAG
> ON 08/12/2021 AND EXPLAINED THE PROBLEM WE WERE
> HAVING TO THE SERVICE TECHNICIANS. DURING THAT VISIT,
> THEY WERE NOT ABLE TO DUPLICATE OUR ENGINE STALLING
> ISSUE (SEE SERVICE RECORD ATTACHED). SINCE 08/2021, THIS
> ISSUE HAS CONTINUED TO OCCUR 6-8 TIMES SINCE AUGUST.
> THE ENGINE ATTEMPTS TO RESTART ITSELF AFTER LETTING
> OFF THE BRAKE OR AFTER A SET PERIOD OF TIME, HOWEVER
> AFTER ATTEMPTING TO CRANK THE ENGINE, THE CAR BEEPS
> AND HAS TO BE RESTARTED MANUALLY. WHEN ATTEMPTING
> TO RESTART THE CAR MANUALLY, THE CAR WILL NOT START
> THE NEXT 2-3 ATTEMPTS, AND WILL EVENTUALLY RESTART
> AFTER MULTIPLE PRESSES OF THE ENGINE START BUTTON.
> THIS IS EXTREMELY UNSAFE AS WE ARE NOT ABLE TO MOVE
> THE VEHICLE, SOMETIMES FOR A FEW MINUTES. ACCORDING
> TO THE SERVICE RECORDS, THE TECHNICIANS PERFORMED A
> BATTERY   CHECK,   AND   THE   BATTERY   WAS   FINE.
> INFORMATION REDACTED PURSUANT TO THE FREEDOM OF
> INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6).[114]

168.   On January 27, 2022, the owner of a 2017 Honda Pilot filed the following complaint with NHTSA:

> THIS IS A RANDOM ISSUE THAT HAS NOW HAPPENED 3 TIMES
> IN THE PAST COUPLE OF MONTHS. WHEN THE AUTO IDLE
> SYSTEM IS ENGAGED AND GOING TO RESTART, THE CAR
> STALLS. YOU ARE STUCK IN AN INTERSECTION, AT A LIGHT,

---

[114] NHTSA ID 11446934

ETC. YOU THEN HAVE TO FIGURE OUT HOW TO RESTART THE CAR, WHICH ISN'T EASY, THE START BUTTON HAS TO BE PUSHED MULTIPLE TIMES AS YOU ARE TRYING NOT TO PANIC.

169.   On February 4, 2022, the owner of a 2019 Honda Pilot filed the following complaint with NHTSA:

THE CONTACT OWNS A 2019 HONDA PILOT. THE CONTACT STATED THAT VEHICLE WAS EQUIPPED WITH THE START/STOP FEATURE; WHILE AT A STOP, AFTER RELEASING THE BRAKE PEDAL THE VEHICLE STALLED. THE CONTACT HAD TO PLACE THE VEHICLE IN PARK AND RESTART VEHICLE. THE HEATED SEAT ON THE DRIVER SIDE FAILED TO PRODUCE HEAT. ADDITIONALLY, WHILE TRAVELING AT HIGH SPEEDS THE VEHICLE STALLED AND WAS SLOW TO RESTART. THE VEHICLE WAS TAKEN TO THE LOCAL DEALER ON SEVERAL OCCASIONS WHERE IT WAS DIAGNOSED, AND THE CONTACT WAS INFORMED THAT A RODENT HAD CHEWED THROUGH THE WIRES. THE CONTACT WAS ALSO INFORMED THAT THE BATTERY NEEDED TO BE REPLACED. THE VEHICLE WAS REPAIRED HOWEVER, THE FAILURE RECURRED. THE MANUFACTURER WAS NOT CONTACTED. THE APPROXIMATE FAILURE MILEAGE WAS 41,000.[115]

170.   On February 6, 2022, the owner of a 2018 Honda Pilot filed the following complaint with NHTSA:

THE AUTO-IDLE FEATURE WILL UNEXPECTEDLY OVER-ENGAGE WHILE COMING TO A STOP AND THE ENTIRE VEHICLE WILL SHUT OFF. I AM UNABLE TO SHIFT, STEER, ETC. IT WILL ALSO COMPLETELY SHUT THE ENGINE DOWN WHEN AT A COMPLETE STOP. TO BE CLEAR, THIS IS NOT THE NORMAL AUTO-IDLE. WHEN THE FULL ENGINE DISENGAGE HAPPENS, THE ENTIRE VEHICLE LOSES POWER AND THE DASH FLASHES. THE VEHICLE STATES, "PUT INTO P". ONCE IN "P" FOR PARK, THE VEHICLE STILL WILL NOT RESTART. IT IS AS IF THE VEHICLE HAS TO "RESET" ITSELF. IT HAS TAKEN UPWARDS OF 4 MINUTES FOR THE VEHICLE TO RESTART. THIS HAS HAPPENED ON A HIGHWAY DURING CONSTRUCTION

[115] NHTSA ID 11450345

TRAFFIC, APPROACHING A STOP SIGN, SLOWING AT A RED LIGHT ON MULTIPLE OCCASIONS. I HAVE ALMOST BEEN REAR-ENDED AS A RESULT ON MUTIPLE OCCASIONS. I AM NOT EVEN ABLE TO PUT THE VEHICLE IN NEUTRAL TO MOVE IT TO A SAFE SPOT. HONDA INFORMED ME THAT I "JUST NEED TO DISENGAGE THIS FEATURE EACH AND EVERY TIME I START THE VEHICLE" . THAT IS NOT THE SOLUTION. THIS FEATURE SHOULD BE PERMANENTLY DISABLED BY HONDA. IMMEDIATELY[116]

171.   On February 8, 2022, the owner of a 2018 Honda Pilot filed the following complaint with NHTSA:

THE AUTO ENGINE IDLE "FEATURE" AUTOMATICALLY SHUTS THE ENGINE OFF WHEN THE CAR COMES TO A STOP. THIS "FEATURE" IS SUPPOSED TO IMPROVE GAS MILEAGE, HOWEVER, I BELIEVE IT IS VERY DANGEROUS. THIS "FEATURE" HAS CAUSED MY VEHICLE TO STALL NUMEROUS TIMES IN STOP AND GO TRAFFIC, REQUIRING ME TO COMPLETELY STOP THE VEHICLE, PLACE IT IN PARK, AND THEN RESTART THE VEHICLE. THIS SEQUENCE HAS CREATED SEVERAL SCARY AND DANGEROUS SITUATIONS WHERE I WAS COMPLETELY STOPPED ON A BUSY FREEWAY. THIS "FEATURE' WILL CAUSE ACCIDENTS IF IT HAS NOT ALREADY CAUSED THEM. THIS FEATURE CURRENTLY CANNOT BE PERMANENTLY DISABLED. IT MUST BE DISABLED MANUALLY EVERY TIME I DRIVE THE CAR. I HAVE ALSO CONTACTED HONDA DIRECTLY TO NOTIFY THEM OF THIS DEFECT.[117]

172.   On February 16, 2022, the owner of a 2016 Honda Pilot filed the following complaint with NHTSA:

IT'S HAPPENED A FEW TIMES NOW, BUT AT A STOP SIGN OR LIGHT THE AUTO SHUT OFF WILL KICK ON, AND THE. THE ENGINE WILL SHUT OFF AND NOT TURN BACK ON. I WAS JUST STUCK BLOCKING TRAFFIC WHEN MY CAR REFUSING TO RESTART AFTER THE IDLE SHUT OFF. IT'S VERY DANGEROUS.

[116] NHTSA ID 11450663
[117] NHTSA ID 11450957

1
2

IT TOOK SERVAL TRIES TO GET MY CAR TO RESTART AND I
WAS VERY PANICKED SOMEONE WOULD HIT ME.[118]

3
4

173.   On February 20, 2022, the owner of a 2019 Honda Pilot filed the following
complaint with NHTSA:

5
6
7
8
9
10
11
12

THE ENGINE TURNED OFF AND THE CAR WENT IN TO
NEUTRAL GEAR WHILE SITTING AT A STOPLIGHT. THIS
HAPPENED 2X IN 1 DAY. THE FIRST TIME, THE CAR WAS IN THE
"AUTO ENGINE IDLE" MODE AND THE SECOND TIME I HAD
DISABLED THE FEATURE SO IT WAS AT A REGULAR IDLE. THE
DASH SAID THE CAR WAS IN ACCESSORY MODE AND TO PUSH
THE BRAKE AND START THE CAR. I HAD TO SHIFT TO PARK TO
BE ABLE TO RESTART THE CAR. I HAD CARS BEHIND ME
HONKING THE HORN AND WAS AFRAID I WAS GOING TO BE
REAR ENDED AT THE STOPLIGHT BY THE DRIVER BEHIND ME.
THIS IS DEFINITELY A SAFETY HAZARD![119]

13
14

174.   On March 16, 2022, the owner of a 2017 Honda Pilot filed the following
complaint with NHTSA:

15
16
17
18
19
20

DRIVING INTO WORK, BUSY ROAD/HEAVY TRAFFIC, THE
AUTO-STOP ENGINE FUNCTION ENGAGED. IT SHUT DOWN
THE ENTIRE CAR AND WOULD NOT RESTART AFTER
RELEASING THE BRAKE. I HAD TO PUT ON FLASHER, AND
THEN RESTART THE CAR AS NORMAL. COMPONENT FAILURE:
AUTO-STOP SAFETY ISSUE: COULD BE REAR-ENDED, OR
WORSE IF THIS HAPPENED IN AN INTERSECTION VEHICLE
WILL BE INSPECTED TOMORROW BY HONDA. THIS PROBLEM
HAS OCCURRED BEFORE.[120]

21
22

175.   On March 30, 2022, the owner of a 2018 Acura TLX filed the following
complaint with NHTSA:

23
24
25
26

THE CONTACT OWNS A 2018 ACURA TLX. THE CONTACT
STATED THAT WHILE DRIVING AT AN UNDISCLOSED SPEED,
THE VEHICLE STALLED APPROXIMATELY TEN TIMES. THE
VEHICLE INADVERTENTLY SHIFTED INTO NEUTRAL. THE

27
28

[118] NHTSA ID 11452321
[119] NHTSA ID 11453093
[120] NHTSA ID 11456934

1
2
3
4
5
6

VEHICLE WAS RESTARTED AFTER FIVE MINUTES. THE LOCAL DEALER WAS CONTACTED. THE VEHICLE WAS DIAGNOSED AND REPAIRED. THE MANUFACTURER WAS NOT CONTACTED. THE FAILURE MILEAGE WAS APPROXIMATELY 47,700. CONSUMER STATED THERE WAS A KNOWN SOFTWARE BUG IN THE AUTO IDLE FEATURE, THAT NEEDED UPDATING. CONSUMER TOOK THE CAR TO THE DEALER AND HAD THE SOFTWARE UPDATED.[121]

7
8

176.   On April 1, 2022, the owner of a 2018 Acura TLX filed the following complaint with NHTSA:

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

ENGINE FAILS TO START AFTER IDLE STOP, WHEN THE IDLE-STOP OFF BUTTON IS NOT ENGAGED, AND THE BATTERY DOESN'T HAVE ENOUGH POWER TO RE-START THE VEHICLE. ESSENTIALLY, THE ENGINE TRIES TO START UP AT A TRAFFIC LIGHT/INTERSECTION BUT FAILS, CAUSING THE CAR TO TURN OFF AND SHIFT TO NEUTRAL WITHOUT WARNING. I THEN HAVE TO REALIZE WHAT IS HAPPENING, SHIFT THE CAR FROM NEUTRAL TO PARK, AND HIT THE START BUTTON TO BE ABLE TO RE-START THE CAR. THERE IS NO WARNING FROM THE CAR THAT THE BATTERY IS GOING TO BE UNABLE TO KEEP THE CAR RUNNING, SO THE STALL IS 100% UNEXPECTED. THIS IS UNSAFE, AS THE RE-START PROCEDURE IS NOT INTUITIVE, TAKES TIME, AND CAUSES CARS BEHIND YOU TO START HONKING. IT COULD VERY EASILY CAUSE A CRASH. EITHER ACURA NEEDS TO FIX THIS ISSUE WITH A BATTERY WARNING, OR PROVIDE THE OPTION OF TURNING THE AUTO-IDLE STOP OFF BUTTON ON PERMANENTLY (WHICH SOME MEMBERS OF OUR GOVERNMENT WOULDN'T LIKE, BUT WOULD FIX THE PROBLEM AND KEEP SOMEONE FROM BEING SERIOUSLY INJURED). THIS IS ALSO A KNOWN ISSUE BY HONDA/ACURA, AS MANY OTHER OWNERS ARE REPORTING                                                                IT: HTTPS://WWW.TLXFORUMS.COM/THREADS/ENGINE-FAILING-TO-START-AFTER-IDLE-STOP.31809/[122]

25
26

177.   On April 5, 2022, the owner of a 2017 Honda Pilot filed the following

27
28

[121] NHTSA ID 11458976
[122] NHTSA ID 11459222

65

complaint with NHTSA:

> FOR THE PAST FEW MONTHS, I HAVE BEEN HAVING ISSUES WITH MY VEHICLE STALLING. THIS ISSUE OCCURS WHILE STOPPED AT RED LIGHTS, STOP SIGNS, AND WHILE SITTING IN STOP AND GO TRAFFIC. MY VEHICLE IS EQUIPPED WITH THE AUTO START/STOP FEATURE, AND WHILE STOPPED AT A STOP SIGN FOR INSTANCE, THE VEHICLE WILL AUTO STOP BUT FAIL TO AUTO START WHEN TAKING MY FOOT OFF THE BRAKE AND HITTING THE GAS. THIS HAS HAPPENED ON NUMEROUS OCCASIONS, PUTTING THOSE IN THE VEHICLE AND THOSE IN OTHER VEHICLES AROUND MY VEHICLE AT RISK. I BROUGHT MY VEHICLE TO MY LOCAL DEALERSHIP, AT WHICH POINT THEY CHECKED IT AND FOUND NOTHING WRONG WITH THE VEHICLE. THEY ALSO STATED THAT THEY, AND THE VEHICLE MANUFACTURER WERE AWARE OF THE ISSUE, BUT HAVE NO SOLUTION FOR IT. THE FIRST TIME I BROUGHT THE VEHICLE IN, THE DEALER TOLD ME THAT A POSSIBLE FIX WAS AN UPDATE TO THE SYSTEM, HOWEVER I WOULD HAVE TO PAY FOR THE UPDATE. AFTER THE SERVICE ADVISER SPOKE WITH THE SERVICE MANAGER A FEW TIMES, THE DEALERSHIP PAID FOR THE $220 UPDATE. THE VEHICLE HAS SINCE CONTINUED TO STALL, THE ONLY THING THAT SEEMS TO ASSIST IS TO TURN OFF THE AUTO START/STOP FEATURE EVERY TIME THE VEHICLE IS TURNED ON. LAST THURSDAY, THE VEHICLE STALLED AGAIN ON MY WIFE WITH OUR SON IN THE VEHICLE AT A T-INTERSECTION. THE VEHICLE FAILED TO START FOR APPROXIMATELY 10-15 MINUTES. I CONTACTED MY DEALER AGAIN AND WAS ADVISED TO BRING MY VEHICLE IN. I BROUGHT IT IN AND WAS TOLD THAT I COULD HAVE A RENTAL CAR, BUT THAT I WOULD NEED TO APPROVE PAYING A $160 DIAGNOSTIC FEE. THEY WERE UNSURE OF A PERMANENT SOLUTION FOR THE PROBLEM.[123]

178.   On April 15, 2022, the owner of a 2016 Honda Pilot filed the following complaint with NHTSA:

> AUTO IDLE SYSTEM FAILS. AUTO IDEL TURNS OFF ENGINE AT STOPS AND FAILS TO RESTART ENGINE WHEN FOOT IS

---

[123] NHTSA ID 11459660

REMOVED FROM BRAKE. MUST RESTART CAR. ERRORS ON DASH WHICH MAY BE ASSOCIATED WITH ISSUE: CHARGING SYSTEM ERROR AUTO ENGINE IDLE STOP SYSTEM PROBLEM KEY FOB ERROR[124]

179.   On April 29, 2020, the owner of a 2016 Honda Pilot filed the following complaint with NHTSA:

VEHICLE STALLS AND SHUTS OFF AT A STOP WHEN ENGINE IDLE STOP IS ENABLED. ALL LIGHTS ON DASHBOARD ARE ILLUMINATED AND VEHICLE AUTOMATICALLY SETS TO N GEAR. UPON ATTEMPTING TO RESTART ENGINE, IT TAKES SEVERAL ATTEMPTS TO PUT VEHICLE BACK INTO P GEAR AND START ENGINE BY PRESSING THE PUSH START BUTTON AS WELL HAS HAVING FOOT ON THE BRAKE PEDAL. AFTER DOING SO, THE VEHICLE WILL START UP RIGHT AWAY AND CAN BE DRIVEN OFF NORMALLY WITH NO WARNING LIGHTS ILLUMINATED ON DASH. THIS ISSUE HAS HAPPENED NUMEROUS TIMES. WHEN ENGINE IDLE STOP IS DISABLED, IT DOES NOT HAPPEN. BATTERY HAS BEEN REPLACED AS WELL AS PUSH START BUTTON SWITCH PER SERVICE BULLETIN 20-117. SOFTWARE UPDATE FOR TCM/PGM HAS ALSO BEEN PERFORMED AS PER SET DTC P2638 (TORQUE MANAGEMENT FEEDBACK SIGNAL A RANGE/PERFORMANCE) U1211 LOST COMMUNICATION WITH SHIFTER, U0404 INVALID DATA RECEIVED FROM SHIFTER. DEALERSHIP HAS NOT BEEN ABLE TO DUPLICATE THE PROBLEM.[125]

180.   On May 1, 2022, the owner of a 2017 Honda Pilot filed the following complaint with NHTSA:

THE AUTO START-STOP FUNCTION IS NOT WORKING PROPERLY. IN SEVERAL OCCASIONS WHEN THE ENGINE STOPS AT A RED LIGHT THE ENGINE WILL NOT START AGAIN. THIS HAS CAUSED MANY DANGEROUS SITUATIONS AS WE GOT STUCK IN THE MIDDLE OF AN INTERSECTION. THE DEALER HAS NOT BEEN ABLE TO IDENTIFY THE PROBLEM. ALSO LINKED TO THIS ELECTRICAL PROBLEM IS AT TIME ALL

---

[124] NHTSA ID 11460883

[125] NHTSA ID 11462813

KIDS OF ELECTRICAL WARNING MESSAGES APPEAR IN THE
CLUSTER. I EXPECT THIS TO BE AN ELECTRICAL/BATTERY
RELATED PROBLEM.[126]

181.   On May 11, 2022, the owner of a 2018 Honda Pilot filed the following
complaint with NHTSA:

MY VEHICLE WAS STOPPED AT A RED LIGHT IN A BUSY
TURNING LANE. WHEN I PRESSED ON THE BRAKES TO STOP
THE VEHICLE THE "IDLE-STOP" AUTOMATICALLY CAME ON.
AS MY VEHICLE WAS IDLING, I WAITED FOR THE LIGHT TO
TURN GREEN TO GO. ONCE I PRESSED ON THE GAS TO GO MY
VEHICLE WENT HAYWIRE. I COULDN'T DRIVE FORWARD OR
PUT THE VEHICLE IN ANY PARK MODE. EVERY LIGHT
STARTED FLICKERING ON THE DASH, MY HAZARDS
WOULDN'T COME ON, THE CAR WOULDN'T START AND
EVERY TIME I TRIED ATTEMPTING TO TURN ON THE CAR IT
CONTINUED TO DO THE SAME. I WAS STALLED AT A VERY
BUSY INTERSECTION WITH NO HAZARD LIGHTS WITH TWO
KIDS, THIS WAS FRIGHTENING. MY HUSBAND HAD TO
RESTART THE VEHICLE WITH A BATTERY PACK. AFTER
GETTING THE CAR CHECKED, THERE WERE NO SIGNS OF ANY
BATTERY ISSUES OR ANY OTHER PROBLEMS, THE CAR
SEEMED PERFECTLY FINE. NOW WE HAVE TO COMPLETELY
TURN OFF THE "IDLE-STOP" BEFORE DRIVING OR THE CAR
WILL STALL, SHUT OFF AND GO HAYWIRE. WE HAVE TO
CONSTANTLY RESTART THE VEHICLE WITH A BATTERY PACK
IN ORDER TO CONTINUE DRIVING. I ASKED SEVERAL PEOPLE
AND APPARENTLY THIS IS A HUGE ISSUE AND PROBLEM FOR
MANY WITH NO HELP FROM HONDA DEALERSHIPS TO FIX
IT.[127]

182.   On June 7, 2022, the owner of a 2016 Honda Pilot filed the following
complaint with NHTSA:

IF I FORGET TO TURN OFF THE AUTO IDLE BUTTON. IT IS A
50/50 SHOT WHETHER MY VEHICLE WILL RESTART. IF THE
VEHICLE DOES SHUT DOWN IT TAKES QUITE THE PROCESS TO

[126] NHTSA ID 11462917
[127] NHTSA ID 11464138

68

TRY TO GET THE VEHICLE TO START AGAIN. NUMEROUS TIMES I'VE HAD ANGRY DRIVERS BEHIND ME BEEPING THEIR HORNS AND THROWING THEIR HANDS UP AS I'M FRANTICALLY TRYING TO GET THE VEHICLE TO RESTART. WHEN I FINALLY DO GET THE VEHICLE RUNNING AGAIN IT'S SEVERAL MINUTES LATER. I HAVE ADDRESSED THIS ISSUE WITH HONDA OF FORT MYERS MULTIPLE TIMES. THEY HAVE REPLACED THE START/STOP IGNITION BUTTON TWICE, BUT THIS HAS NOT FIXED ANYTHING. THEY HAVE ALSO FORCED ME TO PURCHASE A NEW BATTERY AS THEY ENSURED THIS WAS THE ISSUE. THIS AGAIN DID NOT FIX THE PROBLEM. THIS CONTINUES TO BE AN ONGOING SAFETY ISSUE THAT HONDA IS AWARE OF, BUT NEGLECTS TO DO ANYTHING ABOUT IT.[128]

183.  On June 7, 2022, the owner of a 2017 Honda Pilot filed the following complaint with NHTSA:

ON NUMEROUS OCCASIONS WHEN ENGINE HAS AUTOMATICALLY STOPPED, IT HAS FAILED TO RESTART TO ALLOW CONTINUED DRIVING.[129]

184.  On June 7, 2022, the owner of a 2018 Honda Pilot filed the following complaint with NHTSA:

THE ENGINE FAILED TO RESTART ON ITS OWN FROM A COMPLETE STOP AT A TRAFFIC LIGHT ON THREE SEPARATE OCCASIONS WITH THE AUTO START/STOP FUNCTION ENGAGED.[130]

185.  On June 7, 2022, the owner of a 2019 Honda Pilot filed the following complaint with NHTSA:

I STOPPED AT A RED LIGHT DOWNTOWN. THE AUTO ENGINE STOP/START DID NOT START WHEN THE GREEN LIGHT CAME. IT WAS NOT POSSIBLE TO CHANGE GEARS OR PLACE THE CAR IN NEUTRAL. ALL LIGHTS AND RADIO WERE WORKING. MUCH ANXIETY BECAUSE ALL OTHER CARS WERE HONKING. COULD NOT GET OUT OF THE CAR WITHOUT RISK OF BEING

---

[128] NHTSA ID 11468067
[129] NHTSA ID 11468086
[130] NHTSA ID 11468058

HIT BY ANOTHER CAR. POLICE CAME BY AND HELPED CALLING A TWO TRUCK- $200 TO TOW TO A PARKING PLACE TWO BLOCKS DOWN THE STREET. CAR COULD NOT BE PLACE IN NEUTRAL. TOWED TO A DEALERSHIP, THEY REPLACED THE BATTERY. (SURPRISING SINCE ALL ELECTRICAL WAS WORKING FINE) IT HAS NOT HAPPENED AGAIN, BUT I AM INACTIVATING THE AUTOMATIC FEATURE EVERYTIME I RIDE THE CAR.[131]

186.   On June 7, 2022, the owner of a 2020 Honda Pilot filed the following complaint with NHTSA:

AUTO ENGINE IDLE ENGAGED AND THE VEHICLE DIED AND WOULD NOT RESTART. THE VEHICLE HAS DIED A COUPLE OF TIMES IN THE PAST IN SIMILAR CIRCUMSTANCES BUT ALWAYS RESTARTED UNTIL THE MOST RECENT INCIDENT. THIS LEFT US STRANDED IN THE MIDDLE OF THE ROAD AT AN INTERSECTION WITH NO WAY TO PUT THE VEHICLE IN NEUTRAL AND PUSH IT TO THE SIDE OF THE ROAD WHICH IS ANOTHER UNRELATED SAFETY COMPLAINT. THE CAR CANNOT BE TAKEN OUT OF PARK WHEN NOT RUNNING. THE COMPONENT HAS NOT BEEN INSPECTED AS OF THE TIME OF THIS COMPLAINT BUT IS BEING SCHEDULED FOR REVIEW BY THE SERVICE SHOP. THERE WERE NO WARNINGS OR MESSAGES PRIOR TO THE INCIDENTS OCCURRING.[132]

187.   On June 8, 2022, the owner of a 2017 Acura TLX filed the following complaint with NHTSA:

AUTO STOP/START FEATURE FAILS TO RESTART VEHICLE, RENDERING VEHICLE INOPERABLE. POWERING OFF THE VEHICLE AND THEN POWERING UP THE VEHICLE THUS FAR HAS RESTARTED EVERYTHING, MUCH TO THE FRUSTRATION OF MYSELF AND THE DRIVERS BEHIND ME.[133]

188.   On June 8, 2022, the owner of a 2018 Honda Pilot filed the following complaint with NHTSA:

---

[131] NHTSA ID 11468024

[132] NHTSA ID 11468027

[133] NHTSA ID 11468113

THE ENGINE AUTOMATIC IDLE STOP MALFUNCTIONS ON A REGULAR BASIS. AT IDLE, THE ENGINE WILL STOP AND IS SUPPOSED TO RE-START AUTOMATICALLY AND ON AVERAGE ONCE PER WEEK THE ENGINE WILL NOT RE-START. THE CAR WILL NEED TO BE PUT INTO PARK AND THEN MANUALLY RESTARTED. THIS USUALLY OCCURS WHILE AT A TRAFFIC SIGNAL AND LEAVES US STUCK BLOCKING TRAFFIC. IT HAS OCCURRED COUNTLESS TIMES IN THE THREE YEARS WE HAVE OWNED THE VEHICLE. WE HAVE TAKEN IT BACK TO HONDA MULTIPLE TIMES TO COMPLAIN BUT THEY HAVE NEVER BEEN ABLE TO FIND A PROBLEM.[134]

189.   On June 8, 2022, the owner of a 2018 Honda Odyssey filed the following complaint with NHTSA:

AUTO RESTART FEATURE WHEN ENABLED DID NOT RESTART VEHICLE AFTER COMING TO A STOP AT STOPLIGHT ON MULTIPLE OCCASIONS IN THE LAST FEW MONTHS RENDERING VEHICLE UNABLE TO PROCEED. WE RECENTLY SAW NEWS ARTICLE ABOUT SAME ISSUE WITH PILOTS.[135]

190.   On June 8, 2022, the owner of a 2019 Honda Pilot filed the following complaint with NHTSA:

-THE ENGINE FAILED TO RESTART ON ITS OWN FROM A COMPLETE STOP AT A TRAFFIC LIGHT WITH THE AUTO START/STOP FUNCTION. THIS HAS OCCURRED ON MULTIPLE OCCASIONS. -THIS STARTED OCCURRING IN THE SUMMER OF 2021. THE FIRST COUPLE OF TIMES, THE ENGINE WOULD STALL BUT WOULD IMMEDIATELY START UP AGAIN AFTER TURNING THE BACK ON. ON ONE OCCASION, IT STALLED AT A TRAFFIC LIGHT AND IT TOOK ABOUT 30 SECONDS TO GET THE ENGINE BACK ON. ON OR ABOUT 8/12/21, WE WERE STOPPED AT A TRAFFIC LIGHT AT A BUSY INTERSECTION AND THE ENGINE STALLED AND WOULD NOT RESTART. WE BLOCKED A LANE FOR OVER AN HOUR UNTIL A TOW TRUCK WAS FINALLY ABLE TO RETRIEVE THE CAR. THE BATTERY COULD NOT BE JUMP STARTED. -THE CAR WAS TAKEN TO THE

[134] NHTSA ID 11468332
[135] NHTSA ID 11468182

HONDA DEALERSHIP AND THEY SAID IT WAS DUE TO A
FAULTY BATTERY AND REPLACED THE BATTERY. HOWEVER,
WITHIN 9 MONTHS OF THE REPLACEMENT (CURRENTLY), THE
CAR HAS STARTED STALLING AGAIN INTERMITTENTLY.
MOST OF THE TIME, WE REMEMBER TO TURN THE AUTO
START-STOP FEATURE BEFORE WE START DRIVING, WHICH
SEEMS TO HELP, BUT ON THE OCCASIONS THAT WE FORGET,
IT HAS STALLED ON AT LEAST 2 OCCASIONS. SO FAR, WE'VE
BEEN ABLE TO START THE ENGINE AGAIN QUICKLY AND
KEEP MOVING. -THERE HAVE BEEN NO WARMING LAMPS,
MESSAGE OR OTHER SYMPTOMS PRIOR TO THESE INCIDENTS.
-WE HAVE BEEN EXTREMELY DISAPPOINTED WITH THE
MANNER THAT HONDA USED WHEN WE VOICED THESE
CONCERNS IN AUGUST 2021. THEY WERE VERY DISMISSIVE
AND DID NOT SEEM TO BELIEVE MY REPORT, DESPITE THE
CAR ONLY BEING LESS THAN 3 YEARS OLD AT THE TIME OF
THE FIRST INCIDENT. WHEN I STATED THAT THIS POSED A
SERIOUS SAFETY ISSUE BECAUSE A CAR COULD STALL AT
ANY TIME, THEY STATED IT SHOULDN'T POSE A MAJOR
THREAT BECAUSE THE INCIDENTS ONLY HAPPENED WHEN
THE VEHICLE WAS STOPPED AND OTHER VEHICLES WOULD
LIKELY ALSO BE STOPPED, THEREBY ELIMINATING ANY
CHANCE OF IMPACT. THIS IS CLEARLY AN ERRONEOUS
CONCLUSION AS MY VEHICLE COULD EASILY COME TO A
STOP IN HEAVY TRAFFIC ON AN INTERSTATE AND OTHER
CARS MAY NOT REACT QUICK ENOUGH TO STOP.[136]

191.   On June 8, 2022, the owner of a 2019 Honda Pilot filed the following complaint with NHTSA:

TWICE SINCE PURCHASING THE VEHICLE LAST YEAR THE
AUTOMATIC START/STOP FEATURE ON THE HONDA HAS
FAILED TO RESTART THE ENGINE ONCE WE TOOK OUR FOOT
OFF THE BRAKE PEDAL. THE FIRST TIME WAS MORE THAN SIX
MONTHS AGO. WE WERE AT A LIGHT AND THE VEHICLE DID
NOT START AFTER TAKING MY FOOT OFF THE BRAKE WHEN
THE LIGHT TURNED GREEN. I TRIED PUTTING IT IN PARK AND
THEN RESTARTING THE VEHICLE WITH THE TOUCH BUTTON
BUT IT DIDN'T WORK. I TRIED WITH THE REMOTE START

---

[136] NHTSA ID 11468213

FEATURE ON THE KEY AND IT WOULD NOT START THAT WAY. AT THIS POINT TRAFFIC WAS HONKING AND GOING AROUND US. I STARTED PUSHING THE PARK AND NEUTRAL BUTTON TO MAKE SURE IT WAS IN PARK, BUT NOTHING WORKED. I FINALLY GOT THE VEHICLE TO RESTART BY HOLDING THE START BUTTON ON THE DASH FOR ABOUT 10-15 SECONDS. WHEN I TOOK IT INTO THE DEALER A MONTH OR SO LATER TO HAVE A RECALL TAKEN CARE OF I BROUGHT IT UP TO THE ADVISOR AND HE ASKED IF IT HAS HAPPENED SINCE THEN. I SAID NO AND HE SAID IT WAS PROBABLY SOMETHING I DID... THE SECOND TIME, WAS 5/11/2022 AROUND 11 AM. I WAS ON THE WAY TO THE HONDA DEALERSHIP TO BUY AN OIL FILTER AND CRUSH RING TO CHANGE THE OIL. I HAD BEEN DRIVING FOR ABOUT A HALF AN HOUR, STOPPED AT A RED LIGHT IN FRONT OF THE DEALERSHIP AND IT HAPPENED AGAIN. ONCE AGAIN, TRAFFIC ON THE OFFRAMP STARTED PILING UP, PEOPLE WERE HONKING AND GOING AROUND ON THE SHOULDER. I TRIED THE SAME PROCEDURE AS BEFORE BUT IT DIDN'T WORK AT FIRST. I TRIED IT A COUPLE OF TIMES AND THE VEHICLE FINALLY STARTED. THE VEHICLE HAS NOT BEEN SCANNED WITH A SCANNER SINCE THE LAST TIME SO THERE IS PROBABLY A STORED CODE IF YOU NEED TO VERIFY THIS.[137]

192.   On June 8, 2022, the owner of a 2019 Acura TLX filed the following complaint with NHTSA:

THE AUTO START STOP FEATURE FAILED TO START VEHICLE IN 3 DIFFERENT OCCASIONS, LEADING TO A TRAFFIC JAM EVERY TIME AND VEHICLES BEHIND ME ALMOST HITTING ME BECAUSE THEY THOUGHT I WILL BE MOVING WITH TRAFFIC, STILL WAITING ON ACURA FOR APPOINTMENT TO BRING VEHICLE[138]

193.   On June 9, 2022, the owner of a 2019 Honda Pilot filed the following complaint with NHTSA:

WHEN THE CAR IS STOPPED IT WILL SOMETIMES TURN OFF. IT

---

[137] NHTSA ID 11468123

[138] NHTSA ID 11468127

HAS HAPPENED AT LEAST TWICE IN THE LAST WEEK - ONCE IN A DRIVE THROUGH AND ONCE AT A STOP SIGN. THE CAT COMES TO A STOP NORMALLY BUT WHEN IT IS TIME TO ACCELERATE THE ENGINE TURNS OFF & THE ELECTRICAL STARTS ACTING WEIRD. I HAVE TO POWER THE CAR OFF AND ON A COUPLE OF TIMES BEFORE I CAN GET IT GOING AGAIN. I TOOK THE CAR INTO HONDA TODAY AND THEY COULD NOT FIND ANY PROBLEMS WITH THE CAR. I AM SCARED THAT THIS WILL HAPPEN ON THE FREEWAY DURING TRAFFIC AND SOMEONE WILL COME CRASHING INTO ME.[139]

194.   On June 9, 2022, the owner of a 2019 Honda Pilot filed the following complaint with NHTSA:

I HAVE COMPLAINED TO THE HONDA DEALER DURING EACH OIL CHANGE THAT MY ENGINE SHUTS OFF WHEN I AM DRIVING AND COME TO A STOP AT INTERSECTIONS. I BROUGHT UP THAT I HAD THE CAR BATTERY CHANGED THREE TIMES ALREADY DUE THE SUSPICION THAT THE BATTERY WAS CAUSING THE ISSUE. THEY TESTED THE BATTERY AND FOUND THAT IT WASN'T THE PROBLEM. I ASKED THEM TO LOOK AT THE SPARK PLUGS, AGAIN, NO ISSUES. THEY TOOK A TEST DRIVE AND COULD NOT REPLICATE THE ISSUE. THE PROBLEM STEMS FROM THE FEATURE THAT AUTOMATICALLY SHUTS OFF THE ENGINE WHEN THE BRAKES ARE DEPRESSED AND THE VEHICLE IS AT A COMPLETE STOP. WHEN THE BRAKE IS RELEASED, THE ENGINE ATTEMPTS TO TURN BACK ON, BUT FAILS. THERE ARE MANY INDICATOR LIGHTS THAT TURN ON THAT INDICATE A FAULT. I HAVE TO MANIPULATE THE GEAR SELECTOR BUTTONS TO GET THE VEHICLE TO SHUT DOWN AND ATTEMPT TO RESTART THE ENGINE AGAIN. MY VEHICLE HAS SHUT OFF TENS OF TIMES WHILE DRIVING. MY ONLY FIX AT THE MOMENT IS TO PRESS A BUTTON NEAR THE BOTTOM OF THE GEAR SELECTOR THAT DISABLES THE AUTOMATIC ON-OFF ENGINE SHUTOFF. THIS IS WHAT I MUST NOW DO WHEN I FIRST START MY ENGINE ON. I HAVE BEEN PUT IN DANGEROUS SITUATIONS WHEN AT INTERSECTIONS, PARTICULARLY AT RIGHT TURNS WHEN MY ENGINE SHUTS

---

[139] NHTSA ID 11468539

1

2

OFF AND THERE IS ONCOMING VEHICLES. I HAVE HAD
EXPENSES GETTING THIS ISSUE LOOKED AT AND GETTING
NEW BATTERIES, WHICH DID NOT RESOLVE THE ISSUE.[140]

3

4

195.   On June 9, 2022, the owner of a 2019 Honda Odyssey filed the following
complaint with NHTSA:

5

6

7

8

FREQUENTLY THE ENGINE WILL STALL ON RESTART AFTER
IDLE STOP SYSTEM CUTS THE ENGINE OFF AT A LIGHT.
OCCASIONALLY THE STALL WILL LEAD TO A FULL REBOOT
OF THE CONTROL SYSTEM TAKING UP TO 3 MINUTES TO
ALLOW A RESTART OF THE ENGINE.[141]

9

10

196.   On June 11, 2022, the owner of a 2020 Honda Pilot filed the following
complaint with NHTSA:

11

12

13

14

15

WHEN   ENGINE   AUTO-SHUTOFF   WAS   ON   (AS   IT   IS
AUTOMATICALLY EVERY TIME THE CAR IS STARTED) I CAME
TO A COMPLETE STOP AND THE VEHICLE TURNED OFF
COMPLETELY. I WAS IN THE MIDDLE OF THE ROAD ON EVERY
OCCASION THIS OCCURRED. THE VEHICLE WOULD NOT
RESTART FOR AT LEAST 30 SECONDS.[142]

16

17

197.   On June 12, 2022, the owner of a 2018 Honda Pilot filed the following
complaint with NHTSA:

18

19

20

21

22

23

24

ENGINE FAILED TO RESTART AFTER THE AUTO STOP/START
FEATURE SHUT THE ENGINE OFF WHILE I WAS STOPPED
MAKING A LEFT TURN ONTO A BUSY ROAD. THIS IS THE 3RD
TIME THIS HAS HAPPENED. I AM UNABLE TO DISABLE THIS
FEATURE PERMANENTLY. I HAVE TO SHUT THIS FEATURE OFF
MANUALLY EACH TIME I START THE CAR. THE PRIOR TWO
TIMES I WAS STOPPED ON A BUSY ROAD FOR A CAR STOPPED
IN FRONT OF ME AND THE CAR FAILED TO RESTART
EXPOSING MY FAMILY AND I TO A POTENTIAL REAR END
COLLISION. THIS FEATURE IS VERY DANGEROUS AND IT IS

25

26

27

[140] NHTSA ID 11468363
[141] NHTSA ID 11468548
[142] NHTSA ID 11468757

28

1    ONLY A MATTER OF TIME TILL SOMEONE IS HURT.[143]

2    198.   On June 12, 2022, the owner of a 2019 Honda Pilot filed the following

3    complaint with NHTSA:

4        AUTO START/STOP ENGINE STARTS TO STALL AND CAN TAKE
5        5 SECONDS OR MORE BEFORE RESTARTING. THIS IS
6        DANGEROUS WHEN GOING IN STOP AND GO TRAFFIC. HAVING
         DEALER LOOK AT IT IN THE UPCOMING WEEK. NO WARNING
7        SIGNS.[144]

8    199.   The above complaints are a representative sampling of the hundreds of

9    complaints posted to NHTSA and other online sources.

10   200.   The significance of the complaints to Honda is evident when compared to

11   similar complaints about its competitors. For example, searching NHTSA's database

12   for 2016-2020 Honda Pilot vehicles with complaints that include both the terms "auto"

13   AND "start" produced 184 hits. The same search produced zero hits for 2016-2020

14   Toyota 4Runner vehicles, and four hits for 2016-2020 Toyota Highlander vehicles.

15   Likewise, the same search produced zero hits for 2016-2020 Ford Explorer vehicles,

16   and only one hit for 2016-2020 Ford Expedition vehicles.

17   201.   Customers also post vehicle complaints on other websites, such as

18   carcomplaints.com, which, upon information and belief, Honda monitors to track

19   product performance and customer satisfaction. On November 3, 2015, an owner of a

20   2016 Honda Pilot posted the following complaint on carcomplaints.com:

21       Well, I decided to purchase a new 2016 Honda Touring Pilot from a local
22       dealer. I have been reading an awful lot of complaints on this new vehicle
         from Piloteers.org. I have to say that I am not experiencing all the same
23       complaints, however, at this point, only one. My Auto Idle Stop feature
         does not work or it works intermittently. Jury is still out on that issue. I
24       received the SUV with 12 miles on her. I started to realize soon after that
25       my Auto Stop Idle was not working. It did work a few times, etc... This
         was probably around 250 miles. I took Suv to dealer at 333 miles on her,
26

27   [143] NHTSA ID 11468907

28   [144] NHTSA ID 11468899

76

where they sat me down and explained that a lot of certain conditions need to be met for it to work. I replied, that I read the manual and CD. I met all those requirements. "It still does not work." Actually, I just looked at what the service tech wrote in her comments and don't agree at all. She wrote "C/S Stop Idle is Inop. Please advise. Customer spoke with Scott-will leave his last name omitted and went over stop Idle operation. No corrective action to be made. Working as described." How can she say, it is working as described? Scott indicated that he didn't know why it isn't working. He went on to tell me that unless the icon flashes and throws a code, they can't do anything. I understand that logic, however, it isn't working and it isn't throwing any codes to the computer. What do I have to do to get this to work? It should work every time I have the system on and ready. Seat belt on, defroster off, all engine temps normal because of driving the SUV, system on and ready, no flashing icon. What do they want, screaming kids in the back seat bouncing all around to get this system to work? Bottom line is that it does not work and I somewhat felt blown off at my dealer. I realize that the SUV is brand new. I don't know what to do. I paid over 46k and feel all advertised systems should work 100% of the time. Thank you.[145]

202.   On October 16, 2015, the owner of a 2016 Honda Pilot posted the following complaint on carcomplaints.com:

My 2016 Honda Pilot Elite has been back to the dealer four times for a fix to the auto idle stop problem. Each time they report a different fix and it works for a period of days or weeks, then stops again. Last visit they said it was because of a defective vehicle battery. Again it worked for less than two weeks. I really like this vehicle and do not want to avail myself of the State Lemon Law protections. I just want this issue fixed once and for all[146]

203.   On November 18, 2015, the owner of a 2016 Honda Pilot posted the following complaint on carcomplaints.com:

I have 2016 Pilot Elite and took for repair same place where i purchase. Third time they they fixed the original problem but it crest other problem. Original problem is while i driving it start misfiring the engine and all light in dash board start blinking. You fill like you are driving without

---

[145] https://www.carcomplaints.com/Honda/Pilot/2016/engine/auto_idle_stop_does_not_work.shtml (last visited June 16, 2022)

[146] Id.

exhaust system. First time i took for repair dealers say PCM has to reset it. Second time i took for repair they said catalytic convertor need to replace. Third time i took it they said injected need to replace. Now other problem came up is my Auto Engine Idle on/of dose not working. I think this car is LEMON CAR.[147]

204.  On November June 6, 2021, the owner of a 2020 Acura TLX posted the following complaint on carcomplaints.com:

Two times in three weeks with the auto idle stop active the car failed to restart on a green light.  Following all the prompts in the car it takes over a minute to re start the car while blocking traffic.[148]

205.  Honda also knew about the Idle Stop Defect from its warranty data. Per the TREAD Act, Honda tracks its vehicles' diagnoses and repairs from dealership technicians in a single, aggregated database. Honda employs people who monitor the database for repair trends, and engineering and management staff review such trends in regular meetings.[149] For every complaint that a consumer files with NHTSA, Honda likely receives hundreds or thousands of related warranty claims.[150] Accordingly, Honda likely received hundreds or thousands of Idle Stop Defect warranty claims starting as far back as late 2015 or early 2016, before Plaintiff purchased his vehicle.

206.  Despite knowing of the Idle Stop Defect, Honda extensively advertised the safety of the Class Vehicles, while concealing the Idle Stop Defect.

207.  For example, Honda currently dedicates a page on its website to "safety," where Honda touts the safety of its vehicles, including a "collision-free future" and "advanced collision mitigation systems":[151]

---

[147] *Id.*

[148] https://www.carcomplaints.com/Acura/TLX/2020/engine/engine.shtml

[149] https://static.nhtsa.gov/odi/rcl/2020/RCLRPT-20V439-2939.PDF

[150] https://static.nhtsa.gov/odi/rcl/2017/RMISC-17V418-5009.pdf (zero field reports, 3,826 warranty claims);

[151] https://www.honda.com/safety (last visited June 16, 2022).

1



17  207.   In 2020, Honda launched its "Safety for Everyone" marketing campaign
18  to convince consumers that everyone "can safely and confidently enjoy the freedom of
19  mobility" in Honda vehicles.[152]

20  208.   Honda also made similar representations and omissions when marketing
21  the Class Vehicles. For example, Honda directly marketed the Class Vehicles to
22  consumers via extensive nationwide, multimedia advertising campaigns on television,
23  the Internet, billboards, print publications, mailings, and through other mass media,
24  which impart a uniform and persuasive marketing message.

25  209.   In the sales brochure for the 2016 Honda Pilot, Honda advertised

---

[152]https://hondanews.com/en-US/honda-corporate/releases/release-
77eb8ddd88ce8b803d48f5ee690002b4-powerful-stories-about-safety-performance-from-honda-
customers-and-family-members-expand-honda-safety-for-everyone-brand-campaign

"Sensible Safety."[153]

210.   In the sales brochure for the 2017 Honda Pilot, Honda stated that it was "looking out for you."[154]

211.   In the sales brochure for the 2017 Honda Odyssey, Honda stated that occupant safety is the "top priority."[155]

212.   In the sales brochure for the 2018 Honda Odyssey, Honda stated that the vehicle was "solid on safety."[156]

213.   In the sales brochure for the 2019 Honda Odyssey, Honda stated that it strives to provide safety features that "ensure the safety of the occupants" and that this gives the occupants "peace of mind" while driving.[157]

214.   In the sales brochure for the 2017 Acura MDX, Honda boasted that its vehicle protect "your back, your front, and your sides."[158]

215.   In the sales brochure for the 2018 Acura MDX, Honda boasted that its vehicles are "safe enough for . . . families to ride in" and that its goal is to exist in a world where there are zero collisions.[159]

216.   In the sales brochure for the 2019 Acura MDX, Honda stated that occupant safety is the "top priority."[160]

208.   Honda consistently promoted the Class Vehicles as safe, while knowingly omitting and concealing information about material defects in the Class Vehicles from consumer, including Plaintiff and the other Class members.

---

[153] https://automobiles.honda.com/images/2016/pilot/downloads/2016-pilot-brochure.pdf

[154] https://automobiles.honda.com/-/media/Honda-Automobiles/Vehicles/2017/Pilot/Pilot-Brochures/V2/MY17_Pilot_Online_Brochure.pdf

[155] https://automobiles.honda.com/images/2017/odyssey/downloads/2017-odyssey-brochure.pdf

[156] https://www.daltshondaorillia.com/pdf/2018-honda-odyssey.pdf

[157] https://www.daltshondaorillia.com/pdf/2019-odyssey.pdf

[158] https://www.auto-brochures.com/makes/acura/tlx/Acura_US%20TLX_2017.pdf

[159] https://www.auto-brochures.com/makes/acura/mdx/Acura_US%20MDX_2018.pdf

[160] https://www.auto-brochures.com/makes/acura/mdx/Acura_US%20MDX_2019.pdf

209.   Had Honda disclosed the Idle Stop Defect, Plaintiff and the other Class members would not have purchased their Class Vehicles, or would have paid less for them.

210.   Honda also issued written warranties with the sale of the Class Vehicles. The written warranties were for the benefit of Plaintiff and the Class members and were issued for the purpose of persuading them to purchase their respective Class Vehicles.

## V.   TOLLING OF THE STATUTES OF LIMITATION

### A.   DISCOVERY RULE TOLLING

211.   Plaintiff and the other Class members could not have discovered through the exercise of reasonable diligence that their Class Vehicle were defective within the time period of any applicable statutes of limitation.

212.   Neither Plaintiff nor the other Class members knew or could have known of the Idle Stop Defect in their Class Vehicles, at least until after the ODI Report was publicly issued.

### B.   FRAUDULENT CONCEALMENT TOLLING

213.   Throughout the time period relevant to this action, Honda concealed from and failed to disclose to Plaintiff and the other Class members vital information about the Idle Stop Defect described herein.

214.   Indeed, Honda kept Plaintiff and the other Class members ignorant of vital information essential to the pursuit of their claims.  As a result, neither Plaintiff nor the other Class members could have discovered the defect, even upon reasonable exercise of diligence.

215.   Specifically, since at least October 2015, Honda has been aware that the Idle Stop feature that it installed in the Class Vehicles was defective.

216.   Despite its knowledge of the defect, Honda failed to disclose and concealed, and continues to conceal, this critical information from Plaintiff and the other Class members, even though, at any point in time, it could have done so through

individual correspondence, media release, or by other means.

217.   Honda affirmatively and actively concealed the Idle Stop Defect when it continued marketing the Idle Stop feature and introducing new vehicles with this feature, despite knowing that it was defective.

218.   Plaintiff and the other Class members justifiably relied on Honda to disclose the Idle Stop Defect in the Class Vehicles that they purchased or leased, because that defect was hidden and not discoverable through reasonable efforts by Plaintiff and the other Class members.

219.   Thus, the running of all applicable statutes of limitation have been suspended with respect to any claims that Plaintiff and the other Class members have sustained as a result of the defect, by virtue of the fraudulent concealment doctrine.

## C.   ESTOPPEL

220.   Honda was under a continuous duty to disclose to Plaintiff and the other Class members the true character, quality, and nature of the Class Vehicles.

221.   Honda knowingly concealed the true nature, quality, and character of the Class Vehicles.

222.   Based on the foregoing, Honda is estopped from relying on any statutes of limitations in defense of this action.

## VI.   CLASS ACTION ALLEGATIONS

223.   Plaintiff brings this action pursuant to Rules 23(a), 23(b)(2), 23(b)(3), and 23(c)(4) of the Federal Rules of Civil Procedure, individually and on behalf of all others similarly situated.

224.   Plaintiff seeks to represent the following Classes:

> *All persons who purchased or leased a Class Vehicle (as defined herein) that was purchased or leased in the United States (the "Nationwide Class").*

> *All persons who purchased or leased a Class Vehicle (as defined herein) that was purchased or leased in the State of Florida (the "Florida Class").*

82

225.    Excluded from the Classes are Defendants HML and HMA and any of their members, affiliates, parents, subsidiaries, officers, directors, employees, successors, or assigns; the judicial officers, and their immediate family members; and Court staff assigned to this case.  Plaintiff reserves the right to modify or amend the Class definition, as appropriate, during the course of this litigation.

226.    This action has been brought and may properly be maintained on behalf of the Classes proposed herein under the criteria of Rule 23 of the Federal Rules of Civil Procedure.

227.    **Numerosity – Federal Rule of Civil Procedure 23(a)(1)**.  The members of the Class are so numerous and geographically dispersed that individual joinder of all class members is impracticable.  While Plaintiff is informed and believes that there are thousands of Class members, the precise number of Class members is unknown to Plaintiff, but may be ascertained from Honda's books and records.  Class members may be notified of the pendency of this action by recognized, Court-approved notice dissemination methods, which may include U.S. Mail, electronic mail, Internet postings, and/or published notice.

228.    **Commonality and Predominance – Federal Rule of Civil Procedure 23(a)(2) and 23(b)(3)**.  This action involves common questions of law and fact, which predominate over any questions affecting individual Class members, including, without limitation:

    a.    whether Honda engaged in the conduct alleged herein;

    b.    whether Honda's alleged conduct violates applicable law;

    c.    whether Honda designed, advertised, marketed, distributed, leased, sold, or otherwise placed the Class Vehicles into the stream of commerce in the United States;

    d.    whether Honda misled Class members about the quality of the Class

Vehicles;

      e.    whether the Class Vehicle contain the Idle Stop Defect;

      f.    whether Honda had actual or imputed knowledge about the alleged defect but failed to disclose it to Plaintiff and the other Class members;

      g.    whether Honda's omissions and concealment regarding the quality of the Class Vehicles were deceptive in violation of the consumer protection laws of Florida;

      h.    whether Honda breached its express warranty to the Class members with respect to the Class Vehicles;

      i.    whether Class members overpaid for their Class Vehicles as a result of the defect alleged herein;

      j.    whether Class members are entitled to damages, restitution, restitutionary disgorgement, equitable relief, statutory damages, exemplary damages, and/or other relief; and

      k.    the amount and nature of relief to be awarded to Plaintiff and the other Class members.

229.  **Typicality – Federal Rule of Civil Procedure 23(a)(3).**  Plaintiff's claims are typical of the other Class members' claims because Plaintiff and the other Class members purchased or leased Class Vehicles.  Neither Plaintiff nor the other Class members would have purchased the Class Vehicles, or would have paid less for the Class Vehicles, had they known of the Idle Stop Defect in the Class Vehicles. Plaintiff and the other Class members suffered damages as a direct proximate result of the same wrongful practices in which Honda engaged.  Plaintiff's claims arise from the same practices and course of conduct that give rise to the claims of the other Class members.

230.  **Adequacy of Representation – Federal Rule of Civil Procedure**

23(a)(4).  Plaintiff is an adequate Class representative because his interests do not conflict with the interests of the other members of the Class that he seeks to represent, Plaintiff has retained counsel competent and experienced in complex class action litigation, and Plaintiff intends to prosecute this action vigorously.  The Class's interests will be fairly and adequately protected by Plaintiff and his counsel.

231.  **Declaratory and Injunctive Relief – Federal Rule of Civil Procedure 23(b)(2).**  Honda has acted or refused to act on grounds generally applicable to Plaintiff and the other Class members, thereby making appropriate final injunctive relief and declaratory relief, as described below, with respect to the Class members as a whole.

232.  **Superiority – Federal Rule of Civil Procedure 23(b)(3).**  A class action is superior to any other available means for the fair and efficient adjudication of this controversy, and no unusual difficulties are likely to be encountered in the management of this class action.  The damages or other financial detriment suffered by Plaintiff and the other Class members are relatively small compared to the burden and expense that would be required to individually litigate their claims against Honda, so it would be impracticable for the Class members to individually seek redress for Honda's wrongful conduct.  Even if the Class members could afford litigation the court system could not. Individualized litigation creates a potential for inconsistent or contradictory judgments, and increases the delay and expense to all parties and the court system.  By contrast, the class action device presents far fewer management difficulties, and provides the benefits of single adjudication, economy of scale, and comprehensive supervision by a single court.

### VII.  CLAIMS FOR RELIEF

**COUNT 1**
**VIOLATION OF THE MAGNUSON-MOSS WARRANTY ACT**
**15 U.S.C. §§ 2301, *et seq.***

233.  Plaintiff repeats and realleges paragraphs 1-232 and paragraphs 264-290, as if fully set forth herein.

85

234.   Plaintiff brings this Count individually and on behalf of the other members of the Nationwide Class (the "Class," for purposes of this Count).

235.   This Court has jurisdiction to decide these claims brought under 15 U.S.C. § 2301 by virtue of 28 U.S.C. §§ 1332(a) and (d).

236.   Plaintiff is a "consumer" within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301(3).

237.   Honda is a "supplier" and "warrantor" within the meaning of the Magnuson Moss Warranty Act, 15 U.S.C. § 2301(4)–(5).

238.   The Class Vehicles are "consumer products" within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301(1).

239.   15 U.S.C. § 2310(d)(1) provides a cause of action for any consumer who is damaged by the failure of a warrantor to comply with a written warranty.

240.   In its New Vehicle Limited Warranty, Honda expressly warranted that it would repair or replace any part that is defective in material or workmanship under normal use.

241.   Honda's Limited Warranty is a written warranty within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301(6). The Class Vehicles' implied warranty of merchantability is covered by 15 U.S.C. § 2301(7).

242.   With respect to Class members' purchases or leases of the Class Vehicles, the terms of Honda's written warranty became part of the basis of the bargain between Honda, on the one hand, and Plaintiff and each of the other Class members, on the other.

243.   Honda breached this warranty as described in more detail above.

244.   At the time of sale or lease of each Class Vehicle, Honda knew, should have known, or was reckless in not knowing of the Class Vehicles' inability to perform as warranted, but nonetheless failed to rectify the situation and/or disclose the defective design. Under the circumstances, the remedies available under any informal settlement

1   procedure would be inadequate, and any requirement that Plaintiff and the other Class

2   members resort to an informal dispute resolution procedure and/or afford Honda a

3   reasonable opportunity to cure its breach of warranties is excused and thus deemed

4   satisfied.

5       245.   The amount in controversy of Plaintiff's individual claims meets or

6   exceeds the sum of $25. The amount in controversy in this action exceeds the sum of

7   $50,000, exclusive of interest and costs, computed based on all claims involved in this

8   lawsuit.

9       246.   As a direct and proximate result of Honda's breaches of its Limited

10   Warranty and the implied warranty of merchantability, Plaintiff and the other Class

11   members have sustained damages in an amount to be determined at trial.

12       247.   Plaintiff, individually and on behalf of all the other Class members, seeks

13   all damages permitted by law, including the diminution in value of their vehicles, in an

14   amount to be proven at trial.

**COUNT 2**
**VIOLATIONS OF THE FLORIDA DECEPTIVE**
**AND UNFAIR TRADE PRACTICES ACT**
**Fla. Stat. §§ 501.201, *et seq.***

18       248.   Plaintiff repeats and realleges paragraphs 1-232, as if fully set forth herein.

19       249.   Plaintiff brings this Count individually and on behalf of the other members

20   of the Florida Class (the "Class" for purposes of this claim).

21       250.   The Florida Deceptive and Unfair Trade Practices Act ("FDUTPA")

22   prohibits any "[u]nfair methods of competition, unconscionable acts or practices, and

23   unfair or deceptive acts or practices in the conduct of any trade or commerce are hereby

24   declared unlawful."

25       251.   By the conduct described in detail above and incorporated herein, Honda

26   engaged in unfair or deceptive acts in violation of FDUTPA

27       252.   Honda's omissions regarding the Idle Stop Defect, described above are

material facts that a reasonable person would have considered in deciding whether or not to purchase (or to pay the same price for) a Class Vehicle.

253.   Honda's omissions regarding the Idle Stop Defect were likely to deceive a consumer acting reasonably in the same circumstances as Plaintiff and the other Class members.

254.   Honda intended for Plaintiff and the other Class members to rely on Honda's omissions of fact regarding the Idle Stop Defect.

255.   Plaintiff and the other Class members justifiably acted or relied to their detriment upon Honda's omissions of fact concerning the above-described Idle Stop, as evidenced by Plaintiff's and the other Class members' purchase of their vehicles.

256.   Had Honda disclosed all material information regarding the Idle Stop Defect to Plaintiff and the other Class members, then they would not have purchased or leased the vehicle or would have paid less to do so.

257.   Honda's omissions deceived Plaintiff and the other Class members.

258.   Honda acted willfully in concealing, and not disclosing, the Idle Stop Defect from Plaintiff and the other Class members.

259.   Honda's deceptive omissions constitute an independent tort, separate of the breach of warranties alleged herein.

260.   Plaintiff and the other Class members suffered ascertainable loss and actual damages as a direct result of Honda's concealment of and failure to disclose the Idle Stop Defect.  Plaintiff and the other Class members who purchased or leased the Class Vehicles would not have done so, or would have paid significantly less, if the true nature of the Class Vehicles had been disclosed.

261.   Honda's violations present a continuing risk to Plaintiff and the Class, as well as to the general public.  Defendant's unlawful acts and practices complained of herein affect the public interest.

262.   Plaintiff and the Class seek an award of compensatory damages, punitive

damages, reasonable attorneys' fees pursuant to Florida Statute section 501.201 et seq., costs, interest and any other just and proper relief available under FDUTPA.

## COUNT 3
## BREACH OF EXPRESS WARRANTY
### Fla. Stat. §§ 672.313 and 680.21

263.  Plaintiff repeats and realleges paragraphs 1-232, as if fully set forth herein.

264.  Plaintiff brings this Count individually and on behalf of the other members of the Florida Class (the "Class").

265.  Honda is and was at all relevant times a "merchant" with respect to motor vehicles under Fla. Stat. § 672.104 and is a "seller" of motor vehicles under § 672.103.

266.  With respect to leases, Honda is and was all relevant times a "lessor" of motor vehicles under Fla. Stat. § 680.1031.

267.  The Class Vehicles are and were at all relevant times "goods" within the meaning of Fla. Stat. § 672. 105 and § 680.1031.

268.  In its New Vehicle Limited Warranty, Honda expressly warranted that it would repair or replace any part that is defective in material or workmanship under normal use.

269.  The warranty further states that all repairs/replacements made under the warranty are free of charge.

270.  Honda's New Vehicle Limited Warranty formed the basis of the bargain that was reached when Plaintiff and the other Class members purchased or leased their Class Vehicles with the Idle Stop Defect.

271.  Honda breached the express warranty to repair parts defective in material or workmanship by failing to repair the Idle Stop Defect.

272.  Honda has not repaired, and has been unable to repair, the Idle Stop Defect in Plaintiff's Class Vehicle or the Class Vehicles of the other Class members.

273.  Honda was provided notice of the Idle Stop Defect through numerous complaints filed against it directly and through its dealers, as well as its own internal

1   engineering

2       274.   Further, Plaintiff brought his vehicle into Braman Honda in 2018, during

3   his vehicle's warranty period, to have the Idle Stop Defect fixed.  Honda was unable to

4   do so.

5       275.   The New Vehicle Limited Warranty fails in its essential purpose because

6   the contractual remedy of repair/replacement is insufficient to make Plaintiff and the

7   other Class members whole and because Honda has failed and/or has refused to

8   adequately provide the promised remedies within a reasonable time.

9       276.   Accordingly, recovery by Plaintiff and the other Class members is not

10  limited to the limited warranty of repair/replacement, and Plaintiff, individually and on

11  behalf of the other Class members, seek all remedies as allowed by law.

12      277.   Also, as alleged in more detail herein, at the time that Honda warranted

13  and sold the Class Vehicles it knew that the Class Vehicles did not conform to the

14  warranty and were inherently defective, and Honda improperly concealed material

15  facts regarding its Class Vehicles.  Plaintiff and the other Class members were,

16  therefore, induced to purchase or lease the Class Vehicles under false pretenses.

17      278.   Moreover, much of the damage flowing from the Class Vehicles cannot

18  be resolved through the limited remedy of repairs, as those incidental and consequential

19  damages have already been suffered due to Honda's improper conduct as alleged

20  herein, and due to its failure and/or continued failure to provide such limited remedy

21  within a reasonable time, and any limitation on Plaintiff's and the other Class members'

22  remedies would be insufficient to make Plaintiff and the other Class members whole.

23      279.   As a direct and proximate result of Honda's breach of express warranty,

24  Plaintiff and the other Class members have been damaged in an amount to be

25  determined at trial.

26

27

28

**COUNT 4**
**BREACH OF THE IMPLIED WARRANTY OF MERCHANTABILITY**
**Fla. Stat. §§ 672.101, *et seq*.**

280.   Plaintiff repeats and realleges paragraphs 1-232, as if fully set forth herein.

281.   Plaintiff brings this Count individually and on behalf of the other members of the Florida Class (the "Class").

282.   Honda is a merchant with respect to the Class Vehicles, as that term is used in Fla. Stat. § 672.104.

283.   The Class Vehicles are goods as that term is used in Fla. Stat. § 672.105.

284.   Plaintiff and Class members are buyers as that term is used in Fla. Stat. § 672.103, and Honda is a seller as that term is used in Fla. Stat. § 672.103.

285.   Plaintiff purchased his Class Vehicle from Honda and an implied warranty that the goods were merchantable arose by operation of law as part of the sale.

286.   There is privity because Plaintiff and the other Class members' dealerships were agent of Honda. Namely, upon information and belief, Honda controlled the marketing and sale of the Class Vehicles, Honda set the MSRP and controlled any dealership incentives which may have been available, the dealership executed the purchase agreement on behalf of Honda, that the dealership acted as Honda's agent in connection with the sale, and the dealership bound Honda to contractual obligations with the sale of the Class Vehicles.

287.   Honda breached the implied warranty of merchantability in that the goods were not in a merchantable condition when sold or any time thereafter and were not fit for the ordinary purposes for which such goods were used, as further alleged herein.

288.   Honda has actual knowledge of the Auto Idle Defect as alleged herein, satisfying any notice requirement. Moreover, due to Honda's failure to remedy the Auto Idle Defect, any notice requirement is futile.

289.   The New Vehicle Limited Warranty fails in its essential purpose because

the contractual remedy of repair/replacement is insufficient to make Plaintiff and the other Class members whole and because Honda has failed and/or has refused to adequately provide the promised remedies within a reasonable time. Accordingly, the implied warranty of merchantability is not limited to the Limited Warranty period.

290.   As a direct and proximate result of the Auto Idle Defect, Plaintiff has not appreciated the benefit of his bargain and has suffered actual damages, as well as incidental and consequential damages, in an amount to be determined at trial.

### COUNT 5
### FRAUDULENT CONCEALMENT/OMISSION

291.   Plaintiff repeats and realleges paragraphs 1-232, as if fully set forth herein.

292.   Plaintiff brings this Count individually and on behalf of the other members of the Florida Class (the "Class").

293.   Honda was aware of the Idle Stop Defect when it marketed and sold the Class Vehicles to Plaintiff and the other Class members.

294.   Having been aware of the Idle Stop Defect and having known that Plaintiff and the other Class members could not have reasonably been expected to know of this defect, Honda had a duty to disclose the Idle Stop Defect to Plaintiff and the other Class members in connection with the sale or lease of the Class Vehicles.

295.   Further, Honda had a duty to disclose the Idle Stop Defect because disclosure of the Idle Stop Defect was necessary to dispel misleading impressions about the Class Vehicles' safety that were or might have been created by partial representation of the facts.  Specifically, Honda promoted, through its advertisements available to all Class members, that the vehicles were safe.  Honda also disclosed information concerning the Class Vehicles in window stickers associated with the Class Vehicles, without disclosing that these vehicles contained the Idle Stop Defect.

296.   Honda did not disclose the Idle Stop Defect to Plaintiff and the other Class members in connection with the sale or lease of the Class Vehicles.

297.   For the reasons set forth above, the Idle Stop Defect comprises material

information with respect to the sale or lease of the Class Vehicles.

298.   In purchasing or leasing the Class Vehicles, Plaintiff and the other Class members reasonably relied on Honda to disclose known material defects with respect to the Class Vehicles.  Had Plaintiff and the other Class members known of the Idle Stop within the Class Vehicles, they would have not purchased the Class Vehicles or would have paid less for the Class Vehicles.

299.   Honda's deceptive omissions constitute an independent tort, separate of the breach of warranties alleged herein.

300.   Through its omissions regarding the Idle Stop Defect within the Class Vehicles, Honda intended to induce, and did induce, Plaintiff and the other Class members to purchase or lease a Class Vehicle that they otherwise would not have purchased, or to pay more for a Class Vehicle than they otherwise would have paid.

301.   As a direct and proximate result of Honda's omissions, Plaintiff and the other Class members either paid too much for the Class Vehicles or would not have purchased the Class Vehicles if the Idle Stop Defect had been disclosed to them, and, therefore, have incurred damages in an amount to be determined at trial.

**COUNT 6**
**UNJUST ENRICHMENT**

302.   Plaintiff repeats and realleges paragraphs 1-232, as if fully set forth herein.

303.   Plaintiff brings this Count individually and on behalf of the other members of the Florida Class (the "Class").

304.   Honda has benefitted from selling and leasing at an unjust profit defective Class Vehicles that had artificially inflated prices due to Honda's concealment of the Idle Stop Defect, and Plaintiff and the other members of the Class have overpaid for these vehicles.

305.   Honda has received and retained unjust benefits from Plaintiff and the other members of the Class, and inequity has resulted.

306.   It is inequitable and unconscionable for Honda to retain these benefits.

307.  Because Honda concealed its fraud and deception, Plaintiff and the other members of the Class were not aware of the true facts concerning the Class Vehicles and did not benefit from Honda's misconduct.

308.  Honda knowingly accepted the unjust benefits of its wrongful conduct.

309.  As a result of Honda's misconduct, the amount of its unjust enrichment should be disgorged and returned to Plaintiff and the other members of the Class in an amount to be proven at trial.

### REQUEST FOR RELIEF

WHEREFORE, Plaintiff, individually and on behalf of the other Class members, respectfully requests that the Court enter judgment in his favor and against Defendants, Honda Motor Company Limited and American Honda Motor Co., Inc., as follows:

1. Declaring that this action is a proper class action, certifying the Florida and Nationwide Classes as requested herein, designating Plaintiff as Class Representative, an appointing Plaintiff's attorneys as Class Counsel;

2. Ordering Honda to pay actual and statutory damages (including punitive damages) and restitution by way of judgment to Plaintiff and the other Class members, as allowable by law;

3. Ordering Honda to pay both pre- and post-judgment interest on any amounts awarded;

4. Ordering Honda to pay attorneys' fees and costs of suit; and

5. Ordering such other and further relief as may be just and proper.

### JURY DEMAND

Plaintiff hereby demands a trial by jury on all claims so triable.

DATED: June 21, 2022

Respectfully submitted,

/s/ C. Moze Cowper

C. Moze Cowper (Bar No. 326614)
**COWPER LAW PC**
10880 Wilshire Boulevard, Suite 1840
Los Angeles, California 90024
Telephone: 877-529-3707
mcowper@cowperlaw.com

Adam J. Levitt*
John E. Tangren*
Daniel R. Ferri*
**DICELLO LEVITT GUTZLER LLC**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: 312-214-7900
alevitt@dicellolevitt.com
jtangren@dicellolevitt.com
dferri@dicellolevitt.com

W. Daniel "Dee" Miles, III*
H. Clay Barnett, III*
J. Mitch Williams*
**BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.**
272 Commerce Street
Montgomery, Alabama 36104
Telephone: 334-269-2343
Dee.Miles@Beasleyallen.com
Clay.Barnett@BeasleyAllen.com
Mitch.Williams@Beasleyallen.com

Andrew Trailor*
**ANDREW T. TRAILOR, P.A.**
9990 Southwest 77 Avenue, PH 12
Miami, Florida 331156
Telephone: 305-668-6090
andrew@attlawpa.com

***Counsel for Plaintiff and the Proposed Classes***

95

1
2   \* *pro hac vice* motions to be filed
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28