UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| IN RE HONDA IDLE STOP LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 2:22-cv-04252-MCS-SK<br><br>Hon. Mark C. Scarsi<br><br>**ORDER ON STIPULATION AMENDING CASE SCHEDULING ORDER DEADLINES BY THIRTY (30) DAYS (ECF NO. 118)**<br><br>Action Filed: June 21, 2022<br>Trial Date: None |

The Court has received and reviewed the parties' Joint Stipulation for an Order to Amend and Extend the Case Scheduling Order Deadlines by Thirty (30) Days ("Stipulation"). Based on the Stipulation and GOOD CAUSE appearing, the Court hereby amends the Case Scheduling Order (Dkt. 94) as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Non-Expert Disc. Cut Off | 4/1/2024 | 5/1/2024 |
| Expert Disclosure (initial) | 4/1/2024 | 5/1/2024 |
| Expert Disclosure (rebuttal) | 4/15/2024 | 5/15/2024 |
| Expert Discovery Cut Off | 5/3/2024 | 6/3/2024 |

| Deadline to File Class Cert. | 5/10/2024 | 6/10/2024 |
| --- | --- | --- |
| Deadline to Oppose Class Cert. | 5/31/2024 | 7/1/2024 |
| Deadline to file Reply in Support of Class Cert. | 6/21/2024 | 7/22/2024 |
| Hearing on Motion for Class Cert. | 7/8/2024 | 8/12/2024, at 9:00 a.m. |
| Deadline to File Motion(s) for Summary Judgment | 7/29/2024 | 8/28/2024 |

**IT IS SO ORDERED**

Dated: March 20, 2024

*Mark C. Scarsi*
_____
Mark C. Scarsi
United States District Judge