Adam J. Levitt
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: 312-214-7900
alevitt@dicellolevitt.com

H. Clay Barnett III
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
272 Commerce Street
Montgomery, Alabama 36104
Telephone: 334-269-2343
Clay.Barnett@BeasleyAllen.com

Andrew Trailor
**ANDREW T. TRAILOR, P.A.**
9990 Southwest 77 Avenue, PH 12
Miami, Florida 33156
Telephone: 305-668-6090
andrew@attlawpa.com

*Class Counsel*
(*Additional counsel listed on the signature page*)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re HONDA IDLE STOP LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | Master File No.: 2:22-cv-04252-MCS-SK<br><br>CONSOLIDATED ACTION<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hearing Date: June 2, 2025<br>Courtroom: 7C<br>Time: 9:00 am |

# NOTICE OF MOTION AND MOTION

TO THIS COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on June 2, 2025, at 9:00 a.m., or as soon thereafter as the matter may be heard, in the United States District Court for the Central District of California, First Street Courthouse, located at 350 W. 1st Street, Courtroom 7C, before the Honorable Mark C. Scarsi, Plaintiffs will, and hereby do, move the Court, pursuant to Federal Rule of Civil Procedure 23 for an entry of order in the form prescribed in the proposed Preliminary Approval Order and setting the following schedule:

| EVENT | DEADLINES |
|---|---|
| Commencement of Class Notice | On the date of entry of the Preliminary Approval Order. |
| Notice to be Substantially Completed | Sixty (60) days after the issuance of the Preliminary Approval Order |
| Plaintiffs' Motion, Memorandum of Law and Other Materials in Support of their Requested Award of Attorneys' Fees, Reimbursement of Expenses, and Request for Class Representatives' Service Awards to be Filed with the Court | No later than Sixty (60) days after issuance of the Preliminary Approval Order |
| Plaintiffs' Motion, Memoranda of Law, and Other Materials in Support of Final Approval to be Filed with the Court | No later than Sixty (60) days after the issuance of the Preliminary Approval Order |
| Deadline for Receipt by the Clerk of All Objections Filed and/or Mailed by Settlement Class Members | Ninety-five (95) days after the issuance of the Preliminary Approval Order |
| Deadline for filing Notice of Intent to Appear at Final Approval Hearing by Settlement Class Members and/or their Personal Attorneys | Ninety-five (95) days after the issuance of the Preliminary Approval Order |
| Deadline for Class Members to Submit their Request to Exclude Themselves (Opt-Out) to Settlement Administrator | Ninety-five (95) days after the issuance of the Preliminary Approval Order |
| Any Opposition by Defendant concerning Class Counsel's Fee and Expense Application, with accompanying expert report(s) and any Rule 702 motion(s) | Ninety-five (95) days after the issuance of the Preliminary Approval Order |

| | |
|---|---|
| Any submission by the Parties concerning Final Approval of Settlement and Responses to any objections and requests for exclusion | One Hundred and Nine (109) days after the issuance of the Preliminary Approval Order |
| Class Counsel's Reply In Support of Fee and Expense Application | One Hundred and Nine (109) days after the issuance of the Preliminary Approval Order |
| Settlement Notice Administrator Shall File the Results of the Dissemination of the Notice with the Court and list of Opt-Outs | Seven (7) days before the Fairness Hearing |
| Final Approval Hearing | _____at 1:30 p.m. - No sooner than One Hundred Twenty-One (123) days after Preliminary Approval Order |

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the accompanying Joint Declaration of Class Counsel, the Settlement Agreement and the exhibits thereto, and the pleadings filed in the Action.

DATED: May 12, 2025

By: */s/ H. Clay Barnett, III*
H. Clay Barnett III (*pro hac vice*)
W. Daniel "Dee" Miles III (*pro hac vice*)
Demet Basar (*pro hac vice)*
J. Mitch Williams (*pro hac vice*)
Rebecca D. Gilliland (*pro hac vice*)
Dylan T. Martin (*pro hac vice*)
Trent H. Mann (*pro hac vice*)
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
272 Commerce Street
Montgomery, Alabama 36104
Telephone: 334-269-2343
Dee.Miles@BeasleyAllen.com
Clay.Barnett@BeasleyAllen.com
Demet.Basar@BeasleyAllen.com
Mitch.Williams@BeasleyAllen.com
Rebecca.Gilliland@BeasleyAllen.com
Dylan.Martin@BeasleyAllen.com
Trent.Mann@BeasleyAllen.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Adam J. Levitt
John E. Tangren
Daniel R. Ferri
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: 312-214-7900
alevitt@dicellolevitt.com
jtangren@dicellolevitt.com
dferri@dicellolevitt.com

Andrew T. Trailor
**ANDREW T. TRAILOR, P.A.**
9990 Southwest 77 Avenue, PH 12
Miami, Florida 33156
Telephone: 305-668-6090
andrew@attlawpa.com

*Class Counsel*

## Certificate of Service

I hereby certify that on May 12, 2025, I electronically filed the foregoing document using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

/s/ H. Clay Barnett, III
H. Clay Barnett, III (*pro hac vice*)

## Signature of Certification

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 12, 2025

/s/ H. Clay Barnett, III
H. Clay Barnett, III
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C**