Adam J. Levitt
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: 312-214-7900
alevitt@dicellolevitt.com

H. Clay Barnett III
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
272 Commerce Street
Montgomery, Alabama 36104
Telephone: 334-269-2343
Clay.Barnett@BeasleyAllen.com

Andrew Trailor
**ANDREW T. TRAILOR, P.A.**
9990 Southwest 77 Avenue, PH 12
Miami, Florida 33156
Telephone: 305-668-6090
andrew@attlawpa.com

*Class Counsel*
(*Additional counsel listed on the signature page*)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re HONDA IDLE STOP LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | Master File No.: 2:22-cv-04252-MCS-SK<br><br>CONSOLIDATED ACTION<br><br>**PLAINTIFFS' NOTICE OF FILING UPDATED VERSIONS OF SETTLEMENT AGREEMENT EXHIBITS AND SIGNATURE PAGE** |

PLEASE TAKE NOTICE that Plaintiffs respectfully submit this Notice of Filing Updated Versions of Settlement Agreement Exhibits and Settlement Agreement Signature Page.

Following the filing of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (the "Motion") (Dkt. 245) and the Settlement Agreement (Dkt. 246), Defendant American Honda Motor Co., Inc. ("Honda") provided Plaintiffs with Honda's Corporate Representative's signature to the Settlement Agreement and minor revisions, agreed to by Plaintiffs, to Exhibits 1, 2, and 8 to the Settlement Agreement. The changes to Exhibits 1, 2, and 8 do not affect, in any way, the substance of the Settlement Agreement or the relief sought in Plaintiffs Motion. Specifically:

**Settlement Agreement**: Signature Page and Signature of Honda's Corporate Representative was added.

**Exhibit 1**: Proposed Order Granting Preliminary Approval: Conformed paragraph 4 for consistency with paragraph 3 of the Proposed Final Order, and added paragraphs 18-19 to ensure release of Settlement Class Member contact information from the states' Department of Motor Vehicles.

**Exhibit 2**: Postcard Notice: Stylistic changes to the first two sentences of the "What Is This About?" section.

**Exhibit 8:** Proposed Final Order: Stylistic changes to the wording of paragraphs 5(a)-(b).

Attached to this Notice are the Settlement Agreement with all Parties' signatures, Updated Exhibits 1, 2, and 8, as well as Original Exhibits 3, 4, 5, 6, and 7 filed in connection with Plaintiffs' Motion.

DATED: May 22, 2025       By: */s/ H. Clay Barnett, III*
                               H. Clay Barnett III (*pro hac vice*)
                               W. Daniel "Dee" Miles III (*pro hac vice*)
                               Demet Basar (*pro hac vice*)
                               J. Mitch Williams (*pro hac vice*)

Rebecca D. Gilliland (*pro hac vice*)
Dylan T. Martin (*pro hac vice*)
Trent H. Mann (*pro hac vice*)
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
272 Commerce Street
Montgomery, Alabama 36104
Telephone: 334-269-2343
Dee.Miles@BeasleyAllen.com
Clay.Barnett@BeasleyAllen.com
Demet.Basar@BeasleyAllen.com
Mitch.Williams@BeasleyAllen.com
Rebecca.Gilliland@BeasleyAllen.com
Dylan.Martin@BeasleyAllen.com
Trent.Mann@BeasleyAllen.com

Adam J. Levitt
John E. Tangren
Daniel R. Ferri
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: 312-214-7900
alevitt@dicellolevitt.com
jtangren@dicellolevitt.com
dferri@dicellolevitt.com

Andrew T. Trailor
**ANDREW T. TRAILOR, P.A.**
9990 Southwest 77 Avenue, PH 12
Miami, Florida 33156
Telephone: 305-668-6090
andrew@attlawpa.com

*Class Counsel*

## Certificate of Service

I hereby certify that on May 22, 2025, I electronically filed the foregoing document using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

                                                */s/ H. Clay Barnett, III*
                                                H. Clay Barnett, III (*pro hac vice*)

## Signature of Certification

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 12, 2025                    */s/ H. Clay Barnett, III*
                                                H. Clay Barnett, III
                                                **BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C**