JS-6

**<u>NOTE CHANGES MADE BY THE COURT</u>**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HONDA IDLE STOP LITIGATION | Case No. 2:22-cv-04252-MCS-SK<br><br>**JUDGMENT** |

Case No. 2:22-cv-04252-MCS-SK

FINAL JUDGMENT

IT IS HEREBY ADJUDGED AND DECREED PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 23 and 58 AS FOLLOWS:

(1)    On this date, the Court entered a Final Order Approving Class Action Settlement and Certifying Settlement Class ("Final Order) ~~and an Order Granting Plaintiffs' Motion for Attorneys' Fee and Expenses and Service Awards ("Fee Order") (ECF No. _____)~~; and

(2)    For the reasons stated in the Court's Final Order, judgment is entered in accordance with the Final Order, and the claims in this Action are dismissed with prejudice, without costs to any party, except as otherwise provided in the Final Order, **the forthcoming order on Plaintiffs' Motion for Attorneys' Fees, Expenses, and Service Awards,** ~~Fee Order,~~ or in the Settlement Agreement.

SO ORDERED this 20th day of May 2026.

*Mark C. Scarsi*

_____

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

1                          Case No. 2:22-cv-04252-MCS-SK